ORIGINAL

THEODORE B. STOLMAN (State Bar No. 52099),
TONY CASTAÑARES (State Bar No. 47564), and
SCOTT H. YUN (State Bar No. 185190), Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Bankruptcy Counsel for Plaintiff
Daewoo Motor America, Inc.

MARTIN J. BRILL (State Bar No. 53220)
NELLWYN W. VOORHIES (State Bar No. 16898[illegible])
LEVENE, NEALE, BENDER, RANKIN & BRILL, LL[illegible]
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1233

Attorneys for the Official Committee of
Unsecured Creditors

07/28/2003 **FILED** 16:00
LA02-24411BB
DEBTOR:
DAEWOO MOTOR AMERICA INC
JUDGE: HON. S. Bluebond - 626
TRUSTEE:
CHAPTER: 11 AD03-02155

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 774
RECEIPT NO: LA-029203 $ 150.00

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

ADV. 03-02155

| | |
|---|---|
| In re<br><br>DAEWOO MOTOR AMERICA, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. LA 02-24411-BB<br><br>**OBJECTION TO PROOF OF CLAIM FILED BY DAEWOO MOTOR CO., LTD. AND COUNTERCLAIMS FOR (1) DECLARATORY RELIEF; (2) EQUITABLE SUBORDINATION; (3) RECOVERY OF SETOFF; (4) BREACH OF CONTRACT (5) BREACH OF FIDUCIARY DUTY; (6) VIOLATION OF THE AUTOMATIC STAY; AND (7) TORTIOUS INTERFERENCE WITH CONTRACT** |
| DAEWOO MOTOR AMERICA, INC., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiffs,<br><br>vs.<br><br>DAEWOO MOTOR CO., LTD.,<br><br>Defendant. | Status Conference<br><br>DATE: [To Be Set By Court]<br>TIME: [To Be Set By Court]<br>PLACE: Courtroom 1475<br>255 E. Temple Street<br>Los Angeles, CA |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

In support of its objection to the proof of claim filed by Daewoo Motor Co., Ltd. ("DWMC") and counterclaims, Daewoo Motor America, Inc. (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") hereby allege as follows:

**I.**

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the above-captioned adversary proceeding pursuant to 28 U.S.C. § 157(b) and 28 U.S.C. § 1334. The above-captioned adversary proceeding arises out of the chapter 11 bankruptcy case entitled, In re Daewoo Motor America, Inc., Case No. LA 02-24411-BB (the "Bankruptcy Case"), pending before the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Court"). This is an adversary proceeding under Part VII of the Federal Rules of Bankruptcy Procedure for objection to a proof of claim, violation of the automatic stay and other counterclaims against DWMC. It is, therefore, a core proceeding within the meaning of 28 U.S.C. § 157(b), by virtue of 28 U.S.C. §§ 157(b)(2)(A), (B), (C) and (O).

2. If this Court determines that any part of this adversary proceeding is a non-core, related proceeding, it would still be properly before this Court pursuant to 11 U.S.C. § 157(c), and the Debtor consents to the entry of judgment by the Court.

///

///

3. Venue is proper before this Court under 28 U.S.C. § 1409(a) in that the Bankruptcy Case is pending before this Court.

## II.

## PARTIES

4. The Debtor is a Delaware corporation organized on June 30, 1997 with its principal place of business in Compton, California. The address of the Debtor is 1055 West Victoria Street, Compton, California 90220. The Debtor is the "debtor" in the above-captioned case, having filed its voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on May 16, 2002 (the "Petition Date"). Pursuant to Bankruptcy Code sections 1107 and 1108, the Debtor is operating its business and managing its financial affairs as a debtor and debtor in possession.

5. The Debtor is the exclusive distributor of Daewoo vehicles and parts in the United States and provides exclusive warranty service and replacement parts to Daewoo dealers in the United States. The Debtor is, and at all times relevant herein was, owned by DWMC.

6. The Committee is the committee of unsecured creditors appointed in the Bankruptcy Case pursuant to Bankruptcy Code section 1102(a).

7. DWMC is a corporation organized under the laws of the Republic of Korea. DWMC submitted to the jurisdiction of the Court by filing a proof of claim in the amount of $158,956,488.79 in the Bankruptcy Case on or about November 18, 2002 (the "Claim"). A true and correct copy of the Claim is

attached hereto as Exhibit "1" and incorporated herein by this reference.

## III.

## GENERAL ALLEGATIONS

**A. The Debtor Established By DWMC.**

8. Prior to 1997, DWMC was the second largest automobile manufacturer in the Republic of Korea. DWMC entered the United States market in 1997 with the establishment of four regional sales companies independently focused on acquiring property and establishing facilities for the importation, sales and service of Daewoo manufactured automobile products generally known as the "Daewoo Brand."

9. On March 3, 1998, the four regional sales companies originally established by DWMC were consolidated into a single entity, the Debtor. The former Daewoo companies were realigned as regional sales offices under the umbrella of the Debtor.

10. In 1998, the Debtor opened fourteen company-owned dealerships which were licensed, staffed and prepared for operational status by the Debtor. The initial company-owned dealerships were located in California, Florida, Georgia, Pennsylvania, New York, Massachusetts, Ohio and Illinois.

11. By the end of 1998, the Debtor had sold 2,242 vehicles in the United States through its company-owned dealerships. Each and every vehicle was accompanied by a Daewoo warranty.

12. In March of 1999, the Debtor began to expand its vehicle distribution network capacity by appointing independent

dealers to sell Daewoo vehicles. The Debtor began to transition from a network of company-owned dealerships to one consisting exclusively of independent dealerships.

13. On or about January 1, 1998, the Debtor and DWMC entered into an "Automobile Purchase and Distribution Agreement" (the "Distribution Agreement") whereby the Debtor was granted the exclusive right to purchase Daewoo vehicles and products for distribution within the United States for a ten year term subject to further five-year automatic renewals.

14. In 1999, the Debtor's United States sales reached 38,471 units through 235 independent dealers and 48 company-owned dealerships, as the Debtor continued to expand its market presence.

**B. The Debtor's Growth.**

15. By the end of 2000, Daewoo automobile sales in the United States achieved 76,778 units and 489 franchised dealers and 5 remaining company-owned stores in forty-nine states.

16. Simultaneous with its exponential growth, the Debtor achieved a number of highly touted, prestigious industry accolades for the Daewoo Brand, including being heralded as "America's fastest growing car company" and being ranked number four of thirty-seven manufacturers in a high-profile J.D. Power Customer Satisfaction survey.

17. The Debtor, as the exclusive distributor of Daewoo vehicles and parts, put forth financial effort and great energy to maximize the marketability of Daewoo vehicles and to establish a strong brand image for long term success in the

United States market. As exclusive distributor, the Debtor put forth this investment knowing that even more appealing Daewoo automobile models would be forthcoming and that the Debtor would benefit from distribution of those models within the Debtor's exclusive market. The vehicles the Debtor helped design for success in the United States would ensure its continued success as a United States distributor.

18. The Debtor spent years providing technical evaluation and test results, gathering product feedback, conducting market studies and compiling customer and dealer input to develop more attractive next-generation vehicles for the United States market. These efforts were put forth toward the development of, but not limited to, the next-generation Daewoo Lanos, Nubira and Leganza vehicles. The Debtor was also working on development efforts for more powerful six cylinder models for Magnus and "SUVs" named the Korando and the Musso. The Debtor was also involved in the development of the Daewoo U-100, the next generation compact SUV-minivan hybrid. By 2001, the Debtor had expanded to a network of 529 independent dealers selling 48,296 vehicles in 49 states.

**C. The Debtor's Capitalization by DWMC.**

19. Shortly after the Debtor commenced business and began selling Daewoo vehicles in the United States in 1998, the Debtor began to incur obligations to DWMC for products purchased by the Debtor from DWMC (the "Alleged Intercompany Debt"). Although the Alleged Intercompany Debt was payable up to 180 days from the invoice date, the Debtor, given its limited capital, did not have the ability to repay the Alleged

Intercompany Debt in full. The following approximate amounts were outstanding on the Alleged Intercompany Debt at the end of each fiscal year preceding the Petition Date: $165,000,000 (December 31, 1998); $229,000,000 (December 31, 1999); $131,000,000 (December 31, 2000); and $133,000,000 (December 31, 2001).

20. In 1998 and 1999, approximately $44,000,000 in offsetting adjustments were made by DWMC to the Alleged Intercompany Debt as a result of advertising, warranty, selling, and other G&A credits in favor of the Debtor. In addition, in 2000, $60,000,000 of the Alleged Intercompany Debt was converted by DWMC to additional equity in the Debtor.

21. Within the one year period preceding the Petition Date, DWMC offset obligations which it owed the Debtor for warranty advances made by the Debtor to its dealers. In all, DWMC offset in excess of $44,000,000 warranty obligations owing to the Debtor. DWMC's offsets were allegedly taken against the Alleged Intercompany Debt.

**D. DWMC's Demise.**

22. The Debtor's success in the United States came in spite of the difficulties of DWMC. In November 2000, DWMC filed for court receivership and reorganization under the laws of the Republic of Korea. A representative of the Korean Development Bank, DWMC's largest creditor, was appointed as the receiver (the "Receiver").

23. As part of its reorganization process, DWMC began to explore the sale of itself or its assets. Ford Motor Company ("Ford") was the initial exclusive bidder for the assets of

DWMC, but Ford withdrew its $6.2 billion offer in September 2000. In October 2000, General Motors Corporation ("GM") and Fiat submitted a joint bid for DWMC.

24. Thereafter, GM, the Receiver, and the creditors committee appointed in the DWMC insolvency proceeding entered into months of negotiations. Throughout the course of negotiations with DWMC, GM represented to officials of the Debtor that GM would also acquire the Debtor and, in September 2001, DWMC and GM entered into a non-binding memorandum of understanding, which provided for the sale of DWMC, including the Debtor and 23 other foreign affiliates of DWMC, to GM for $400,000,000 in Cash.

25. Even after it commenced an insolvency proceeding, DWMC continued to demand that the Debtor purchase Daewoo vehicles from DWMC. In order to induce the Debtor to continue to purchase Daewoo vehicles, DWMC reassured the Debtor that the Debtor was an integral part of GM's acquisition of DWMC's assets.

26. In reliance upon DWMC's reassurances, the Debtor purchased approximately 42,000 Daewoo vehicles at a cost of approximately $380,000,000 after DWMC commenced its insolvency proceeding and also acquired many millions of dollars of parts relying on DWMC's and GM's representations that the Debtor would be included in GM's pending acquisition of DWMC. Under the terms of the Distribution Agreement, DWMC, as manufacturer, was responsible for all warranty obligations related to Daewoo Vehicles and parts together with certain incentive sales

///

programs, including free maintenance and road side assistance being offered to the consumers in the United States.

27. Although the commencement of the DWMC insolvency proceeding and the delay in the sale to GM created many uncertainties, the Debtor sold over 76,000 Daewoo vehicles in the United States in 2000, nearly doubling its sales from the previous year, and over 48,000 Daewoo vehicles in 2001.

28. Beginning in 2002, the Debtor began to hear rumors that the Debtor would not be included in GM's acquisition of DWMC. In addition, GM indicated that it might not acquire the operations of the factory located in Bupyong, Republic of Korea (the "Bupyong Factory"), where a significant number of Daewoo vehicles sold by the Debtor were manufactured.

29. On or about April 9, 2002, DWMC announced that GM and certain creditors of DWMC agreed to acquire the principal assets of DWMC. As feared, and despite GM's and DWMC's previous representations to the contrary, the Debtor was excluded from this transaction. Furthermore, DWMC notified the Debtor that it would be terminating the Distribution Agreement with the Debtor in accordance with the terms of the GM acquisition. At the same time, DWMC indicated that no Daewoo vehicles produced at either the Bupyong Factory or the factory located in Kunsan, Republic of Korea would be sold to the Debtor once the sale to GM closed, meaning that the Debtor would be unable to obtain additional Daewoo Vehicles from DWMC after the current inventory of Daewoo vehicles was exhausted, contrary to the terms of the Distribution Agreement. DWMC went as far as refusing to deliver 3,000 Daewoo vehicles that the Debtor had ordered in March 2002.

30. Moreover, DWMC indicated that, commencing in October 2001, DWMC would no longer reimburse the Debtor for the costs of honoring the manufacturer's warranty on Daewoo vehicles sold in the United States. As a result, the Debtor was forced to spend approximately $3,000,000 per month to honor the manufacturer's warranty and other related warranty services on behalf of DWMC.

31. On or about April 29, 2002, GM and DWMC entered into an asset purchase agreement. The acquisition of DWMC closed on or about October 17, 2002 (the "GM Acquisition"), and a new entity, General Motors Daewoo Auto & Technology Company ("GMDAT"), was established.

32. The Debtor is informed and believes, and thereon alleges, that DWMC and GM decided to exclude the Debtor from the GM Acquisition long before October 17, 2002.

33. The Debtor is informed and believes, and thereon alleges, that DWMC and GM intentionally withheld their decision to exclude the Debtor from the GM Acquisition, thereby causing the Debtor to continue to incur the cost of operating its business for the benefit of DWMC, as described in further detail below, including advancing the costs of providing warranty services for which DWMC never reimbursed to the Debtor.

34. By excluding the Debtor from the GM Acquisition, DWMC was attempting to transfer the Debtor's exclusive right to distribution Daewoo vehicles and parts in the United States to GMDAT without the Debtor receiving any consideration.

///

///

**E. The Debtor's Bankruptcy Case.**

35. As a result of the Debtor's exclusion from the GM Acquisition, the majority of the 525 Daewoo dealers in the United States (the "Dealers") stopped placing orders for Daewoo vehicles. Given the uncertainty surrounding the future sale of Daewoo Vehicles, the Debtor began to consider filing for bankruptcy.

36. As a result of its exclusion from the GM Acquisition, the Debtor believed that it was an insolvent corporation. As such, the board of directors of the Debtor studied its options with the best interest of its creditors as the primary goal.

37. One of the significant factors considered by the Debtor in studying its bankruptcy options was the future availability of warranty service and replacement parts, including safety related parts, for the approximately 160,000 consumers who had purchased Daewoo vehicles by May 2002 in the United States. The Debtor realized that if it filed a chapter 7 bankruptcy case and ceased operations, the 160,000 consumers who purchased Daewoo vehicles in the United States would not have immediate access to warranty services and/or replacement parts, including safety related parts.

38. DWMC, the sole shareholder of the Debtor and the party primarily responsible for the insolvency of the Debtor, however, continued to send directions to the Debtor that were contrary to the interests of the Debtor's creditors, including the approximately 160,000 consumers who purchased Daewoo vehicles in the United States. For example, DWMC directed the

Debtor to file for bankruptcy under chapter 7 of the Bankruptcy Code despite the fact that the Debtor believed an orderly liquidation of the remaining Daewoo vehicles and the continuation of the warranty service and replacement parts distribution would be in the best interest of its creditors.

39. After considering all of its options, the board of directors of the Debtor concluded that filing a chapter 11 bankruptcy case was in the best interest of the creditors of the Debtor.

**F. DWMC's Failure To Honor Its Warranty Obligations.**

40. Pursuant to the terms of the Distribution Agreement, DWMC was responsible for providing warranty services for all Daewoo vehicles sold in the United States at no cost to the Debtor.

41. Prior to DWMC's insolvency proceeding, the Debtor advanced funds to its Dealers to cover warranty services for Daewoo vehicles, and DWMC reimbursed the Debtor for such advances.

42. Beginning in October 2001, DWMC breached its obligations under the Distribution Agreement by ceasing to reimburse the Debtor for the cost of honoring the warranty services on the Daewoo vehicles sold in the United States.

43. Although DWMC entered into two stipulations (the "Warranty Stipulations") after the Petition Date to fund the cost of honoring the warranty services on Daewoo vehicles on a month-to-month basis and to fund the cost of noticing and servicing the recalls of certain Daewoo vehicles, the terms of those stipulations have long since expired.

44. From the expiration of the Warranty Stipulations until the GM Acquisition, when GMDAT took over DWMC's warranty obligations, no one provided funds to the Debtor and/or the Dealers to perform and provide warranty services for Daewoo vehicles sold in the United States.

45. Shortly after it filed for bankruptcy, the Debtor commenced programs to market and sell its inventory of new and used Daewoo vehicles. As a result of the uncertainty over the availability of warranty coverage, the prices for Daewoo vehicles were depressed at the time. However, in order to avoid incurring storage fees, port fees, and other charges related to storing the vehicles, the Debtor was forced to sell its inventory of new and used Daewoo vehicles at the reduced prices.

46. In addition, the Debtor had an obligation to buy back Daewoo vehicles from the Dealers and fleet buyers. After the Petition Date, the Debtor did not have the financial means to meet its buy back obligations. In order to mitigate their damages, many Dealers and fleet buyers sold their inventory of Daewoo vehicles and filed claims against the Debtor in the Bankruptcy Case for the difference between the prices at which they sold their Daewoo vehicles and the prices at which the Debtor was required to buy back the same vehicles. Due to the uncertainty over the availability of warranty coverage, the Dealers and fleet buyers were also forced to sell their Daewoo vehicles at reduced prices, which increased their claims against the Debtor in the Bankruptcy Case.

///

**G. DWMC's Continued Interference With The Debtor.**

47. Even after the commencement of the Bankruptcy Case, DWMC has continued to interfere with the Debtor's reorganization efforts.

48. On November 16, 2002, the Debtor entered into the "GMDAT Parts Sale and Purchase Agreement" and the "GMDAT Warranty Administrator Appointment Agreement" (the collectively, the "GMDAT Agreements") with GMDAT. Pursuant to the terms of the GMDAT Agreements, which were approved by the Court on an interim basis, the Debtor will continue to serve as the distributor of Daewoo vehicle parts and as the warranty service administrator for Daewoo vehicles sold in the United States.

49. The GMDAT Agreements form the basis for the Debtor's reorganization efforts, and their final approval constitutes an integral provision of the Debtor's plan of reorganization filed with the Court (the "Plan"). If the Debtor's Plan is not confirmed by October 17, 2003, the GMDAT Agreements will expire and terminate (the "GMDAT Deadline"). The Debtor has requested an extension of the GMDAT Deadline, which request was denied.

50. The Debtor is informed and believes, and thereon alleges, that DWMC contacted GMDAT on numerous occasions and demanded that GMDAT terminate its relationship with the Debtor and find another warranty service administrator and parts distributor in the United States. The Debtor is further informed and believes, and thereon alleges, that DWMC demanded that GMDAT not give the Debtor an extension of the GMDAT Deadline. The Debtor is informed and believes, and thereon

alleges, that DWMC threatened to sue GMDAT if its demands were not met.

## IV.

## OBJECTION TO CLAIM

51. The Debtor and the Committee repeat and reallege the allegations of paragraphs 1 through 49 as if set forth fully herein.

52. The Debtor and the Committee object to the Claim of DWMC on the grounds that:

a. The Claim should be recharacterized, subordinated, or disallowed for the reasons set forth in the Counterclaims below; or

b. As set forth in certain of the Counterclaims below, DWMC is an entity from which property is recoverable under Bankruptcy Code section 502(d), and has not paid the amount or turned over the property for which it is liable under that section.

## V.

## FIRST COUNTERCLAIM FOR DECLARATORY RELIEF

## (RECHARACTERIZING THE ALLEGED INTERCOMPANY DEBT AS EQUITY)

53. The Debtor and the Committee repeat and reallege the allegations of paragraphs 1 through 52 as if fully set forth herein.

54. At all material times, DWMC was and is the sole stockholder of the Debtor.

55. At all material times, the Debtor was and is the exclusive distributor of Daewoo vehicles and parts in the United States.

56. At various times, DWMC provided operating cost subsidies to the Debtor in a manner and extent wholly inconsistent with a normal creditor-debtor relationship.

57. At all material times, DWMC has exercised control over the Debtor in a manner and extent uncharacteristic of a normal debtor-creditor relationship, including (without limitation):

a. Since the Debtor's inception, nine persons served as officers and/or directors of the Debtor while simultaneously holding officer and/or director positions with DWMC;

b. Since the Debtor's inception and until the Petition Date, DWMC controlled and dominated the Debtor through its power to select the Debtor's officers and directors;

c. Through these representative and otherwise, DWMC has directed the Debtor's operations, management, corporate strategy and policies;

d. Through these representative and otherwise, DWMC has authorized and signed contracts on the Debtor's behalf;

e. DWMC has recruited and dismissed the Debtor's personnel;

f. DWMC has directed and participated in the Debtor's board of directors meetings;

g. DWMC has directed and participated in Debtor's management meetings; and

h. DWMC has directed the Debtor as to which

invoices of creditors should be paid at given times, and which should not.

58. The written contracts, "loan" documents, and other documents relating to the Alleged Intercompany Debt claimed by DWMC lack the specificity characterized of a normal debtor-creditor relationship in a number of respects, including (without limitation) payment terms, events of default, and remedies in the event of default.

59. On numerous occasions and as a matter of the course of dealing between the parties, DWMC did not attempt to enforce the provisions of such documents in a manner characteristic of a normal debtor-creditor relationship. On the contrary, DWMC continued to extend "credit" to the Debtor even after defaults.

60. DWMC, having been solely responsible for capitalizing the Debtor in the first instance, did so thinly in that (without limitation), the Debtor initially had a high debt-to-equity ratio; the parties initially knew that the debt-to-equity ratio would increase over time; and substantial portions of the initial capital were used for the purchase of capital assets and for meeting expenses needed to commence operations.

61. Additionally, at all times DWMC knew or should have known that the Debtor would be unable to repay advances of "credit" from reasonably anticipated cash flow or earnings.

62. Moreover, at all times DWMC knew or should have known that the Debtor would lack sufficient working capital and liquidity to repay advances of "credit."

63. Various other factors demonstrate that the

Alleged Intercompany Debt should be properly characterized as equity rather than debt because they demonstrate that an independent third-party creditor would not have extended the same credit that represents the Alleged Intercompany Debt. Examples of these factors, without limitation, are:

a. The Debtor was a start-up business with no proven track record of selling vehicles or parts in the United States;

b. DWMC's initial equity contribution of $50 million was insufficient to fund the first year's operating and capital expenditure requirements;

c. By June 30, 1999, the Debtor was delinquent on approximately $63.3 million of the Alleged Intercompany Debt, yet DWMC kept extending "credit";

d. The Debtor's debt-to-equity ratio was significantly higher than that of other companies in related industries;

e. The Debtor's continued negative operating performance made full repayment in a reasonable time frame unlikely;

f. The Debtor's net working capital deficiency made it doubtful that Debtor would be able to pay its debts as they came due;

g. DWMC continued to extend "credit" without modifying any of the agreements governing the parties' relationship or obtaining a security interest in any of the Debtor's assets even though the Debtor was delinquent on millions of dollars of invoices to DWMC; and

h. The Debtor would not have had sufficient funds to pay its trade creditors if it was required to pay its alleged debt to DWMC.

64. At all material times, DWMC's Claim was subordinated (in certain circumstances) to those of the Debtor's outside lender, and DWMC's Claim was excluded from the Debtor's total liabilities in calculating compliance with the net worth covenant in the Debtor's relationship with its outside lender.

65. There exists a controversy between the Debtor and the Committee, on the one hand, and DWMC, on the other, in that the Debtor and the Committee believe that DWMC's Claim should be recharacterized as equity rather than debt. The Debtor and the Committee are informed and believe that DWMC contends to the contrary. The Debtor and the Committee desire that the Court declare the rights of the parties in this respect.

## VI.

## SECOND COUNTERCLAIM (IN THE ALTERNATIVE TO FIRST COUNTERCLAIM) FOR EQUITABLE SUBORDINATION

66. The Debtor and the Committee repeat and reallege the allegations of paragraphs 1 through 65 as if fully set forth herein.

67. DWMC is an "insider" of the Debtor, as defined by Bankruptcy Code section 101(31).

68. At all material times, the Debtor has been undercapitalized.

69. At all material times, DWMC has exercised control of the Debtor through use of the Debtor as DWMC's alter ego or instrumentality.

70. DWMC has engaged in inequitable conduct, including, without limitation, DWMC's decision to enter into an agreement with GM in derogation of the Debtor's rights under Distribution Agreement with DWMC, and in a manner highly detrimental to the Debtor and its business. Having made that decision, DWMC used its control over the Debtor to serve its own perceived interests in negotiating and implementing the GM Acquisition, against the interests of the Debtor and Debtor's legitimate creditors.

71. DWMC's misconduct resulted in injury to other creditors and conferred an unfair advantage on DWMC.

72. Equitable subordination is not inconsistent with the provisions of the Bankruptcy Code.

73. As a result of DWMC's inequitable conduct, the Alleged Intercompany Debt should be equitably subordinated pursuant to Bankruptcy Code section 510(c).

**VII.**

**THIRD COUNTERCLAIM TO RECOVER SETOFF**

74. The Debtor and the Committee repeat and reallege the allegations of paragraphs 1 through 73 as if fully set forth herein.

75. On or within 90 days before the Petition Date, DWMC offset a mutual debt owing to the Debtor against a purported claim against the Debtor.

76. On the date of that setoff, the insufficiency was less than the insufficiency 90 days before the filing of the petition.

77. The differential in insufficiency is recoverable under both Bankruptcy Code sections 553(b) and 550(a).

**VIII.**

**FOURTH COUNTERCLAIM FOR BREACH OF CONTRACT**

78. The Debtor and the Committee repeat and reallege the allegations of paragraphs 1 through 77 as if fully set forth herein.

79. On or about January 1, 1998, DWMC and Debtor entered into the Distribution Agreement, a true and correct copy of which is attached as Exhibit "2" and incorporated herein by this reference.

80. The Debtor performed all conditions precedent to DWMC's obligations to perform under the Distribution Agreement, or the Debtor's performance was excused.

81. DWMC breached the Distribution Agreement by entering into a contract with GM in derogation of DWMC's rights under the Distribution Agreement, and by failing to perform under said agreement, including its obligation to provide warranty services for all Daewoo vehicles sold in the United States at no cost to the Debtor.

82. As a proximate result of DWMC's breach, Debtor suffered damages.

**IX.**

**FIFTH COUNTERCLAIM FOR BREACH OF FIDUCIARY DUTY**

83. The Debtor and the Committee repeat and reallege the allegations of paragraphs 1 through 82 as if fully set forth herein.

84. At all material times, DWMC was the controlling

stockholder of the Debtor.

85. At all material times, DWMC controlled the Debtor's board of directors.

86. At all material times, the Debtor was either insolvent or in the zone of insolvency.

87. By reason of the facts alleged in the foregoing three paragraphs, at all material times, DWMC owed a fiduciary duty to the Debtor and the Debtor's creditors.

88. DWMC breached its fiduciary duties by the conduct described in the preceding Counterclaims, and by directing the operations of the Debtor against the interests of the Debtor and the Debtor's creditors in a manner designed to maximize the fruits of DWMC's self-dealing for its own benefit and to the detriment of all other stakeholders.

**X.**

**SIXTH COUNTERCLAIM FOR DAMAGES FOR**

**VIOLATION OF AUTOMATIC STAY**

89. The Debtor and the Committee repeat and reallege the allegations of paragraphs 1 through 88 as if fully set forth herein.

90. After the Petition Date, and without obtaining relief from the automatic stay imposed by Bankruptcy Code section 362(a), DWMC purported to terminate the Distribution Agreement referred to in the Fourth Counterclaim, above.

91. After the Petition Date, and without obtaining relief from the automatic stay imposed by Bankruptcy Code section 362(a), DWMC removed property of this estate consisting of the Debtor's exclusive distribution rights under the

Distribution Agreement, and conveyed that property right to a third party.

92. As a proximate result of the wrongful conduct alleged in the foregoing two paragraphs above, the Debtor suffered damages in an amount according to proof.

**XI.**

**SEVENTH COUNTERCLAIM FOR TORTIOUS INTERFERENCE WITH CONTRACT**

93. The Debtor and the Committee repeat and reallege the allegations of paragraphs 1 through 92 as if fully set forth herein.

94. At all relevant times, the GMDAT Agreements were valid and enforceable contracts.

95. The Debtor has performed all of its obligations required under the GMDAT Agreements, or the Debtor's performance was excused.

96. DWMC knew of the existence of the GMDAT Agreements.

97. DWMC has interfered with and attempted to disrupt the GMDAT Agreements by threatening to sue GMDAT if GMDAT agreed to give an extension to the Debtor of the GMDAT Deadline and if GMDAT did not replace the Debtor as its warranty service provider and parts distributor in the United States.

98. DWMC acted intentionally, willfully and maliciously in interfering with the GMDAT Agreements, justifying the imposition of exemplary damages.

99. As a direct and proximate result of DWMC's interference, the Debtor has been damaged in an amount according to proof.

## XII.

## PRAYER FOR RELIEF

**WHEREFORE**, the Debtor and the Committee pray for:

A. For disallowance of DWMC's Claim.

B. For a declaration that DWMC's Claim is recharacterized as equity rather than debt for all purposes.

C. In the alternative to the declaratory relief just sought, that DWMC's Claim be subordinated for all purposes to the claims of all other creditors in the Bankruptcy Case.

D. For damages according to proof.

E. For prejudgment interest, postjudgment interest, attorneys fees, and costs as allowable by applicable law.

F. And for such further relief as is just.

DATED: July 28, 2003

THEODORE B. STOLMAN, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Bankruptcy Counsel for Debtor and
Debtor in Possession

DATED: July ____, 2003

MARTIN J. BRILL
LEVENE, NEALE, BENDER, RANKIN &
BRILL, LLP
Attorneys for the Official
Committee of Unsecured Creditors

XII.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Debtor and the Committee pray for:

A. For disallowance of DWMC's Claim.

B. For a declaration that DWMC's Claim is recharacterized as equity rather than debt for all purposes.

C. In the alternative to the declaratory relief just sought, that DWMC's Claim be subordinated for all purposes to the claims of all other creditors in the Bankruptcy Case.

D. For damages according to proof.

E. For prejudgment interest, postjudgment interest, attorneys fees, and costs as allowable by applicable law.

F. And for such further relief as is just.

DATED: July ____, 2003

THEODORE B. STOLMAN, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Bankruptcy Counsel for Debtor and
Debtor in Possession

DATED: July 28, 2003

[signature]

MARTIN J. BRILL
LEVENE, NEALE, BENDER, RANKIN &
BRILL, LLP
Attorneys for the Official
Committee of Unsecured Creditors



345547v4

FROM (MON)JUL 28 2003 12:57/ST.12:56/NO.6303364384 P 2

EXHIBIT 1

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**PROOF OF CLAIM**

Name of Debtor DAEWOO MOTOR AMERICA, INC.

Case Number LA 02-24411 BB

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property) Daewoo Motor Co., Ltd.

Name and Address Where Notices Should be Sent:

Andy Winchell, Esq.
Sidley Austin Brown & Wood LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013

Telephone No. 213-896-6000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Account Or Other Number By Which Creditor Identifies Debtor: XIAUS001212A46

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated

1. Basis For Claim:
X Goods Sold
☐ Services performed
X Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _ ________________________

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)

Your SS # _____ - _____ -

Unpaid compensation for services performed

from____________ to ____________
(date) (date)

2. Date debt was incurred: October 7, 1998 – November 29, 2001

3. If court judgment, date obtained:

4. Total Amount Of Claim At Time Case Filed: $158,956,488.79
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
X Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
X Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle
X Other: Debtor's prepetition claims against Daewoo Motor Co, Ltd.

Value of Collateral:

Approximately $22 million.

Amount of arrearage and other charges at time case filed included in secured claim, if any.

6. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business; whichever is earlier – 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)
☐ Up to $1,950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(A)(7)
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8)
☐ Other – specify applicable paragraph of 11 U.S.C. § 507(a)(______).
☐ Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. Supporting Documents. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date
11/04/2002

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Jong Dae Lee
Mr. Jong Dae Lee / Receiver

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT 1

FORM B10 (Official Form 10) (9/97)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

## — DEFINITIONS —

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

**Proof of Claim**
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

**Secured Claim**

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*).

**Unsecured Claim**

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Priority Claim**

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

Court, Name of Debtor, and Case Number:
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

Information about Creditor:
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. Basis for Claim:
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

2. Date Debt Incurred:
Fill in the date when the debt first was owed by the debtor.

3. Court Judgments:
If you have a court judgment for this debt, state the date the court entered the judgment.

4. Total Amount of Claim at Time Case Filed:
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. Secured Claim:
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

6. Unsecured Priority Claim:
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

7. Credits:
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

8. Supporting Documents:
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

EXHIBIT 1

## ▣ DWMC A/R STATUS _ *As of May 16, 2002*

| Description | Seller | File No. | B/L Date | Invoiced Amt. | Payment Terms | Due Date | Partial Receipt | | | | A/R Amt.(Principal) | | | Document | | | | Delayed Interest(Libor+6%) | | Total Interest | Total A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Amount | Date | Delayed | Interest(ⓐ) | Vehicle | Parts | Total | Invoice | Packing | B/L | Ref. No. | Delayed Date* | Amount (ⓑ) | (ⓐ+ⓑ) | (Principal & Interest) |
| Vehicle | DWC | VTBWJ85010B01 | 98-10-7 | $2,965,588.00 | D/A FBD 180 | 99-4-4 | | | | | $2,965,588.00 | | $2,965,588.00 | O | O | O | 1 | 1,138 | $1,065,989.00 | $1,065,989.00 | $4,031,577.00 |
| Vehicle | DWC | VTBWJ85008A09 | 98-10-8 | $610,179.00 | D/A FBD 180 | 99-4-5 | | | | | $610,179.00 | | $610,179.00 | O | O | O | 2 | 1,137 | $218,611.00 | $218,611.00 | $828,790.00 |
| Vehicle | DWC | VTBWJ85009A05 | 98-10-8 | $3,043,235.00 | D/A FBD 180 | 99-4-5 | | | | | $3,043,235.00 | | $3,043,235.00 | O | O | O | 3 | 1,137 | $1,090,310.00 | $1,090,310.00 | $4,133,545.00 |
| Vehicle | DWC | VTBWJ85008B12 | 98-10-24 | $20,190.00 | D/A FBD 180 | 99-4-21 | | | | | $20,190.00 | | $20,190.00 | O | O | O | 4 | 1,121 | $7,053.00 | $7,053.00 | $27,243.00 |
| Vehicle | DWC | VTBWJ85008B11 | 98-10-24 | $48,405.00 | D/A FBD 180 | 99-4-21 | | | | | $48,405.00 | | $48,405.00 | O | O | O | 5 | 1,121 | $16,910.00 | $16,910.00 | $65,315.00 |
| Vehicle | DWC | VTBWJ85009B06 | 98-10-24 | $1,221,323.00 | D/A FBD 180 | 99-4-21 | | | | | $1,221,323.00 | | $1,221,323.00 | O | O | O | 6 | 1,121 | $426,674.00 | $426,674.00 | $1,647,997.00 |
| Vehicle | DWC | VTBWJ85007A07 | 98-10-25 | $16,803.00 | D/A FBD 180 | 99-4-22 | | | | | $16,803.00 | | $16,803.00 | O | O | O | 7 | 1,120 | $5,865.00 | $5,865.00 | $22,668.00 |
| Vehicle | DWC | VTBWJ85008A11 | 98-10-25 | $48,890.00 | D/A FBD 180 | 99-4-22 | | | | | $48,890.00 | | $48,890.00 | O | O | O | 8 | 1,120 | $17,065.00 | $17,065.00 | $65,955.00 |
| Vehicle | DWC | VTBWJ85009A07 | 98-10-25 | $2,984,613.00 | D/A FBD 180 | 99-4-22 | | | | | $2,984,613.00 | | $2,984,613.00 | O | O | O | 9 | 1,120 | $1,041,756.00 | $1,041,756.00 | $4,026,369.00 |
| Vehicle | DWC | VTBWJ85009A06 | 98-10-25 | $6,118,797.00 | D/A FBD 180 | 99-4-22 | | | | | $6,118,797.00 | | $6,118,797.00 | O | O | O | 10 | 1,120 | $2,135,720.00 | $2,135,720.00 | $8,254,517.00 |
| Vehicle | DWC | VTBWJ85013B02 | 98-11-26 | $349,308.00 | D/A FBD 180 | 99-5-24 | | | | | $349,308.00 | | $349,308.00 | O | O | O | 11 | 1,088 | $134,587.00 | $134,587.00 | $483,895.00 |
| Vehicle | DWC | VTBWJ85011B03 | 98-11-26 | $2,678,831.00 | D/A FBD 180 | 99-5-24 | | | | | $2,678,831.00 | | $2,678,831.00 | O | O | O | 12 | 1,088 | $1,032,142.00 | $1,032,142.00 | $3,710,973.00 |
| Vehicle | DWC | VTBWJ85011B02 | 98-11-26 | $3,414,461.00 | D/A FBD 180 | 99-5-24 | | | | | $3,414,461.00 | | $3,414,461.00 | O | O | O | 13 | 1,088 | $1,315,577.00 | $1,315,577.00 | $4,730,038.00 |
| Vehicle | DWC | VTBWJ85013A03 | 98-11-27 | $1,535,338.00 | D/A FBD 180 | 99-5-25 | | | | | $1,535,338.00 | | $1,535,338.00 | O | O | O | 14 | 1,087 | $591,015.00 | $591,015.00 | $2,126,353.00 |
| Vehicle | DWC | VTBWJ85011A02 | 98-11-27 | $6,166,023.00 | D/A FBD 180 | 99-5-25 | | | | | $6,166,023.00 | | $6,166,023.00 | O | O | O | 15 | 1,087 | $2,373,558.00 | $2,373,558.00 | $8,539,581.00 |
| Vehicle | DWC | VTBWJ85011A01 | 98-11-27 | $9,585,360.00 | D/A FBD 180 | 99-5-25 | | | | | $9,585,360.00 | | $9,585,360.00 | O | O | O | 16 | 1,087 | $3,689,802.00 | $3,689,802.00 | $13,275,162.00 |
| Vehicle | DWC | VTBWJ85013B01 | 98-11-29 | $1,133,769.00 | D/A FBD 180 | 99-5-27 | | | | | $1,133,769.00 | | $1,133,769.00 | O | O | O | 17 | 1,085 | $435,205.00 | $435,205.00 | $1,568,974.00 |
| Vehicle | DWC | VTBWJ85010B02 | 98-11-29 | $5,340,728.00 | D/A FBD 180 | 99-5-27 | | | | | $5,340,728.00 | | $5,340,728.00 | O | O | O | 18 | 1,085 | $2,050,073.00 | $2,050,073.00 | $7,390,801.00 |
| Vehicle | DWC | VTBWJ85013A01 | 98-11-30 | $4,317,774.00 | D/A FBD 180 | 99-5-28 | | | | | $4,317,774.00 | | $4,317,774.00 | O | O | O | 19 | 1,084 | $1,653,115.00 | $1,653,115.00 | $5,970,889.00 |
| Vehicle | DWC | VTBWJ85010A02 | 98-11-30 | $14,035,441.00 | D/A FBD 180 | 99-5-28 | $3,774,875.72 | 99-11-9 | 165 | $817,945.00 | $10,260,565.28 | | $10,260,565.28 | O | O | O | 20 | 1,084 | $3,928,389.00 | $4,746,334.00 | $15,006,899.28 |
| Vehicle | DWC | VTBWJ85018A04 | 98-12-24 | $612,561.00 | D/A FBD 180 | 99-6-21 | | | | | $612,561.00 | | $612,561.00 | O | O | O | 21 | 1,060 | $203,531.00 | $203,531.00 | $816,092.00 |
| Vehicle | DWC | VTBWJ85018A02 | 98-12-31 | $801,199.00 | D/A FBD 180 | 99-6-28 | | | | | $801,199.00 | | $801,199.00 | O | O | O | 22 | 1,053 | $259,324.00 | $259,324.00 | $1,060,523.00 |
| Vehicle | DWC | VTBWJ85018B06 | 99-4-24 | $801,971.00 | D/A FBD 180 | 99-10-20 | | | | | $801,971.00 | | $801,971.00 | O | O | O | 25 | 939 | $230,020.00 | $230,020.00 | $1,031,991.00 |
| Vehicle | DWC | VTBWJ85018A08 | 99-4-27 | $1,296,074.00 | D/A FBD 180 | 99-10-23 | | | | | $1,296,074.00 | | $1,296,074.00 | O | O | O | 26 | 936 | $370,551.00 | $370,551.00 | $1,666,625.00 |
| Vehicle | DWC | VTBWJ85018B02 | 99-4-29 | $1,331,775.00 | D/A FBD 180 | 99-10-25 | | | | | $1,331,775.00 | | $1,331,775.00 | O | O | O | 27 | 934 | $379,901.00 | $379,901.00 | $1,711,676.00 |
| Vehicle | DWC | VTBWJ85018B08 | 99-5-9 | $961,652.00 | D/A FBD 180 | 99-11-4 | | | | | $961,652.00 | | $961,652.00 | O | O | O | 29 | 924 | $271,506.00 | $271,506.00 | $1,233,158.00 |
| Vehicle | DWC | VTBWJ85018B10 | 99-5-21 | $1,397,868.00 | D/A FBD 180 | 99-11-16 | | | | | $1,397,868.00 | | $1,397,868.00 | O | O | O | 30 | 912 | $391,266.00 | $391,266.00 | $1,789,134.00 |
| Vehicle | DWC | VTBWJ85018A18 | 99-5-22 | $1,778,160.00 | D/A FBD 180 | 99-11-17 | $684,019.84 | 99-9-2 | -76 | ($41,471.00) | $1,094,140.16 | | $1,094,140.16 | O | O | O | 31 | 911 | $305,881.00 | $264,410.00 | $1,358,550.16 |
| Vehicle | DWC | VTBWJ85018B14 | 99-6-25 | $14,325.00 | D/A FBD 180 | 99-12-21 | | | | | $14,325.00 | | $14,325.00 | O | O | O | 33 | 877 | $3,941.00 | $3,941.00 | $18,266.00 |
| Vehicle | DWC | VTBWJ85018A26 | 99-6-25 | $52,651.00 | D/A FBD 180 | 99-12-21 | | | | | $52,651.00 | | $52,651.00 | O | O | O | 34 | 877 | $14,484.00 | $14,484.00 | $67,135.00 |
| Vehicle | DWC | VTBWJ85018A40 | 99-7-22 | $650,437.00 | D/A FBD 180 | 00-1-17 | | | | | $650,437.00 | | $650,437.00 | O | O | O | 35 | 850 | $173,348.00 | $173,348.00 | $823,785.00 |
| Vehicle | DWC | VTBWJ85018A52 | 99-7-29 | $1,854,042.00 | D/A FBD 180 | 00-1-24 | | | | | $1,854,042.00 | | $1,854,042.00 | O | O | O | 36 | 843 | $491,138.00 | $491,138.00 | $2,345,180.00 |
| Vehicle | DWC | VTBWJ85018A50 | 99-7-29 | $2,128,247.00 | D/A FBD 180 | 00-1-24 | | | | | $2,128,247.00 | | $2,128,247.00 | O | O | O | 37 | 843 | $563,775.00 | $563,775.00 | $2,692,022.00 |
| Vehicle | DWC | VTBWJ85018B38 | 99-10-20 | $270,160.00 | D/A FBD 120 | 00-2-16 | | | | | $270,160.00 | | $270,160.00 | O | O | O | 38 | 820 | $75,213.00 | $75,213.00 | $345,373.00 |
| Vehicle | DWC | VTBWJ85018A86 | 99-10-22 | $1,671,868.00 | D/A FBD 120 | 00-2-18 | | | | | $1,671,868.00 | | $1,671,868.00 | O | O | O | 39 | 818 | $464,173.00 | $464,173.00 | $2,136,041.00 |
| Vehicle | DWC | VTBWJ85018A98 | 99-10-31 | $671,725.00 | D/A FBD 120 | 00-2-27 | | | | | $671,725.00 | | $671,725.00 | O | O | O | 40 | 809 | $183,576.00 | $183,576.00 | $855,301.00 |
| Vehicle | DWC | VTBWJ85018A96 | 99-10-31 | $868,231.00 | D/A FBD 120 | 00-2-27 | | | | | $868,231.00 | | $868,231.00 | O | O | O | 41 | 809 | $237,279.00 | $237,279.00 | $1,105,510.00 |
| Vehicle | DWMC | XGAUS95001A14 | 99-11-30 | $2,421,643.00 | D/A FBD 180 | 00-5-27 | | | | | $2,421,643.00 | | $2,421,643.00 | O | O | O | 42 | 719 | $585,949.00 | $585,949.00 | $3,007,592.00 |
| Vehicle | DWMC | XGAUS95001A78 | 00-3-29 | $1,166,283.00 | D/A FBD 120 | 00-7-26 | | | | | $1,166,283.00 | | $1,166,283.00 | O | O | O | 43 | 659 | $262,171.00 | $262,171.00 | $1,428,454.00 |
| Vehicle | DWMC | XGAUS95001A80 | 00-3-29 | $1,553,234.00 | D/A FBD 120 | 00-7-26 | | | | | $1,553,234.00 | | $1,553,234.00 | O | O | O | 44 | 659 | $349,155.00 | $349,155.00 | $1,902,389.00 |
| Vehicle | DWMC | XGAUS95001A92 | 00-4-28 | $82,515.00 | D/A FBD 120 | 00-8-25 | | | | | $82,515.00 | | $82,515.00 | O | O | O | 45 | 629 | $18,025.00 | $18,025.00 | $100,540.00 |
| Vehicle | DWMC | XGAUS95001A94 | 00-4-28 | $866,730.00 | D/A FBD 120 | 00-8-25 | | | | | $866,730.00 | | $866,730.00 | O | O | O | 46 | 629 | $189,334.00 | $189,334.00 | $1,056,064.00 |
| Vehicle | DWMC | XGAUS95001B72 | 00-4-28 | $2,404,579.00 | D/A FBD 120 | 00-8-25 | | | | | $2,404,579.00 | | $2,404,579.00 | O | O | O | 47 | 629 | $525,272.00 | $525,272.00 | $2,929,851.00 |
| Vehicle | DWMC | XGAUS95001A90 | 00-4-30 | $922,894.00 | D/A FBD 120 | 00-8-27 | | | | | $922,894.00 | | $922,894.00 | O | O | O | 48 | 627 | $176,811.00 | $176,811.00 | $1,099,705.00 |
| Vehicle | DWMC | XGAUS05003A30 | 00-7-11 | $1,942.00 | D/A FBD 120 | 00-11-7 | | | | | $1,942.00 | | $1,942.00 | O | O | O | 49 | 555 | $381.00 | $381.00 | $2,323.00 |
| Vehicle | DWMC | XGAUS05003A28 | 00-7-11 | $11,821.00 | D/A FBD 120 | 00-11-7 | | | | | $11,821.00 | | $11,821.00 | O | O | O | 50 | 555 | $2,320.00 | $2,320.00 | $14,141.00 |
| Vehicle | DWMC | XGAUS05003B20 | 00-7-11 | $17,761.00 | D/A FBD 120 | 00-11-7 | | | | | $17,761.00 | | $17,761.00 | O | O | O | 51 | 555 | $3,486.00 | $3,486.00 | $21,247.00 |
| Vehicle | DWMC | XGAUS05005A04 | 00-7-11 | $1,218,200.00 | D/A FBD 120 | 00-11-7 | | | | | $1,218,200.00 | | $1,218,200.00 | O | O | O | 52 | 555 | $239,100.00 | $239,100.00 | $1,457,300.00 |
| Vehicle | DWMC | XGAUS05005A02 | 00-7-11 | $1,802,806.00 | D/A FBD 120 | 00-11-7 | | | | | $1,802,806.00 | | $1,802,806.00 | O | O | O | 53 | 555 | $353,843.00 | $353,843.00 | $2,156,649.00 |

EXHIBIT 1

000026

| Description | Seller | File No. | B/L Date | Invoiced Amt. | Payment Terms | Due Date | Partial Receipt | | | | A/R Amt.(Principal) | | | Document | | | | Delayed Interest(Libor+6%) | | Total Interest | Total A/R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Amount | Date | Delayed | Interest(ⓐ) | Vehicle | Parts | Total | Invoice | Packing | B/L | Ref. No. | Delayed Date* | Amount (ⓑ) | (ⓐ+ⓑ) | (Principal & Interest) |
| Vehicle | DWMC | XGAUS05005B06 | 00-7-30 | $2,003,396.00 | D/A FBD 120 | 00-11-26 | | | | | $2,003,396.00 | | $2,003,396.00 | O | O | O | 54 | 536 | $379,473.00 | $379,473.00 | $2,382,869.00 |
| Vehicle | DWMC | XGAUS05005A10 | 00-7-31 | $789,653.00 | D/A FBD 120 | 00-11-27 | | | | | $789,653.00 | | $789,653.00 | O | O | O | 55 | 535 | $149,293.00 | $149,293.00 | $938,946.00 |
| Vehicle | DWMC | XGAUS05005B06 | 00-7-31 | $2,712,355.00 | D/A FBD 120 | 00-11-27 | | | | | $2,712,355.00 | | $2,712,355.00 | O | O | O | 56 | 535 | $512,801.00 | $512,801.00 | $3,225,156.00 |
| Vehicle | DWMC | XGAUS05005A14 | 00-8-1 | $242,795.00 | D/A FBD 120 | 00-11-28 | | | | | $242,795.00 | | $242,795.00 | O | O | O | 57 | 534 | $45,811.00 | $45,811.00 | $288,606.00 |
| Vehicle | DWMC | XGAUS05005A12 | 00-8-1 | $1,730,775.00 | D/A FBD 120 | 00-11-28 | | | | | $1,730,775.00 | | $1,730,775.00 | O | O | O | 58 | 534 | $326,563.00 | $326,563.00 | $2,057,338.00 |
| Vehicle | DWMC | XGAUS05005B10 | 00-8-5 | $1,513,396.00 | D/A FBD 120 | 00-12-2 | | | | | $1,513,396.00 | | $1,513,396.00 | O | O | O | 59 | 530 | $282,768.00 | $282,768.00 | $1,796,164.00 |
| Vehicle | DWMC | XGAUS05005A16 | 00-8-9 | $4,574,533.00 | D/A FBD 120 | 00-12-6 | | | | | $4,574,533.00 | | $4,574,533.00 | O | O | O | 60 | 526 | $848,062.00 | $848,062.00 | $5,422,595.00 |
| Vehicle | DWMC | XGAUS05005A26 | 00-8-29 | $748,247.00 | D/A FBD 120 | 00-12-26 | | | | | $748,247.00 | | $748,247.00 | O | O | O | 61 | 506 | $133,356.00 | $133,356.00 | $881,603.00 |
| Vehicle | DWMC | XGAUS05005A24 | 00-8-29 | $1,622,723.00 | D/A FBD 120 | 00-12-26 | | | | | $1,622,723.00 | | $1,622,723.00 | O | O | O | 62 | 506 | $289,209.00 | $289,209.00 | $1,911,932.00 |
| Vehicle | DWMC | XGAUS05005A28 | 00-9-9 | $1,500,710.00 | D/A FBD 120 | 01-1-6 | | | | | $1,500,710.00 | | $1,500,710.00 | O | O | O | 63 | 495 | $261,236.00 | $261,236.00 | $1,761,946.00 |
| Vehicle | DWMC | XGAUS05005A30 | 00-9-23 | $382,957.00 | D/A FBD 120 | 01-1-20 | | | | | $382,957.00 | | $382,957.00 | O | O | O | 64 | 481 | $64,778.00 | $64,778.00 | $447,735.00 |
| Vehicle | DWMC | XGAUS05005A32 | 00-9-25 | $1,205,247.00 | D/A FBD 120 | 01-1-22 | | | | | $1,205,247.00 | | $1,205,247.00 | O | O | O | 65 | 479 | $203,022.00 | $203,022.00 | $1,408,269.00 |
| Vehicle | DWMC | XGAUS05005A34 | 00-9-26 | $1,235,114.00 | D/A FBD 120 | 01-1-23 | | | | | $1,235,114.00 | | $1,235,114.00 | O | O | O | 66 | 478 | $207,619.00 | $207,619.00 | $1,442,733.00 |
| Vehicle | DWMC | XGAUS05005A36 | 00-9-26 | $1,282,783.00 | D/A FBD 120 | 01-1-23 | | | | | $1,282,783.00 | | $1,282,783.00 | O | O | O | 67 | 478 | $215,632.00 | $215,632.00 | $1,498,415.00 |
| Vehicle | DWMC | XGAUS05005A52 | 00-10-23 | $1,928,983.00 | D/A FBD 120 | 01-2-19 | | | | | $1,928,983.00 | | $1,928,983.00 | O | O | O | 68 | 451 | $308,357.00 | $308,357.00 | $2,237,340.00 |
| Vehicle | DWMC | XGAUS05005B36 | 00-10-25 | $504,086.00 | D/A FBD 120 | 01-2-21 | | | | | $504,086.00 | | $504,086.00 | O | O | O | 69 | 449 | $80,223.00 | $80,223.00 | $584,309.00 |
| Vehicle | DWMC | XGAUS15012B18 | 01-10-31 | $1,582,137.00 | T/T FBD 30 | 01-11-29 | | | | | $1,582,137.00 | | $1,582,137.00 | O | O | O | 70 | 168 | $60,543.00 | $60,543.00 | $1,642,680.00 |
| Vehicle | DWMC | XGAUS15012B14 | 01-10-29 | $957,636.00 | T/T FBD 30 | 01-11-27 | | | | | $957,636.00 | | $957,636.00 | O | O | O | 71 | 170 | $37,398.00 | $37,398.00 | $995,034.00 |
| Vehicle | DWMC | XGAUS15012B16 | 01-10-29 | $769,513.00 | T/T FBD 30 | 01-11-27 | | | | | $769,513.00 | | $769,513.00 | O | O | O | 72 | 170 | $30,052.00 | $30,052.00 | $799,565.00 |
| Vehicle | DWMC | XGAUS15012A22 | 01-11-29 | $570,320.00 | T/T FBD 30 | 01-12-28 | | | | | $570,320.00 | | $570,320.00 | O | O | O | 73 | 139 | $17,795.00 | $17,795.00 | $588,115.00 |
| Vehicle | DWMC | XGAUS15012A20 | 01-10-31 | $545,182.00 | T/T FBD 30 | 01-11-29 | | | | | $545,182.00 | | $545,182.00 | O | O | O | 74 | 168 | $20,862.00 | $20,862.00 | $566,044.00 |
| Vehicle | DWMC | XGAUS15012A18 | 01-10-31 | $665,740.00 | T/T FBD 30 | 01-11-29 | $199,194.00 | 02-1-8 | 40 | $6,066.00 | $466,546.00 | | $466,546.00 | O | O | O | 75 | 168 | $17,853.00 | $23,919.00 | $490,465.00 |
| Vehicle | DWMC | XGAUS15012B20 | 01-11-29 | $396,466.00 | T/T FBD 30 | 01-12-28 | | | | | $396,466.00 | | $396,466.00 | O | O | O | 76 | 139 | $12,371.00 | $12,371.00 | $408,837.00 |
| Parts | DWC | VTBMJ85035A04 | 99-1-26 | $179,467.24 | D/A FBD 180 | 99-7-24 | | | | | | $179,467.24 | $179,467.24 | O | O | O | 77 | 1,027 | $56,155.00 | $56,155.00 | $235,622.24 |
| Parts | DWC | XIASW95003A01 | 99-4-8 | $323,462.79 | D/A FBD 180 | 99-10-4 | | | | | | $323,462.79 | $323,462.79 | O | O | O | 78 | 955 | $94,388.00 | $94,388.00 | $417,850.79 |
| Parts | DWC | XIAIH95016A01 | 99-6-10 | $205,556.08 | D/A FBD 180 | 99-12-6 | | | | | | $205,556.08 | $205,556.08 | O | O | O | 79 | 892 | $56,662.00 | $56,662.00 | $262,218.08 |
| Parts | DWC | XIAIH95020A01 | 99-7-1 | $205,115.92 | D/A FBD 180 | 99-12-27 | | | | | | $205,115.92 | $205,115.92 | O | O | O | 80 | 871 | $56,091.00 | $56,091.00 | $261,206.92 |
| Parts | DWC | XIAIH95021A01 | 99-7-8 | $117,785.09 | D/A FBD 180 | 00-1-3 | | | | | | $117,785.09 | $117,785.09 | O | O | O | 81 | 864 | $31,972.00 | $31,972.00 | $149,757.09 |
| Parts | DWMC | XIAUS15131A01 | 01-9-15 | $10,581.62 | CAD FBD 10 | 01-9-24 | | | | | | $10,581.62 | $10,581.62 | O | O | O | 82 | 234 | $627.00 | $627.00 | $11,208.62 |
| Parts | DWMC | XIAUS15132A01 | 01-9-15 | $289,441.12 | CAD FBD 10 | 01-9-24 | | | | | | $289,441.12 | $289,441.12 | O | O | O | 83 | 234 | $17,139.00 | $17,139.00 | $306,580.12 |
| Parts | DWMC | XIAUS15133A01 | 01-9-15 | $273,236.84 | CAD FBD 10 | 01-9-24 | | | | | | $273,236.84 | $273,236.84 | O | O | O | 84 | 234 | $16,180.00 | $16,180.00 | $289,416.84 |
| Parts | DWMC | XIAUS15134A01 | 01-9-19 | $21,703.63 | CAD FBD 10 | 01-9-28 | | | | | | $21,703.63 | $21,703.63 | O | O | O | 85 | 230 | $1,218.00 | $1,218.00 | $22,921.63 |
| Parts | DWMC | XIAUS15135A01 | 01-9-19 | $9,662.40 | CAD FBD 10 | 01-9-28 | | | | | | $9,662.40 | $9,662.40 | O | O | O | 86 | 230 | $542.00 | $542.00 | $10,204.40 |
| Parts | DWMC | XIAUS15136A01 | 01-9-19 | $7,402.23 | CAD FBD 10 | 01-9-28 | | | | | | $7,402.23 | $7,402.23 | O | O | O | 87 | 230 | $415.00 | $415.00 | $7,817.23 |
| Parts | DWMC | XIAUS15137A01 | 01-9-22 | $236,049.52 | CAD FBD 10 | 01-10-1 | | | | | | $236,049.52 | $236,049.52 | O | O | O | 88 | 227 | $12,800.00 | $12,800.00 | $248,849.52 |
| Parts | DWMC | XIAUS15138A01 | 01-9-22 | $261,548.12 | CAD FBD 10 | 01-10-1 | | | | | | $261,548.12 | $261,548.12 | O | O | O | 89 | 227 | $14,183.00 | $14,183.00 | $275,731.12 |
| Parts | DWMC | XIAUS15141A01 | 01-9-29 | $189,951.23 | CAD FBD 10 | 01-10-8 | | | | | | $189,951.23 | $189,951.23 | O | O | O | 90 | 220 | $9,983.00 | $9,983.00 | $199,934.23 |
| Parts | DWMC | XIAUS15142A01 | 01-9-29 | $302,676.47 | CAD FBD 10 | 01-10-8 | | | | | | $302,676.47 | $302,676.47 | O | O | O | 91 | 220 | $15,907.00 | $15,907.00 | $318,583.47 |
| Parts | DWMC | XIAUS15140A01 | 01-9-30 | $15,753.70 | CAD FBD 10 | 01-10-9 | | | | | | $15,753.70 | $15,753.70 | O | O | O | 92 | 219 | $824.00 | $824.00 | $16,577.70 |
| Parts | DWMC | XIAUS15144A01 | 01-9-30 | $4,898.35 | CAD FBD 10 | 01-10-9 | | | | | | $4,898.35 | $4,898.35 | O | O | O | 93 | 219 | $256.00 | $256.00 | $5,154.35 |
| G - Total | | | | | | | $4,658,089.56 | | | $782,540.00 | $120,075,067.44 | $2,654,292.35 | $122,729,359.79 | | | | | | $35,444,589.00 | $36,227,129.00 | $158,956,488.79 |
| Delayed Interest | DWMC | XIAUS0012A46 | 02-4-7 | | T/T FBD 30 | 02-5-6 | | | | | | | | O | | | 94 | | | | |

# Remarks

* Delayed Date : DMA Ch. 11 Filing Date(May 16, 2002) - Due Date for each file
* Delayed Interest Rate : LIBOR(3month)+6% (LIBOR on B/L Date)
* Description(DWC : Daewoo Corporation, DWMC : Daewoo Motor Co., Ltd.)B/L :Bill of Lading, D/A : Document Against Payment, T/T : Telegrafic Transfer, CAD : Cash Against Document, FBD : From B/L Date

EXHIBIT 1

000027

# COMMERCIAL INVOICE

Ref No. (1)

AV80900576

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85010B01 OCT. 02, 1998<br>9)No.& date of L/C<br>VTB-WJ80928 SEP. 28, 1998 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>本법인용 |
| 4)Port of loading: KUNSAN, KOREA — 5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TONGALA Q895 — 7)Sailing on / about: OCT. 07, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A, U.S.A

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 320
DAEWOO CORP.
MADE IN KOREA

320 UNITS OF DAEWOO PASSENGER CARS

- NUBIRA 320 UNITS

CIF TOTAL US$2,965,588

//////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 114,116 |
| INSURANCE | US$ 4,413 |
| FOB TOTAL | US$2,847,059 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000028

VTBWJ85010B01

01

EXHIBIT 1

# PACKING LIS

AV80900576

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL KOREA

8)No. & date of invoice
VTBWJ85010B01 OCT. 02, 1998

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party

- DITTO -

4)Port of loading
KUNSAN, KOREA

5)Final destination
LOSANGELES, U.S.A

6)Carrier
TONGALA Q895

7)Sailing on / about
OCT. 07, 1998

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 320
DAEWOO CORP.
MADE IN KOREA

320 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 172 UNITS |
| | 209,840 KGS | 1,739.436 CBM |
| - NUBIRA 5 DR | | 110 UNITS |
| | 133,100 KGS | 1,055.670 CBM |
| - NUBIRA WAGON | | 38 UNITS |
| | 49,400 KGS | 390.716 CBM |
| TOTAL 320 UNITS | 392,340 KGS | 3,185.822 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

VTBWJ85010B01

PAGE 2

BILL OF LADING

B/L No.
Reference No. NOSA895KUVLAX005

norwegian specialized autocarriers
nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST
COMPTON, CA 90220
U.S.A.

3. Notify address
SAME AS CONSIGNEE

4. Pre-carriage by*
5. Place of receipt by pre-carrier*

6. Vessel
TONGALA V.Q895

7. Port of loading
KUNSAN, KOREA

8. Port of discharge
LOS ANGELES, U.S.A.

9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : L.A. U.S.A.<br>C/NO. : 1 - 320<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC: 320 UNITS OF<br>DAEWOO PASSENGER CARS<br>- NUBIRA 4 DR 172 UNITS<br>- NUBIRA 5 DR 110 UNITS<br>- NUBIRA WAGON 38 UNITS<br>////////////////////////////////////<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>" FREIGHT TO BE PAID AS AGREED "<br>*SAY : THREE HUNDRED AND TWENTY (320) UNITS ONLY. | 392,340KGS | 3,185.822CBM |

SHIPPED ON BOARD
OCT 07,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

Specification of freight, charges etc.

| | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of .................... the limit of Carrier's liability will be raised to.................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA OCT.07.1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For ~~the Master~~
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

Ref. No.①

# COMMERCIAL INVOICE

AV81000022

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of Invoice<br>VTBWJ85008A09 OCT. 02, 1998<br>9)No.& date of L/C<br>VTB-WJ80729 JUL. 29, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks: |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TONGALA Q895<br>7)Sailing on / about: OCT. 08, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A, U.S.A

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 70
DAEWOO CORP.
MADE IN KOREA

70 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS | 44 UNITS | US$326,247 |
| - LEGANZA | 26 UNITS | US$283,932 |
| TOTAL | 70 UNITS | US$610,179 |

////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____________

DAEWOO
CORPORATION

VTBWJ85008A09

EXHIBIT 01 1

000031

# PACKING LIST

AV81000022

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85008A09 OCT. 02, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>LOSANGELES, U.S.A |
| 6)Carrier<br>TONGALA Q895 | 7)Sailing on / about<br>OCT. 08, 1998 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 70
DAEWOO CORP.
MADE IN KOREA

70 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 31 UNITS |
| | 31,310 KGS | 277.388 CBM |
| - LANOS 4 DR | | 13 UNITS |
| | 13,390 KGS | 121.199 CBM |
| - LEGANZA 4 DR | | 26 UNITS |
| | 34,320 KGS | 289.900 CBM |
| TOTAL 70 UNITS | 79,020 KGS | 688.487 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________

DAEWOO
CORPORATION

EXHIBIT 1

VTBWJ85008A09

PAGE 2

# BILL OF LADING

B/L No. NOSA895INCLAX007

norwegian specialized autocarriers

nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220
U.S.A

3. Notify address
SAME AS CONSIGNEE

4. Pre-carriage by

5. Place of receipt by pre-carrier

6. Vessel
TONGALA V.Q895

7. Port of loading
INCHON, KOREA

8. Port of discharge
LOS ANGELES, U.S.A.

9. Place of delivery by on-carrier

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : L.A, U.S.A.<br>C/NO. : 1 - 70<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 70 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LANOS 3 DR 31 UNITS<br>- LANOS 4 DR 13 UNITS<br>- LEGANZA 4 DR 26 UNITS<br>//////////////////////////////////////////<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>" FREIGHT TO BE PAID AS AGREED "<br>*SAY : SEVENTY (70) UNITS ONLY. | 79,020KGS | 688.487CBM |

SHIPPED ON BOARD :
OCT.08,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL,KOREA

20. Place and date of issue
SEOUL, KOREA OCT.08,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000032

EXHIBIT 1

Ref. No. 3

# COMMERCIAL INVOICE

AV81000027

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85009A05 OCT. 02, 1998<br>9)No.& date of L/C<br>VTB-WJ80827 AUG. 27, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>美법인용 |
| 4)Port of loading: INCHON, KORA / 5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TONGALA Q895 / 7)Sailing on / about: OCT. 08, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A, U.S.A

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 337
DAEWOO CORP.
MADE IN KOREA

337 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS | | 206 UNITS<br>US$1,582,708 |
| - LEGANZA | | 131 UNITS<br>US$1,460,527 |
| TOTAL | 337 UNITS | US$3,043,235 |

////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 119,312 |
| INSURANCE | US$ 4,601 |
| FOB TOTAL | US$2,919,322 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000033



EXHIBIT 1

# PACKING LIST

AV81000027

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL KOREA

8)No. & date of invoice
VTBWJ85009A05 OCT. 02, 1998

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party

- DITTO -

4)Port of loading
INCHON, KORA

5)Final destination
LOSANGELES, U.S.A

6)Carrier
TONGALA Q895

7)Sailing on / about
OCT. 08, 1998

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 337
DAEWOO CORP.
MADE IN KOREA

337 UNITS OF DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - LANOS 3 DR | | | 102 UNITS |
| | | 103,020 KGS | 912.696 CBM |
| - LANOS 4 DR | | | 104 UNITS |
| | | 107,120 KGS | 969.592 CBM |
| - LEGANZA 4 DR | | | 131 UNITS |
| | | 172,920 KGS | 1,460.650 CBM |
| TOTAL | 337 UNITS | 383,060 KGS | 3,342.938 CBM |

//////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________
DAEWOO
CORPORATION

000034

VTBWJ85009A05

EXHIBIT 1

**BILL OF LADING**

B/L No.: NOSA895INCLAX009

norwegian specialized autocarriers
nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

3. Notify address
SAME AS CONSIGNEE

4. Pre-carriage by

5. Place of receipt by pre-carrier

FIRST ORIGINAL

6. Vessel
TONGALA V.Q895

7. Port of loading
INCHON, KOREA

8. Port of discharge
LOS ANGELES, U.S.A.

9. Place of delivery by on-carrier

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : L.A, U.S.A.<br>C/NO. : 1 - 337<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC: 337 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LANOS 3 DR 102 UNITS<br>- LANOS 4 DR 104 UNITS<br>- LEGANZA 4 DR 131 UNITS<br>//////////////////////////////////////////<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>" FREIGHT TO BE PAID AS AGREED "<br>*SAY : THREE HUNDRED AND THIRTY SEVEN (337) UNITS ONLY. | 383,060KGS | 3,342.938CBM |

SHIPPED ON BOARD :
OCT.08,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ........................, the limit of Carrier's liability will be raised to.......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL,KOREA

20. Place and date of issue
SEOUL, KOREA OCT.08,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000035

EXHIBIT 1

# COMMERCIAL INVOICE

Ref. No. 6

AV81000299

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85008B12 OCT. 21, 1998<br>9)No.& date of L/C<br>VTB-WJ80729 JUL. 29, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>本법인용 |
| 4)Port of loading: KUNSAN, KOREA<br>5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: TASCO P868<br>7)Sailing on / about: OCT. 24, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 2
DAEWOO CORP.
MADE IN KOREA

2 UNITS OF DAEWOO PASSENGER CARS

- NUBIRA 2 UNITS

CIF TOTAL US$20,190

////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 1,149 |
| INSURANCE | US$ 30 |
| FOB TOTAL | US$19,011 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____

DAEWOO
CORPORATION

000036

VTBWJ85008B12

01

EXHIBIT 1

# PACKING LIST

AV81000299

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85008B12 OCT. 21, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>KUNSAN, KOREA | 5)Final destination<br>JACKSONVILLE, U.S.A |
| 6)Carrier<br>TASCO P868 | 7)Sailing on / about<br>OCT. 24, 1998 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 2
DAEWOO CORP.
MADE IN KOREA

2 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 1 UNIT |
| | 1,220 KGS | 10.113 CBM |
| - NUBIRA WAGON | | 1 UNIT |
| | 1,300 KGS | 10.282 CBM |
| TOTAL 2 UNITS | 2,520 KGS | 20.395 CBM |

//////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO CORPORATION

000037

VTBWJ85008B12

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No. NOSA868KUVJAX003

Reference No.

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3. Notify address
SAME AS CONSIGNEE

norwegian specialized autocarriers

nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

4. Pre-carriage by*

5. Place of receipt by pre-carrier*

6. Vessel
TASCO V.P868

7. Port of loading
KUNSAN, KOREA

8. Port of discharge
JACKSONVILLE, U.S.A

9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST: JACKSONVILLE, U.S.A.<br>C/NO.: 1 - 2<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 2 UNITS OF<br>DAEWOO PASSENGER CARS<br>==================<br>- NUBIRA 4DR 1 UNIT<br>- NUBIRA WAGON 1 UNIT<br>//////////////////////////////////<br><br>" FREIGHT TO BE PAID AS AGREED "<br><br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br><br>*SAY : TWO (2) UNITS ONLY. | 2,520KGS | 20.395CBM |

SHIPPED ON BOARD :
OCT.24.1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................... the limit of Carrier's liability will be raised to ...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA OCT.24.1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
~~For the Master~~
For NOSAC KOREA CO., LTD.
as agents

000038

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

Ref. No. ⑥

# COMMERCIAL INVOICE

AV81000295

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85008B11 OCT. 21, 1998<br>9)No.& date of L/C<br>VTB-WJ80729 JUL. 29, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>本법인용 |
| 4)Port of loading: KUNSAN, KOREA — 5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TASCO P868 — 7)Sailing on / about: OCT. 24, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 5
DAEWOO CORP.
MADE IN KOREA

5 UNITS OF DAEWOO PASSENGER CARS

- NUBIRA 5 UNITS

CIF TOTAL US$48,405

////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

FREIGHT US$ 2,823
INSURANCE US$ 72
FOB TOTAL US$45,510

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO
CORPORATION

000039

VTBWJ85008B11 01

EXHIBIT 1

# PACKING LIST

AV81000295

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL KOREA

8)No. & date of invoice
VTBWJ85008B11 OCT. 21, 1998

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
- DITTO -

4)Port of loading
KUNSAN, KOREA

5)Final destination
NEWARK, U.S.A

6)Carrier
TASCO P868

7)Sailing on / about
OCT. 24, 1998

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 5
DAEWOO CORP.
MADE IN KOREA

5 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 3 UNITS |
| | 3,660 KGS | 30.339 CBM |
| - NUBIRA 5 DR | | 1 UNIT |
| | 1,210 KGS | 9.597 CBM |
| - NUBIRA WAGON | | 1 UNIT |
| | 1,300 KGS | 10.282 CBM |
| TOTAL 5 UNITS | 6,170 KGS | 50.218 CBM |

///////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

000040

VTBWJ85008B11

EXHIBIT 1

PAGE 2

**BILL OF LADING**

B/L No. NOSA868KUVEWR003

Reference No.

*norwegian specialized autocarriers*

**nosac**

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION
SEOUL, KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, CA 90220
U.S.A

3. Notify address
SAME AS CONSIGNEE

| 4. Pre-carriage by * | 5. Place of receipt by pre-carrier * |
|---|---|
| 6. Vessel: TASCO V.P868 | 7. Port of loading: KUNSAN, KOREA |
| 8. Port of discharge: NEWARK, U.S.A | 9. Place of delivery by on-carrier * |

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO. : 1 - 5<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 5 UNITS OF<br>DAEWOO PASSENGER CARS<br>===============<br>- NUBIRA 4DR 3 UNITS<br>- NUBIRA 5DR 1 UNIT<br>- NUBIRA WAGON 1 UNIT<br>//////////////////////////////////<br><br>" FREIGHT TO BE PAID AS AGREED "<br><br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br><br>*SAY : FIVE (5) UNITS ONLY. | 6,170KGS | 50.218CBM |

SHIPPED ON BOARD :
OCT.24,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL,KOREA

20. Place and date of issue
SEOUL, KOREA OCT.24,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000041

EXHIBIT 1

# COMMERCIAL INVOICE

Ref. No. ⑥

AV81000304

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85009B06 OCT. 21, 1998<br>9)No.& date of L/C<br>VTB-WJ80827 AUG. 27, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>미국법인용 |
| 4)Port of loading: KUNSAN, KOREA / 5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TASCO P868 / 7)Sailing on / about: OCT. 24, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 120
DAEWOO CORP.
MADE IN KOREA

120 UNITS OF DAEWOO PASSENGER CARS

- NUBIRA 120 UNITS

CIF TOTAL US$1,221,323

////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

FREIGHT US$ 68,247
INSURANCE US$ 1,843
FOB TOTAL US$1,151,233

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____________

DAEWOO
CORPORATION

000042



EXHIBIT 1

# PACKING LIST

AV81000304

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85009B06 OCT. 21, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>KUNSAN, KOREA / 5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>TASCO P868 / 7)Sailing on / about<br>OCT. 24, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 120
DAEWOO CORP.
MADE IN KOREA

120 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | 99 UNITS | |
| | 120,780 KGS | 1,001.187 CBM |
| - NUBIRA 5 DR | 6 UNITS | |
| | 7,260 KGS | 57.582 CBM |
| - NUBIRA WAGON | 15 UNITS | |
| | 19,500 KGS | 154.230 CBM |
| TOTAL 120 UNITS | 147,540 KGS | 1,212.999 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ________

DAEWOO
CORPORATION

VTBWJ85009B06

000043

EXHIBIT 1

PAGE 2

# BILL OF LADING

B/L No. NOSA868KUVEWR004

Reference No.

norwegian specialized autocarriers

nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION
SEOUL, KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3. Notify address
SAME AS CONSIGNEE

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

6. Vessel
TASCO V.P868

7. Port of loading
KUNSAN, KOREA

8. Port of discharge
NEWARK, U.S.A

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO. : 1 - 120<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 120 UNITS OF<br>DAEWOO PASSENGER CARS<br>================<br>- NUBIRA 4DR 99 UNITS<br>- NUBIRA 5DR 6 UNITS<br>- NUBIRA WAGON 15 UNITS<br>////////////////////////////////////////<br>" FREIGHT TO BE PAID AS AGREED "<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : ONE HUNDRED AND TWENTY (120) UNITS ONLY. | 147,540KGS | 1,212.999CBM |

SHIPPED ON BOARD :
OCT.24,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................... the limit of Carrier's liability will be raised to...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA OCT.24,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC ~~KOREA CO.~~, LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000044

Ref. No. ⑪

# COMMERCIAL INVOICE

AV80900351

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85007A07 OCT. 21, 1998<br>9)No.& date of L/C<br>VTB-WJ80627 JUN. 27, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>* 법인용 |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TASCO P868<br>7)Sailing on / about: OCT. 25, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 2
DAEWOO CORP.
MADE IN KOREA

2 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS | | 2 UNITS<br>US$16,803 |
| TOTAL | 2 UNITS | US$16,803 |

////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 1,022 |
| INSURANCE | US$ 26 |
| FOB TOTAL | US$15,755 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO
CORPORATION

000045

VTBWJ85007A07



EXHIBIT 1

# PACKING LIST

AV80900351

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85007A07 OCT. 21, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>INCHON, KOREA / 5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>TASCO P868 / 7)Sailing on / about<br>OCT. 25, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 2
DAEWOO CORP.
MADE IN KOREA

2 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 1 UNIT |
| | 1,010 KGS | 8.948 CBM |
| - LANOS 4 DR | | 1 UNIT |
| | 1,030 KGS | 9.323 CBM |
| TOTAL 2 UNITS | 2,040 KGS | 18.271 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________

DAEWOO
CORPORATION

000046

VTBWJ85007A07

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No. NOSA868INCEWR006
Reference No.

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3. Notify address
SAME AS CONSIGNEE

norwegian specialized autocarriers
nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

4. Pre-carriage by
5. Place of receipt by pre-carrier
6. Vessel: TASCO V.P868
7. Port of loading: INCHON, KOREA
8. Port of discharge: NEWARK, U.S.A
9. Place of delivery by on-carrier

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO : 1 - 2<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 2 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LANOS 3DR 1 UNIT<br>- LANOS 4DR 1 UNIT<br>//////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : TWO (2) UNITS ONLY. | 2,040KGS | 18.271CBM |

PARTICULARS FURNISHED BY SHIPPER

SHIPPED ON BOARD :
OCT.25,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

Specification of freight, charges etc.

FREIGHT AS AGREED

Total

17. VALUATION.
In consideration of an additional freight payment of ...................., the limit of Carrier's liability will be raised to....................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at: SEOUL, KOREA
20. Place and date of issue: SEOUL, KOREA OCT.26,1998
21. Number of original Bs/L: THREE(3)
22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000047

EXHIBIT 1

# COMMERCIAL INVOICE

Ref. No. ③

AV81000297

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85008A11 OCT. 21, 1998<br>9)No.& date of L/C<br>VTB-WJ80729 JUL. 29, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>未법인용 |
| 4)Port of loading: INCHON, KOREA / 5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: TASCO P868 / 7)Sailing on / about: OCT. 25, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 5
DAEWOO CORP.
MADE IN KOREA

5 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS | | 3 UNITS<br>US$24,979 |
| - LEGANZA | | 2 UNITS<br>US$23,911 |
| TOTAL | 5 UNITS | US$48,890 |

////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 2,767 |
| INSURANCE | US$ 74 |
| FOB TOTAL | US$46,049 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ______

DAEWOO CORPORATION

000048



EXHIBIT 1

# PACKING LIST

AV81000297

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85008A11 OCT. 21, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>JACKSONVILLE, U.S.A |
| 6)Carrier<br>TASCO P868 | 7)Sailing on / about<br>OCT. 25, 1998 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 5
DAEWOO CORP.
MADE IN KOREA

5 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 2 UNITS |
| | 2,020 KGS | 17.896 CBM |
| - LANOS 4 DR | | 1 UNIT |
| | 1,030 KGS | 9.323 CBM |
| - LEGANZA 4 DR | | 2 UNITS |
| | 2,640 KGS | 22.300 CBM |
| TOTAL 5 UNITS | 5,690 KGS | 49.519 CBM |

//////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

000049

VTBWJ85008A11

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No.: NOSA868INCJAX006

Reference No.

norwegian specialized autocarriers

nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION
SEOUL, KOREA

2. Consignee
DAEWOO MOTOR AMERICA, INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3. Notify address
SAME AS CONSIGNEE

4. Pre-carriage by*

5. Place of receipt by pre-carrier*

6. Vessel.
TASCO V.P868

7. Port of loading
INCHON, KOREA

8. Port of discharge
JACKSONVILLE, U.S.A

9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST :JACKSONVILLE, U.S.A<br>C/NO. : 1 - 5<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC: 5 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LANOS 3DR 2 UNITS<br>- LANOS 4DR 1 UNIT<br>- LEGANZA 4DR 2 UNITS<br>////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : FIVE (5) UNITS ONLY. | 5,690KGS | 49.519CBM |

SHIPPED ON BOARD :
OCT.25,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................., the limit of Carrier's liability will be raised to......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA OCT.26,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000050

Ref. No. ⑨

# COMMERCIAL INVOICE

AV81000305

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of Invoice<br>VTBWJ85009A07 OCT. 21, 1998<br>9)No.& date of L/C<br>VTB-WJ80827 AUG. 27, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>미법인용 |
| 4)Port of loading<br>INCHON, KOREA / 5)Final destination<br>JACKSONVILLE, U.S.A | |
| 6)Carrier<br>TASCO P868 / 7)Sailing on / about<br>OCT. 25, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 285
DAEWOO CORP.
MADE IN KOREA

285 UNITS OF DAEWOO PASSENGER CARS

- LANOS 95 UNITS US$ 785,613
- LEGANZA 190 UNITS US$2,199,000

TOTAL 285 UNITS US$2,984,613

//////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 166,867 |
| INSURANCE | US$ 4,493 |
| FOB TOTAL | US$2,813,253 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____________

DAEWOO
CORPORATION

000051

VTBWJ85009A07

01

EXHIBIT 1

# PACKING LIST

AV81000305

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85009A07 OCT. 21, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>JACKSONVILLE, U.S.A |
| 6)Carrier<br>TASCO P868 | 7)Sailing on / about<br>OCT. 25, 1998 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 285
DAEWOO CORP.
MADE IN KOREA

285 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 56 UNITS |
| | 56,560 KGS | 501.088 CBM |
| - LANOS 4 DR | | 39 UNITS |
| | 40,170 KGS | 363.597 CBM |
| - LEGANZA 4 DR | | 190 UNITS |
| | 250,800 KGS | 2,118.500 CBM |
| TOTAL 285 UNITS | 347,530 KGS | 2,983.185 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

000052

VTBWJ85009A07

EXHIBIT 1

PAGE 2

# BILL OF LADING

B/L No. NOSA868INCJAX007

Reference No.

norwegian specialized autocarriers

nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3. Notify address
SAME AS CONSIGNEE

4. Pre-carriage by*

5. Place of receipt by pre-carrier*

6. Vessel
TASCO V.P868

7. Port of loading
INCHON, KOREA

8. Port of discharge
JACKSONVILLE, U.S.A

9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST :JACKSONVILLE, U.S.A<br>C/NO. : 1 - 285<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 285 UNITS OF<br>DAEWOO PASSENGER CARS<br>=================<br>- LANOS 3DR 56 UNITS<br>- LANOS 4DR 39 UNITS<br>- LEGANZA 4DR 190 UNITS<br>////////////////////////////////////// | 347,530KGS | 2,983.185CBM |

SHIPPED ON BOARD :
OCT.25,1998

"FREIGHT TO BE PAID AS AGREED"

"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"

*SAY:TWO HUNDRED AND EIGHTY FIVE (285) UNITS ONLY.

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of .................... the limit of Carrier's liability will be raised to.................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA OCT.26,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000053

Ref. No. (10)

# COMMERCIAL INVOICE

AV81000302

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85009A06 OCT. 21, 1998<br>9)No.& date of L/C<br>VTB-WJ80827 AUG. 27, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks: |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TASCO P868<br>7)Sailing on / about: OCT. 25, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 588
DAEWOO CORP.
MADE IN KOREA

588 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS | 199 UNITS | US$1,597,965 |
| - LEGANZA | 389 UNITS | US$4,520,832 |
| TOTAL | 588 UNITS | US$6,118,797 |

////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO
CORPORATION

000054



EXHIBIT 1

# PACKING LIST

AV81000302

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL KOREA

8)No. & date of invoice
VTBWJ85009A06 OCT. 21, 1998

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
- DITTO -

4)Port of loading
INCHON, KOREA

5)Final destination
NEWARK, U.S.A

6)Carrier
TASCO P868

7)Sailing on / about
OCT. 25, 1998

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 588
DAEWOO CORP.
MADE IN KOREA

588 UNITS OF DAEWOO PASSENGER CARS

| | |
|---|---|
| - LANOS 4 DR | 101 UNITS |
| 102,010 KGS | 903.748 CBM |
| - LANOS 4 DR | 98 UNITS |
| 100,940 KGS | 913.654 CBM |
| - LEGANZA 4 DR | 389 UNITS |
| 513,480 KGS | 4,337.350 CBM |

TOTAL 588 UNITS 716,430 KGS 6,154.752 CBM

//////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________________

DAEWOO
CORPORATION

000055

VTBWJ85009A06

EXHIBIT 1

# BILL OF LADING

B/L No.: NOSA868INCEWR008

Reference No.

norwegian specialized autocarriers

nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION
SEOUL, KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3. Notify address
SAME AS CONSIGNEE

4. Pre-carriage by* | 5. Place of receipt by pre-carrier*

6. Vessel: TASCO V.P868 | 7. Port of loading: INCHON, KOREA

8. Port of discharge: NEWARK, U.S.A | 9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO : 1-588<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 588 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LANOS 3 DR 101 UNITS<br>- LANOS 4 DR 98 UNITS<br>- LEGANZA 4 DR 389 UNITS | 716,430KGS | 6,154.752CBM |

SHIPPED ON BOARD :
OCT.25,1998

"FREIGHT TO BE PAID AS AGREED"

"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"

*SAY : FIVE HUNDRED AND EIGHTY EIGHT (588) UNITS ONLY.

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

Specification of freight, charges etc.

| | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of .................... the limit of Carrier's liability will be raised to.................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at: SEOUL, KOREA

20. Place and date of issue: SEOUL, KOREA OCT 26,1998

21. Number of original Bs/L: THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000056

Ref. No.①

# COMMERCIAL INVOICE

AV81100357

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85013B02 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81117 NOV. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>※ 박인홍 |
| 4)Port of loading: KUNSAN, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TAGUS P871<br>7)Sailing on / about: NOV. 26, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 31
DAEWOO CORP.
MADE IN KOREA

31 UNITS OF DAEWOO PASSENGER CARS

- NUBIRA WAGON (EWCQ45D)

31 UNITS US$11,268 US$349,308

//////////////////////////////////

| | |
|---|---|
| FREIGHT | US$ 17,980 |
| INSURANCE | US$ 527 |
| FOB TOTAL | US$330,801 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO
CORPORATION

000057

VTBWJ85013B02



EXHIBIT 1

# PACKING LIST

AV81100357

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85013B02 NOV. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>KUNSAN, KOREA<br>5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>TAGUS P871<br>7)Sailing on / about<br>NOV. 26, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO.: 1 - 31<br>DAEWOO CORP.<br>MADE IN KOREA | 31 UNITS OF DAEWOO PASSENGER CARS<br>- NUBIRA WAGON 31 UNITS<br>40,300 KGS 318.742 CBM<br>////////////////////////////////// | | | | |

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________
DAEWOO CORPORATION

VTBWJ85013B02

EXHIBIT 1

000058

PAGE 2

1. Shipper

DAEWOO CORPORATION
SEOUL KOREA

BILL OF LADING

B/L No.
NOSA871KUVEWR003
Reference No.

2. Consignee

DAEWOO MOTOR AMERICA INC.
1055W, VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

norwegian specialized autocarriers
nosac

3. Notify address

SAME AS CONSIGNEE

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

FIRST ORIGINAL

6. Vessel
TAGUS V.P871

7. Port of loading
KUNSAN, KOREA

8. Port of discharge
NEWARK, U.S.A.

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO.: 1 - 31<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 31 UNITS OF<br>DAEWOO PASSENGER CARS<br>- NUBIRA WAGON 31 UNITS<br>////////////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITON AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : THIRTY ONE (31) UNNITS ONLY. | 40,300KGS | 318.742CBM |

SHIPPED ON BOARD :
NOV.26,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to.................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL,KOREA

20. Place and date of issue
SEOUL, KOREA NOV.26,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000059

EXHIBIT 1

Ref. No. 12

# COMMERCIAL INVOICE

AV81100389

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85011B03 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81020 OCT. 20, 1998 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>*법인용 |
| 4)Port of loading: KUNSAN, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TAGUS P871<br>7)Sailing on / about: NOV. 26, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 270
DAEWOO CORP.
MADE IN KOREA

270 UNITS OF DAEWOO PASSENGER CARS

- NUBIRA 270 UNITS

CIF TOTAL US$2,678,831

//////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

FREIGHT US$ 154,059
INSURANCE US$ 4,025
FOB TOTAL US$2,520,747

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

# PACKING LIST

AV81100389

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85011B03 NOV. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>KUNSAN, KOREA | 5)Final destination<br>NEWARK, U.S.A |
| 6)Carrier<br>TAGUS P871 | 7)Sailing on / about<br>NOV. 26, 1998 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 270
DAEWOO CORP.
MADE IN KOREA

270 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 183 UNITS |
| | 223,260 KGS | 1,850.679 CBM |
| - NUBIRA 5 DR | | 12 UNITS |
| | 14,520 KGS | 115.164 CBM |
| - NUBIRA WAGON | | 75 UNITS |
| | 97,500 KGS | 771.150 CBM |
| TOTAL 270 UNITS | 335,280 KGS | 2,736.993 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________
DAEWOO
CORPORATION

000061

VTBWJ85011B03

EXHIBIT 1

**BILL OF L[illegible]ING**

B/L No. NOSA871KUVEWR004
Reference No.

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W, VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

norwegian specialized autocarriers
**nosac**

3. Notify address
SAME AS CONSIGNEE

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by *
5. Place of receipt by pre-carrier *

6. Vessel
TAGUS V.P871

7. Port of loading
KUNSAN, KOREA

FIRST ORIGINAL

8. Port of discharge
NEWARK, U.S.A.

9. Place of delivery by on-carrier *

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO.: 1 - 270<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 270 UNITS OF<br>DAEWOO PASSENGER CARS<br>- NUBIRA 4 DR 183 UNITS<br>- NUBIRA 5 DR 12 UNITS<br>- NUBIRA WAGON 75 UNITS<br>/////////////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITON AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY: TWO HUNDRED AND SEVENTY (270) UNITS ONLY. | 335,280KGS | 2,736.993CBM |

PARTICULARS FURNISHED BY SHIPPER

SHIPPED ON BOARD :
NOV.26,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL,KOREA

20. Place and date of issue
SEOUL, KOREA NOV.26,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000062

Ref. No 13

# COMMERCIAL INVOICE

AV81000323

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85011B02 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81020 OCT. 20, 1998 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>*비인증 |
| 4)Port of loading: KUNSAN, KOREA / 5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: TAGUS P871 / 7)Sailing on / about: NOV. 26, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 350
DAEWOO CORP.
MADE IN KOREA

350 UNITS OF DAEWOO PASSENGER CARS

- NUBIRA 350 UNITS

CIF TOTAL US$3,414,461

//////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

FREIGHT US$ 198,677
INSURANCE US$ 5,128
FOB TOTAL US$3,210,656

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____________
DAEWOO CORPORATION

# PACKING LIST

AV81000323

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL KOREA

8)No. & date of invoice
VTBWJ85011B02 NOV. 19, 1998

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
- DITTO -

4)Port of loading
KUNSAN, KOREA

5)Final destination
JACKSONVILLE, U.S.A

6)Carrier
TAGUS P871

7)Sailing on / about
NOV. 26, 1998

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 350
DAEWOO CORP.
MADE IN KOREA

350 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 261 UNITS |
| | 318,420 KGS | 2,639.493 CBM |
| - NUBIRA 5 DR | | 33 UNITS |
| | 39,930 KGS | 316.701 CBM |
| - NUBIRA WAGON | | 56 UNITS |
| | 72,800 KGS | 575.792 CBM |
| TOTAL 350 UNITS | 431,150 KGS | 3,531.986 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

VTBWJ85011B02

000064

EXHIBIT 1

PAGE 1

BILL OF LADING

B/L No.
NOSA871KUVJAX003
Reference No.

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W, VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

norwegian specialized autocarriers
nosac

3. Notify address
SAME AS CONSIGNEE

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by *
5. Place of receipt by pre-carrier *

6. Vessel
TAGUS V.P871

7. Port of loading
KUNSAN, KOREA

FIRST ORIGINAL

8. Port of discharge
JACKSONVILLE, U.S.A.

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : JACKSONVILLE,U.S.A<br>C/NO.: 1 - 350<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 350 UNITS OF<br>DAEWOO PASSENGER CARS<br>- NUBIRA 4 DR 261 UNITS<br>- NUBIRA 5 DR 33 UNITS<br>- NUBIRA WAGON 56 UNITS<br>//////////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITON AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : THREE HUNDRED AND FIFTY (350) UNITS ONLY. | 431,150KGS | 3,531.986CBM |

SHIPPED ON BOARD :
NOV.26,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

Specification of freight, charges etc.

| | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA NOV.26,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000065

EXHIBIT 1

Ref. No. (14)

# COMMERCIAL INVOICE

AV81100358

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85013A03 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81117 NOV. 17, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>*별인도 |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: TAGUS P871<br>7)Sailing on / about: NOV. 27, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A

DAEWOO

119 UNITS OF DAEWOO PASSENGER CARS

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 119
DAEWOO CORP.
MADE IN KOREA

- LEGANZA 4 DR (F4CR47D)

119 UNITS US$12,902 US$1,535,338

//////////////////////////////////

FREIGHT US$ 74,256
INSURANCE US$ 2,261
FOB TOTAL US$1,458,821

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO CORPORATION

000066

VTBWJ85013A03



EXHIBIT 1

# PACKING LIST

AV81100358

| 1)Shipper/Exporter | | 8)No. & date of invoice |
|---|---|---|
| DAEWOO CORPORATION<br>SEOUL KOREA | | VTBWJ85013A03 NOV. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | | 9)Remarks |
| 3)Notify party<br>- DITTO - | | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>JACKSONVILLE, U.S.A | |
| 6)Carrier<br>TAGUS P871 | 7)Sailing on / about<br>NOV. 27, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : JACKSONVILLE, U.S.A<br>C/NO.: 1 - 119<br>DAEWOO CORP.<br>MADE IN KOREA | 119 UNITS OF DAEWOO PASSENGER CARS<br>================================<br>- LEGANZA 4 DR 119 UNITS<br>157,080 KGS 1,326.850 CBM<br>////////////////////////////////// | | | | |

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________

DAEWOO
CORPORATION

VTBWJ85013A03

000067

EXHIBIT 1

BILL OF LA

1. Shipper

DAEWOO CORPORATION
SEOUL KOREA

B/L No.
NOSA871INCJAX006
Reference No.

2. Consignee

DAEWOO MOTOR AMERICA INC.
1055W, VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

norwegian specialized autocarriers
nosac

3. Notify address

SAME AS CONSIGNEE

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

FIRST ORIGINAL

6. Vessel
TAGUS V.P871

7. Port of loading
INCHON, KOREA

8. Port of discharge
JACKSONVILLE, U.S.A.

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br><br>DEST : JACKSONVILLE,U.S.A<br>C/NO.: 1 - 119<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 119 UNITS OF<br>DAEWOO PASSENGER CARS<br><br>- LEGANZA 4 DR 119 UNITS<br>//////////////////////////////////////<br><br>"FREIGHT TO BE PAID AS AGREED"<br><br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br><br>*SAY : ONE HUNDRED AND NINETEEN (119) UNITS ONLY. | 157,080KGS | 1,326.850CBM |

SHIPPED ON BOARD :
NOV.27,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................., the limit of Carrier's liability will be raised to......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA NOV.27,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC ~~KOREA CO.~~, LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000068

EXHIBIT 1

Ref. No. (5)

# COMMERCIAL INVOICE

AV81000322

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85011A02 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81020 OCT. 20, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks: |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: TAGUS P871<br>7)Sailing on / about: NOV. 27, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 588
DAEWOO CORP.
MADE IN KOREA

588 UNITS OF DAEWOO PASSENGER CARS

- LANOS 168 UNITS
US$ 1,399,516

- LEGANZA 420 UNITS
US$ 4,766,507

TOTAL 588 UNITS US$ 6,166,023

//////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO
CORPORATION



EXHIBIT 1

000069

# PACKING LIST

AV81000322

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO CORPORATION<br>SEOUL KOREA | VTBWJ85011A02 NOV. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: TAGUS P871<br>7)Sailing on / about: NOV. 27, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
C/NO.: 1 - 588
DAEWOO CORP.
MADE IN KOREA

588 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 67 UNITS |
| | 67,670 KGS | 599.516 CBM |
| - LANOS 4 DR | | 101 UNITS |
| | 104,030 KGS | 941.623 CBM |
| - LEGANZA 4 DR | | 420 UNITS |
| | 554,400 KGS | 4,683.000 CBM |
| TOTAL 588 UNITS | 726,100 KGS | 6,224.139 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________

DAEWOO
CORPORATION

000070

VTBWJ85011A02

EXHIBIT 1

BILL OF LADING

B/L No.
NOSA871INCJAX005
Reference No.

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W, VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

3. Notify address
SAME AS CONSIGNEE

norwegian specialized autocarriers
nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by *
5. Place of receipt by pre-carrier *

6. Vessel: TAGUS V.P871
7. Port of loading: INCHON, KOREA

FIRST ORIGINAL

8. Port of discharge: JACKSONVILLE, U.S.A.
9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : JACKSONVILLE,U.S.A<br>C/NO.: 1 - 588<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 588 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LANOS 3 DR 67 UNITS<br>- LANOS 4 DR 101 UNITS<br>- LEGANZA 4 DR 420 UNITS<br>//////////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : FIVE HUNDRED AND EIGHTY EIGHT (588) UNITS ONLY. | 726,100KGS | 6,224.139CBM |

SHIPPED ON BOARD :
NOV.27,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to ......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at: SEOUL, KOREA
20. Place and date of issue: SEOUL, KOREA NOV.27.1998

21. Number of original Bs/L: THREE(3)
22. Signature:
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

000071

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

# PACKING LIST

AV81000318

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85011A01 NOV. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TAGUS P871<br>7)Sailing on / about: NOV. 27, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 921
DAEWOO CORP.
MADE IN KOREA

921 UNITS OF DAEWOO PASSENGER CARS

- LANOS 4 DR 106 UNITS
  107,060 KGS 948.488 CBM
- LANOS 4 DR 158 UNITS
  162,740 KGS 1,473.034 CBM
- LEGANZA 4 DR 657 UNITS
  867,240 KGS 7,325.550 CBM

TOTAL 921 UNITS 1,137,040 KGS 9,747.072 CBM

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

VTBWJ85011A01

000072

EXHIBIT 1

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

BILL OF LADING

B/L No.
NOSA871INCEWR006
Reference No.

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W, VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

norwegian specialized autocarriers
nosac

3. Notify address
SAME AS CONSIGNEE

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by *
5. Place of receipt by pre-carrier *

6. Vessel
TAGUS V.P871
7. Port of loading
INCHON, KOREA

FIRST ORIGINAL

8. Port of discharge
NEWARK, U.S.A
9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO.: 1 - 921<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 921 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LANOS 3 DR 106 UNITS<br>- LANOS 4 DR 158 UNITS<br>- LEGANZA 4 DR 657 UNITS<br>//////////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : NINE HUNDRED AND TWENTY ONE (921) UNITS ONLY. | 1,137,040KGS | 9,747.072CBM |

SHIPPED ON BOARD :
NOV.27,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

Specification of freight, charges etc.

| | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................., the limit of Carrier's liability will be raised to.................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA
20. Place and date of issue
SEOUL, KOREA NOV.27,1998

21. Number of original Bs/L
THREE(3)
22. Signature
For NOSAC ANS-OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000073

EXHIBIT 1

Ref. No. ⑯

# COMMERCIAL INVOICE

AV81000318

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO CORPORATION<br>SEOUL KOREA | VTBWJ85011A01 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81020 OCT. 20, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>※ 법인용 |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TAGUS P871<br>7)Sailing on / about: NOV. 27, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A

DAEWOO

DEST : NEWARK, U.S.A
C/NO.: 1 - 921
DAEWOO CORP.
MADE IN KOREA

921 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS | 264 UNITS | US$2,148,307 |
| - LEGANZA | 657 UNITS | US$7,437,053 |
| TOTAL | 921 UNITS | US$9,585,360 |

////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 545,600 |
| INSURANCE | US$ 14,308 |
| FOB TOTAL | US$9,025,452 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____________________

DAEWOO
CORPORATION

000074

VTBWJ85011A01

01

EXHIBIT 1

Ref. No. (17)

# COMMERCIAL INVOICE

AV81100355

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85013B01 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81117 NOV. 17, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>수출인증 |
| 4)Port of loading: KUNSAN, KOREA / 5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TORONTO Q898 / 7)Sailing on / about: NOV. 29, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|
| | | CIF L.A, U.S.A | | |
| DAEWOO | 119 UNITS OF DAEWOO PASSENGER CARS | | | |
| DEST : L.A, U.S.A<br>C/NO.: 1 - 119<br>DAEWOO CORP.<br>MADE IN KOREA | - NUBIRA 119 UNITS<br>CIF TOTAL US$1,133,769<br>//////////////////////////////////<br>* DETAILS ARE AS PER THE ATTACHED.<br>FREIGHT US$ 42,980<br>INSURANCE US$ 1,693<br>FOB TOTAL US$1,089,096 | | | |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000075



EXHIBIT 1
91

# PACKING LIST

AV81100355

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL KOREA

8)No. & date of invoice
VTBWJ85013B01 NOV. 19, 1998

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
- DITTO -

| 4)Port of loading | 5)Final destination |
|---|---|
| KUNSAN, KOREA | LOSANGELES, U.S.A |
| 6)Carrier | 7)Sailing on / about |
| TORONTO Q898 | NOV. 29, 1998 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 119
DAEWOO CORP.
MADE IN KOREA

119 UNITS OF DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - NUBIRA 4 DR | | 86 UNITS | |
| | 104,920 KGS | 869.718 CBM | |
| - NUBIRA 5 DR | | 16 UNITS | |
| | 19,360 KGS | 153.552 CBM | |
| - NUBIRA WAGON | | 17 UNITS | |
| | 22,100 KGS | 174.794 CBM | |
| TOTAL 119 UNITS | 146,380 KGS | 1,198.064 CBM | |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________________
DAEWOO
CORPORATION

VTBWJ85013B01

000076

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No. NOSA898KUVLAX005

Reference No.

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W, VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

norwegian specialized autocarriers
nosac

3. Notify address
SAME AS CONSIGNEE

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

6. Vessel: TORONTO V.Q898

7. Port of loading: KUNSAN, KOREA

8. Port of discharge: LOS ANGELES, U.S.A

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : L.A, U.S.A<br>C/NO.: 1 - 119<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 119 UNITS OF<br>DAEWOO PASSENGER CARS<br>==================<br>- NUBIRA 4 DR 86 UNITS<br>- NUBIRA 5 DR 16 UNITS<br>- NUBIRA WAGON 17 UNITS<br>//////////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : ONE HUNDRED AND NINETEEN (119) UNITS ONLY. | 146,380KGS | 1,198.064CBM |

SHIPPED ON BOARD : NOV.29,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

Specification of freight, charges etc.

| | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................... the limit of Carrier's liability will be raised to...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at: SEOUL, KOREA

20. Place and date of issue: SEOUL, KOREA NOV.30,1998

21. Number of original Bs/L: THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000077

EXHIBIT 1

Ref. No. 15

# COMMERCIAL INVOICE

AV81100346

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85010B02 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ80928 SEP. 28, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks: |
| 4)Port of loading: KUNSAN, KOREA<br>5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TORONTO Q898<br>7)Sailing on / about: NOV. 29, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A, U.S.A

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 566
DAEWOO CORP.
MADE IN KOREA

566 UNITS OF DAEWOO PASSENGER CARS

- NUBIRA 566 UNITS

CIF TOTAL US$5,340,728

//////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 203,778 |
| INSURANCE | US$ 7,939 |
| FOB TOTAL | US$5,129,011 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO CORPORATION

VTBWJ85010B02

EXHIBIT 1

000078

# PACKING LIST

AV81100346

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL KOREA

8)No. & date of invoice
VTBWJ85010B02 NOV. 19, 1998

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
- DITTO -

4)Port of loading
KUNSAN, KOREA

5)Final destination
LOSANGELES, U.S.A

6)Carrier
TORONTO Q898

7)Sailing on / about
NOV. 29, 1998

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : L.A, U.S.A<br>C/NO.: 1 - 566<br>DAEWOO CORP.<br>MADE IN KOREA | | | | | |

566 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 182 UNITS |
| | 222,040 KGS | 1,840.566 CBM |
| - NUBIRA 5 DR | | 156 UNITS |
| | 188,760 KGS | 1,497.132 CBM |
| - NUBIRA WAGON | | 228 UNITS |
| | 296,400 KGS | 2,344.296 CBM |
| TOTAL 566 UNITS | 707,200 KGS | 5,681.994 CBM |

//////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________

DAEWOO
CORPORATION

000079

VTBWJ85010B02

EXHIBIT 1

PAGE 2

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

BILL OF L[illegible]N[illegible]

B/L No.
NOSA898KUVLAX006
Reference No.

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

norwegian specialized autocarriers
nosac

3. Notify address
SAME AS CONSIGNEE

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by *
5. Place of receipt by pre-carrier *

FIRST ORIGINAL

6. Vessel
TORONTO V.Q898

7. Port of loading
KUNSAN, KOREA

8. Port of discharge
LOS ANGELES, U.S.A

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : L.A. U.S.A<br>C/NO.: 1 - 566<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 566 UNITS OF<br>DAEWOO PASSENGER CARS<br>- NUBIRA 4 DR 182 UNITS<br>- NUBIRA 5 DR 156 UNITS<br>- NUBIRA WAGON 228 UNITS<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : FIVE HUNDRED AND SIXTY SIX (566) UNITS ONLY | 707,200KGS | 5,681.994CBM |

SHIPPED ON BOARD :
NOV 29, 1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................... the limit of Carrier's liability will be raised to...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA NOV 30, 1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000080

EXHIBIT 1

Ref. No. 19

# COMMERCIAL INVOICE

AV81100353

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85013A01 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81117 NOV. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>*법인용 |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TORONTO Q898<br>7)Sailing on / about: NOV. 30, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|
| | | | CIF L.A, U.S.A | |

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 379
DAEWOO CORP.
MADE IN KOREA

379 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS | 71 UNITS | US$ 581,996 |
| - LEGANZA | 308 UNITS | US$ 3,735,778 |
| TOTAL | 379 UNITS | US$ 4,317,774 |

///////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 145,973 |
| INSURANCE | US$ 6,501 |
| FOB TOTAL | US$ 4,165,300 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

# PACKING LIST

AV81100353

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85013A01 NOV. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>LOSANGELES, U.S.A | |
| 6)Carrier<br>TORONTO Q898<br>7)Sailing on / about<br>NOV. 30, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 379
DAEWOO CORP.
MADE IN KOREA

379 UNITS OF DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 22 UNITS |
| | 22,220 KGS | 196.856 CBM |
| - LANOS 4 DR | | 49 UNITS |
| | 50,470 KGS | 456.827 CBM |
| - LEGANZA 4 DR | | 308 UNITS |
| | 406,560 KGS | 3,434.200 CBM |
| TOTAL 379 UNITS | 479,250 KGS | 4,087.883 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____

DAEWOO CORPORATION

VTBWJ85013A01

EXHIBIT 1

000081

PAGE 2

BILL OF LADING

B/L No. NOSA898INCLAX001

Reference No.

norwegian specialized autocarriers

**nosac**

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

3. Notify address
SAME AS CONSIGNEE

| 4. Pre-carriage by* | 5. Place of receipt by pre-carrier* |
|---|---|
| | |
| **6. Vessel** | **7. Port of loading** |
| TORONTO V.Q898 | INCHON, KOREA |
| **8. Port of discharge** | **9. Place of delivery by on-carrier*** |
| LOS ANGELES, U.S.A. | |

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO (in diamond)<br>DEST : L.A, U.S.A<br>C/NO.: 1 - 379<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 379 UNITS OF<br>DAEWOO PASSENGER CARS<br>=================<br>- LANOS 3 DR 22 UNITS<br>- LANOS 4 DR 49 UNITS<br>- LEGANZA 4 DR 308 UNITS<br>///////////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : THREE HUNDRED AND SEVENTY NINE (379) UNITS ONLY. | 479,250KGS | 4,087.883CBM |

SHIPPED ON BOARD :
NOV.30,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................... the limit of Carrier's liability will be raised to...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

| 19. Freight payable at | 20. Place and date of issue |
|---|---|
| SEOUL, KOREA | SEOUL, KOREA NOV.30,1998 |
| **21. Number of original Bs/L** | **22. Signature** |
| THREE(3) | For NOSAC ~~ANS OSLO~~ : CARRIER<br>For the ~~Master~~<br>For NOSAC KOREA CO., LTD.<br>as agents |

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000082

Ref. No. (20)

# COMMERCIAL INVOICE

AV81100345

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of Invoice<br>VTBWJ85010A02 NOV. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ80928 SEP. 28, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>- DITTO - | 11)Remarks:<br>米대인용 |
| 4)Port of loading: INCHON, KOREA / 5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TORONTO Q898 / 7)Sailing on / about: NOV. 30, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A, U.S.A

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 1,372
DAEWOO CORP.
MADE IN KOREA

1,372 UNITS OF DAEWOO PASSENGER CARS

| | |
|---|---|
| - LANOS | 488 UNITS<br>US$ 3,936,943 |
| - LEGANZA | 884 UNITS<br>US$10,098,498 |
| TOTAL 1,372 UNITS | US$14,035,441 |

////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

| | |
|---|---|
| FREIGHT | US$ 511,694 |
| INSURANCE | US$ 21,268 |
| FOB TOTAL | US$13,502,479 |

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

# PACKING LIST

AV81100345

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85010A02 NOV. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>- DITTO - | |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TORONTO Q898<br>7)Sailing on / about: NOV. 30, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A, U.S.A
C/NO.: 1 - 1,372
DAEWOO CORP.
MADE IN KOREA

1,372 UNITS OF DAEWOO PASSENGER CARS

| Model | Units | Weight | Measurement |
|---|---|---|---|
| - LANOS 3 DR | 201 UNITS | 203,010 KGS | 1,798.548 CBM |
| - LANOS 4 DR | 287 UNITS | 295,610 KGS | 2,675.701 CBM |
| - LEGANZA 4 DR | 884 UNITS | 1,166,880 KGS | 9,856.600 CBM |
| TOTAL | 1,372 UNITS | 1,665,500 KGS | 14,330.849 CBM |

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ________

DAEWOO CORPORATION

BILL OF L..ING

B/L No. NOSA898INCLAX002

Reference No.

1. Shipper
DAEWOO CORPORATION
SEOUL KOREA

2. Consignee
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A.

norwegian specialized autocarriers
nosac

3. Notify address
SAME AS CONSIGNEE

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

4. Pre-carriage by *
5. Place of receipt by pre-carrier *

6. Vessel
TORONTO V.Q898

7. Port of loading
INCHON, KOREA

8. Port of discharge
LOS ANGELES, U.S.A.

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : L.A, U.S.A<br>C/NO.: 1 - 1,372<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 1,372 UNITS OF<br>DAEWOO PASSENGER CARS<br>=================<br>- LANOS 3 DR 201 UNITS<br>- LANOS 4 DR 287 UNITS<br>- LEGANZA 4 DR 884 UNITS<br>/////////////////////////////////////<br>"FREIGHT TO BE PAID AS AGREED"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : ONE THOUSAND AND THREE HUNDRED SEVENTY TWO (1,372) UNITS ONLY. | 1,665,500KGS | 14,330.849CBM |

SHIPPED ON BOARD :
NOV.30,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................., the limit of Carrier's liability will be raised to ....................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA NOV.30,1998

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000085

Ref. No. 21

# COMMERCIAL INVOICE

AV81200380

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85018A04 DEC. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>TANCRED P873<br>7)Sailing on / about<br>DEC. 24, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DAEWOO PASSENGER CARS

- LANOS 3 DR (D3LS45A) 299 UNITS

DEST : NEWARK, U.S.A
V/NO.: 1 - 299
DAEWOO CORP.
MADE IN KOREA

- FOB, KOREA US$1,916,889
- FREIGHT US$ 123,188
- INSURANCE US$ 1,794

FOB, INSURANCE + FREIGHT U.S.A US$2,041,871
(70% : US$1,429,310 BY L/C AT SIGHT)
(30% : US$612,561 BY D/A)

///////////////////////////////////////////////

* VEHICLE IDENTIFICATION NUMBER LIST IS ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO
CORPORATION

000086



EXHIBIT 1

# PACKING LIST

AV81200380

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85018A04 DEC. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>NEWARK, U.S.A |
| 6)Carrier<br>TANCRED P873 | 7)Sailing on / about<br>DEC. 24, 1998 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>V/NO.: 1 - 299<br>DAEWOO CORP.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br>- LANOS 3 DR 299 UNITS<br>301,990 KGS 2,675.452 CBM<br>//////////////////////////////// | | | | |

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO CORPORATION

VTBWJ85018A04

000087

EXHIBIT 1

PAGE 2

# BILL OF LADING

B/L No.

NOSA873INCEWR003
Reference No.

norwegian specialized autocarriers

**nosac**

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

| 4. Pre-carriage by | 5. Place of receipt by pre-carrier |
|---|---|
| | |
| **6. Vessel** | **7. Port of loading** |
| TANCRED V.P873 | INCHON, KOREAN PORT |
| **8. Port of discharge** | **9. Place of delivery by on-carrier** |
| NEWARK, U.S.A. PORT | |

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>V/NO. : 1-299<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 299 UNITS OF<br>DAEWOO PASSENGER CARS<br>=================<br>- LANOS 3 DR 299 UNITS<br>//////////////////////////////////////<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY: TWO HUNDRED AND NINETY NINE (299) UNITS ONLY. | 301,990KGS | 2,675.452CBM |

SHIPPED ON BOARD :
DEC.24,1998

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of .......................... the limit of Carrier's liability will be raised to.......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

| 19. Freight payable at | 20. Place and date of issue |
|---|---|
| SEOUL, KOREA | SEOUL, KOREA DEC.24,1998 |
| **21. Number of original Bs/L** | **22. Signature** |
| THREE(3) | For NOSAC ANS OSLO : CARRIER<br>For the Master<br>For NOSAC KOREA CO., LTD.<br>as agents |

* Applicable only when document used as a Through Bill of Lading

000088

EXHIBIT 1

Ref. No. ②

# COMMERCIAL INVOICE

AV81200373

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KROEA | 8)No. & date of Invoice<br>VTBWJ85018A02 DEC. 19, 1998<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: TONGALA Q899<br>7)Sailing on / about: DEC. 31, 1998 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A, U.S.A. PORT

DAEWOO

DEST : L.A, U.S.A
V/NO.: 1 - 401
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LANOS 401 UNITS

- FOB, KOREA US$2,571,206
- FREIGHT US$ 97,052
- INSURANCE US$ 2,406

FOB, INSURANCE + FREIGHT U.S.A US$2,670,664
(70% : US$1,869,465 BY L/C AT SIGHT)
(30% : US$801,199 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.
* VEHICLE IDENTIFICATION NUMBER LIST IS ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO CORPORATION

VTBWJ85018A02

01

EXHIBIT 1

000090

# PACKING LIST

AV81200373

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KROEA | 8)No. & date of invoice<br>VTBWJ85018A02 DEC. 19, 1998 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>LOSANGELES, U.S.A | |
| 6)Carrier<br>TONGALA Q899<br>7)Sailing on / about<br>DEC. 31, 1998 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DAEWOO PASSENGER CARS

DEST : L.A, U.S.A
V/NO.: 1 - 401
DAEWOO CORP.
MADE IN KOREA

- LANOS 3 DR 400 UNITS
  404,000 KGS 3,579.200 CBM
- LANOS 4 DR 1 UNITS
  1,030 KGS 9.323 CBM

TOTAL 401 UNITS 405,030 KGS 3,588.523 CBM

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

VTBWJ85018A02

000091

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No.

NOSA899INCLAX003

Reference No.

norwegian specialized autocarriers

nosac

1. Shipper

DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee

TO SHIPPER'S ORDER

3. Notify address

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by * | 5. Place of receipt by pre-carrier *

FIRST ORIGINAL

6. Vessel: TONGALA V.Q899 | 7. Port of loading: INCHON, KOREAN PORT

8. Port of discharge: LOS ANGELES, U.S.A. PORT | 9. Place of delivery by on-carrier *

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : L.A., U.S.A.<br>C/NO.: 1-401<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 401 UNITS OF<br>DAEWOO PASSENGER CARS<br>===================<br>- LANOS 3 DR 400 UNITS<br>- LANOS 4 DR 1 UNIT<br>////////////////////////////////////////<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : FOUR HUNDRED AND ONE (401) UNITS ONLY. | 405,030KGS | 3,588.523CBM |

SHIPPED ON BOARD :
DEC.31,1998

PARTICULARS FURNISHED BY SHIPPER

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

Specification of freight, charges etc.

| | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of .................... the limit of Carrier's liability will be raised to.................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at: SEOUL, KOREA

20. Place and date of issue: SEOUL, KOREA DEC.31,1998

21. Number of original Bs/L: THREE(3)

22. Signature: For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000092

# COMMERCIAL INVOICE

Ref. No. 23

AV90400220

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO CORPORATION<br>SEOUL KOREA | VTBWJ85018B04 APR. 19, 1999 |
| | 9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |

| 4)Port of loading | 5)Final destination |
|---|---|
| KUNSAN, KOREA | JACKSONVILLE, U.S.A |
| 6)Carrier | 7)Sailing on / about |
| TERRIER P953 | APR. 20, 1999 |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 267
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- NUBIRA 267 UNITS

- FOB, KOREA US$2,368,303
- FREIGHT US$ 125,131
- INSURANCE US$ 1,869

FOB, INSURANCE + FREIGHT U.S.A US$2,495,303
(70% : US$1,746,712 BY L/C AT SIGHT)
(30% : US$748,591 BY D/A)

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ________

DAEWOO CORPORATION

000093

VTBWJ85018B04

01 EXHIBIT 1

# PACKING LIST

AV90400220

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL KOREA

8)No. & date of invoice
VTBWJ85018B04 APR. 19, 1999

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party

-DITTO-

| 4)Port of loading | 5)Final destination |
|---|---|
| KUNSAN, KOREA | JACKSONVILLE, U.S.A |
| 6)Carrier<br>TERRIER P953 | 7)Sailing on / about<br>APR. 20, 1999 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DAEWOO PASSENGER CARS

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 267
DAEWOO CORP.
MADE IN KOREA

| | | | |
|---|---|---|---|
| - NUBIRA 5 DR | | | 145 UNITS |
| | | 175,450 KGS | 1,391.565 CBM |
| - NUBIRA WAGON | | | 122 UNITS |
| | | 158,600 KGS | 1,254.404 CBM |
| TOTAL | 267 UNITS | 334,050 KGS | 2,645.969 CBM |

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by
DAEWOO
CORPORATION

VTBWJ85018B04

000094

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No. NOSA953KUVJAX003

Reference No.

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

norwegian specialized autocarriers
nosac

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

6. Vessel
TERRIER V.P953

7. Port of loading
KUNSAN, KOREAN PORT

8. Port of discharge
JACKSONVILLE, U.S.A. PORT

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 267<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 267 UNITS OF<br>DAEWOO PASSENGER CARS<br>- NUBIRA 5 DR 145 UNITS<br>- NUBIRA WAGON 122 UNITS<br>TOTAL 267 UNITS<br>/////////////////////////////////////////<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY: TWO HUNDRED AND SIXTY SEVEN (267) UNITS ONLY | 334,050KGS | 2,645.969CBM |

SHIPPED ON BOARD :
APR.20,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

Specification of freight, charges etc.

| | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................., the limit of Carrier's liability will be raised to......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL,KOREA

20. Place and date of issue
SEOUL, KOREA APR.20,1999

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000095

Ref. No. 24

# COMMERCIAL INVOICE

AV90400301

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A12 APR. 22, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>JACKSONVILLE, U.S.A | |
| 6)Carrier<br>TASCO P955<br>7)Sailing on / about<br>APR. 23, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 1,173
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 1,173 UNITS

- FOB, KOREA US$12,264,126
- FREIGHT US$ 601,749
- INSURANCE US$ 10,557

FOB, INSURANCE + FREIGHT U.S.A US$12,876,432
(70% : US$9,013,502 BY L/C AT SIGHT)
(30% : US$3,862,930 BY D/A)

//////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____________

DAEWOO
CORPORATION

000096

VTBWJ85018A12



EXHIBIT 1

# PACKING LIST

AV90400301

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL, KOREA

8)No. & date of invoice
VTBWJ85018A12 APR. 22, 1999

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
JACKSONVILLE, U.S.A

6)Carrier
TASCO P955

7)Sailing on / about
APR. 23, 1999

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 1,173
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 1,173 UNITS

1,548,360 KGS 13,078.950 CBM

////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

000097

VTBWJ85018A12

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No. NOSA955INCJAX001
Reference No.

DAEWOO CORPORATION (VTB DEP
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee

TO SHIPPER'S ORDER

norwegian specialized autocarriers
nosac

3. Notify address

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

6. Vessel
TASCO V.P955

7. Port of loading
INCHON, KOREAN PORT

8. Port of discharge
JACKSONVILLE, U.S.A PORT

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 1,173<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 1,173 UNITS OF<br>DAEWOO PASSENGER CARS<br>==================<br>- LEGANZA 4DR 1,173 UNITS<br>//////////////////////////////////////////<br>" FREIGHT PREPAID "<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : ONE THOUSAND AND ONE HUNDRED SEVENTY THREE (1,173) UNITS ONLY. | 1,548,360KGS | 13,078.950CBM |

SHIPPED ON BOARD :
APR.23,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................... the limit of Carrier's liability will be raised to ...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA APR.23,1999

21. Number of original Bs/L
THREE(3)

22. Signature
For the Master
For NOSAC ANS OSLO : CARRIER
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

Ref. No. 25

# COMMERCIAL INVOICE

AV90400306

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018B06 APR. 22, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>KUNSAN, KOREA<br>5)Final destination<br>JACKSONVILLE, U.S.A | |
| 6)Carrier<br>TASCO P955<br>7)Sailing on / about<br>APR. 24, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DAEWOO PASSENGER CARS

- NUBIRA 269 UNITS

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 269
DAEWOO CORP.
MADE IN KOREA

- FOB, KOREA US$2,545,204
- FREIGHT US$ 126,149
- INSURANCE US$ 1,883

FOB, INSURANCE + FREIGHT U.S.A US$2,673,236
(70% : US$1,871,265 BY L/C AT SIGHT)
(30% : US$801,971 BY D/A)

//////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]
DAEWOO
CORPORATION

000099

VTBWJ85018B06

01

EXHIBIT 1

# PACKING LIST

AV90400306

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL, KOREA

8)No. & date of invoice
VTBWJ85018B06 APR. 22, 1999

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

| 4)Port of loading | 5)Final destination |
|---|---|
| KUNSAN, KOREA | JACKSONVILLE, U.S.A |
| 6)Carrier | 7)Sailing on / about |
| TASCO P955 | APR. 24, 1999 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE,
U.S.A
V/NO.: 1 - 269
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 136 UNITS |
| | 165,920 KGS | 1,375.368 CBM |
| - NUBIRA WAGON | | 133 UNITS |
| | 172,900 KGS | 1,367.506 CBM |
| TOTAL 269 UNITS | 338,820 KGS | 2,742.874 CBM |

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

000100

VTBWJ85018B06

EXHIBIT 1

PAGE 2

BILL OF LAD

B/L No. NOSA955KUVJAX002
Reference No.

1. Shipper
DAEWOO CORPORATION (VTB DEPT
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

norwegian specialized autocarriers
nosac

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

4. Pre-carriage by*
5. Place of receipt by pre-carrier*

6. Vessel
TASCO V.P955

7. Port of loading
KUNSAN, KOREAN PORT

8. Port of discharge
JACKSONVILLE, U.S.A PORT

9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br><br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 269<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 269 UNITS OF<br>DAEWOO PASSENGER CARS<br>====================<br>- NUBIRA 4 DR 136 UNITS<br>- NUBIRA WAGON 133 UNITS<br>////////////////////////////////////////<br><br>" FREIGHT PREPAID "<br><br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br><br>*SAY : TWO HUNDRED AND SIXTY NINE (269) UNITS ONLY. | 338,820KGS | 2,742.874CBM |

SHIPPED ON BOARD : APR.24,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| | | |
| FREIGHT AS AGREED | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ........................ the limit of Carrier's liability will be raised to ........................ per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA APR.24,1999

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO: CARRIER
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000101

EXHIBIT 1

Ref. No. ①

# COMMERCIAL INVOICE

AV90400197

| | | |
|---|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | | 8)No. & date of invoice<br>VTBWJ85018A08 APR. 26, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>HUENEME, U.S.A | |
| 6)Carrier<br>EURASIAN BRILLIANCE<br>S9A9 | 7)Sailing on / about<br>APR. 27, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|
| | | CIF HUENEME, U.S.A. PORT | | |
| DAEWOO | DAEWOO PASSENGER CARS | | | |
| DEST : HUENEME, U.S.A<br>V/NO.: 1 - 384<br>DAEWOO CORP.<br>MADE IN KOREA | - LEGANZA | 384 UNITS | | |
| | - FOB, KOREA | | | US$4,192,376 |
| | - FREIGHT | | | US$ 124,416 |
| | - INSURANCE | | | US$ 3,456 |
| | FOB, INSURANCE + FREIGHT U.S.A | | | US$4,320,248 |
| | (70% : US$3,024,174 BY L/C AT SIGHT) | | | |
| | (30% : US$1,296,074 BY D/A) | | | |

//////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____

DAEWOO
CORPORATION

000102

VTBWJ85018A08

EXHIBIT 1

# PACKING LIST

AV90400197

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL KOREA | 8)No. & date of invoice<br>VTBWJ85018A08 APR. 26, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>HUENEME, U.S.A |
| 6)Carrier<br>EURASIAN BRILLIANCE<br>S9A9 | 7)Sailing on / about<br>APR. 27, 1999 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : HUENEME, U.S.A<br>V/NO.: 1 - 384<br>DAEWOO CORP.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br><br>- LEGANZA 4 DR 384 UNITS<br>506,880 KGS 4,281.600 CBM<br>////////////////////////////////////// | | | | |

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________

DAEWOO
CORPORATION

000103

VTBWJ85018A08

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No. NOSA9A9INCNTD001

Reference No.

norwegian specialized autocarriers

nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

6. Vessel
EURASIAN BRILLIANCE V.S9A9

7. Port of loading
INCHON, KOREAN PORT

8. Port of discharge
HUENEME, U.S.A. PORT

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : HUENEME, U.S.A<br>V/NO.: 1 - 384<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 384 UNITS OF<br>DAEWOO PASSENGER CARS<br>====================<br>-LEGANZA 4 DR 384 UNITS<br>//////////////////////////////<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : THREE HUNDRED AND EIGHTY FOUR (384) UNITS ONLY. | 506,880KGS | 4,281.600CBM |

SHIPPED ON BOARD :
APR.27,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................... the limit of Carrier's liability will be raised to...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which, being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA APR.27.1999

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000104

Ref. No. (21)

# COMMERCIAL INVOICE

AV90400212

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018B02 APR. 28, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: KUNSAN, KOREA<br>5)Final destination: HUENEME, U.S.A | |
| 6)Carrier: TONGALA Q986<br>7)Sailing on / about: APR. 29, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF HUENEME, U.S.A. PORT

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 470
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA | 470 UNITS | |
| - FOB, KOREA | | US$4,297,201 |
| - FREIGHT | | US$ 138,760 |
| - INSURANCE | | US$ 3,290 |
| FOB, INSURANCE + FREIGHT U.S.A | | US$4,439,251 |

(70% : US$3,107,476 BY L/C AT SIGHT)
(30% : US$1,331,775 BY D/A)

////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ____________

DAEWOO
CORPORATION

000105

VTBWJ85018B02

EXHIBIT 1

# PACKING LIST

AV90400212

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018B02 APR. 28, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>KUNSAN, KOREA<br>5)Final destination<br>HUENEME, U.S.A | |
| 6)Carrier<br>TONGALA Q986<br>7)Sailing on / about<br>APR. 29, 1999 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 470
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 277 UNITS |
| | 337,940 KGS | 2,801.301 CBM |
| - NUBIRA 5 DR | | 18 UNITS |
| | 21,780 KGS | 172.746 CBM |
| - NUBIRA WAGON | | 175 UNITS |
| | 227,500 KGS | 1,799.350 CBM |
| TOTAL 470 UNITS | 587,220 KGS | 4,773.397 CBM |

//////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________
DAEWOO CORPORATION

000106

VTBWJ85018B02

EXHIBIT 1

PAGE 2

BILL OF LADING

B/L No. NOSA986KUVNTD001

Reference No.

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

norwegian specialized autocarriers
nosac

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by
5. Place of receipt by pre-carrier

FIRST ORIGINAL

6. Vessel
TONGALA V.Q986

7. Port of loading
KUNSAN, KOREAN PORT

8. Port of discharge
HUENEME, U.S.A. PORT

9. Place of delivery by on-carrier

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br><br>DEST : HUENEME, U.S.A<br>C/NO.: 1 - 470<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 470 UNITS OF<br>DAEWOO PASSENGER CARS<br>===================<br>-NUBIRA 4 DR 277 UNITS<br>-NUBIRA 5 DR 18 UNITS<br>-NUBIRA WAGON 175 UNITS<br>------------------------------<br>TOTAL 470 UNITS<br>//////////////////////////////////<br><br>"FREIGHT PREPAID"<br><br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br><br>*SAY : FOUR HUNDRED AND SEVENTY (470) UNITS ONLY. | 587,220KGS | 4,773.397CBM |

SHIPPED ON BOARD :
APR.29,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL,KOREA

20. Place and date of issue
SEOUL, KOREA APR.29,1999

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

000107

EXHIBIT 1

* Applicable only when document used as a Through Bill of Lading

Ref. No. 29

# COMMERCIAL INVOICE

AV90400523

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A14 APR. 28, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>HUENEME, U.S.A | |
| 6)Carrier<br>TONGALA Q986<br>7)Sailing on / about<br>APR. 30, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF HUENEME, U.S.A. PORT

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 1,132
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - LANOS | 3 DR | 1 UNIT | |
| - LEGANZA | 4 DR | 1,131 UNITS | |
| - FOB, KOREA | | 1,132 UNITS | US$11,822,401 |
| - FREIGHT | | | US$ 366,704 |
| - INSURANCE | | | US$ 10,185 |

FOB, INSURANCE + FREIGHT U.S.A US$12,199,290
(70% : US$8,539,503 BY L/C AT SIGHT)
(30% : US$3,659,787 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ________

DAEWOO
CORPORATION

VTBWJ85018A14

000108



EXHIBIT 1

# PACKING LIST

AV90400523

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL, KOREA

8)No. & date of invoice
VTBWJ85018A14 APR. 28, 1999

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
HUENEME, U.S.A

6)Carrier
TONGALA Q986

7)Sailing on / about
APR. 30, 1999

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DAEWOO PASSENGER CARS

DEST : HUENEME, U.S.A
V/NO.: 1 - 1,132
DAEWOO CORP.
MADE IN KOREA

| | | | |
|---|---|---|---|
| - LANOS 3 DR | | | 1 UNIT |
| | | 1,010 KGS | 8.948 CBM |
| - LEGANZA 4 DR | | | 1,131 UNITS |
| | | 1,492,920 KGS | 12,610.650 CBM |
| TOTAL | 1,132 UNITS | 1,493,930 KGS | 12,619.598 CBM |

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

000109

VTBWJ85018A14

EXHIBIT 11

PAGE 2

BILL OF LADING

B/L No.
NOSA986INCNTD002
Reference No.

norwegian specialized autocarriers
**nosac**

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

4. Pre-carriage by*
5. Place of receipt by pre-carrier*

6. Vessel: TONGALA V.0986
7. Port of loading: INCHON, KOREAN PORT

8. Port of discharge: HUENEME, U.S.A. PORT
9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : HUENEME, U.S.A<br>V/NO.: 1 - 1,132<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 1,132 UNITS OF<br>DAEWOO PASSENGER CARS<br>====================<br>-LANOS 3 DR 1 UNIT<br>-LEGANZA 4 DR 1,131 UNITS<br>--------------------<br>TOTAL 1,132 UNITS<br>////////////////////////////////////<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : ONE THOUSAND AND ONE HUNDRED THIRTY TWO (1,132) UNITS ONLY. | 1,493,930KGS | 12,619.598CBM |

SHIPPED ON BOARD :
APR.30,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at: SEOUL, KOREA
20. Place and date of issue: SEOUL, KOREA APR.30,1999

21. Number of original Bs/L: THREE(3)
22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

000110

EXHIBIT 1

* Applicable only when document used as a Through Bill of Lading

Ref. No. (29)

# COMMERCIAL INVOICE

AV90500089

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of Invoice<br>VTBWJ85018B08 MAY. 07, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TRINIDAD P956<br>7)Sailing on / about: MAY. 09, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 349
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- NUBIRA 349 UNITS

| | |
|---|---|
| - FOB, KOREA | US$3,039,658 |
| - FREIGHT | US$ 163,405 |
| - INSURANCE | US$ 2,443 |
| FOB, INSURANCE + FREIGHT U.S.A | US$3,205,506 |

(70% : US$2,243,854 BY L/C AT SIGHT)
(30% : US$961,652 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO CORPORATION

000111

VTBWJ85018B08

EXHIBIT 1

# PACKING LIST

AV90500089

| 1)Shipper/Exporter | | 8)No. & date of invoice |
|---|---|---|
| DAEWOO CORPORATION<br>SEOUL, KOREA | | VTBWJ85018B08 MAY. 07, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | | 9)Remarks |
| 3)Notify party<br>-DITTO- | | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>TRINIDAD P956 | 7)Sailing on / about<br>MAY. 09, 1999 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 349
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - NUBIRA 5 DR | | | 209 UNITS |
| | | 252,890 KGS | 2,005.773 CBM |
| - NUBIRA WAGON | | | 140 UNITS |
| | | 182,000 KGS | 1,439.480 CBM |
| TOTAL | 349 UNITS | 434,890 KGS | 3,445.253 CBM |

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

VTBWJ85018B08

000112

EXHIBIT 1

PAGE 2

**BILL OF LA...G**

B/L No. NOSA956KOVEWR001

Reference No.

norwegian specialized autocarriers

**nosac**

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

COPY
NON-NEGOTIABLE

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

6. Vessel
TRINIDAD V.P956

7. Port of loading
KUNSAN, KOREAN PORT

8. Port of discharge
NEWARK, U.S.A. PORT

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>C/NO.: 1 - 349<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC: 349 UNITS OF<br>DAEWOO PASSENGER CARS<br>======================<br>- NUBIRA 5 DR 209 UNITS<br>- NUBIRA WAGON 140 UNITS<br>---------------------------------------<br>TOTAL 349 UNITS<br>////////////////////////////////////////<br>* FREIGHT PREPAID<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY:THREE HUNDRED AND FORTY NINE (349) UNITS ONLY | 434.890KGS | 3,445.253CBM |

SHIPPED ON BOARD :
MAY:09,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................., the limit of Carrier's liability will be raised to.................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA MAY.10.1999

21. Number of original Bs/L
THREE(3)

22. Signature
For NOSAC ANS OSLO : CARRIER
For the Master
For NOSAC KOREA CO., LTD.
as agents

* Applicable only when document used as a Through Bill of Lading

000113

EXHIBIT 1

Ref.No. 30

# COMMERCIAL INVOICE

AV90500101

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of Invoice<br>VTBWJ85018B10 MAY. 20, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: KUNSAN, KOREA<br>5)Final destination: HUENEME, U.S.A | |
| 6)Carrier: TORONTO Q987<br>7)Sailing on / about: MAY. 21, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF HUENEME, U.S.A. PORT

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 510
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- NUBIRA 510 UNITS

- FOB, KOREA US$4,505,509
- FREIGHT US$ 150,480
- INSURANCE US$ 3,570

FOB, INSURANCE + FREIGHT U.S.A US$4,659,559
(70% : US$3,261,691 BY L/C AT SIGHT)
(30% : US$1,397,868 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000114



EXHIBIT 1

# PACKING LIST

AV90500101

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018B10 MAY. 20, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>KUNSAN, KOREA — 5)Final destination<br>HUENEME, U.S.A | |
| 6)Carrier<br>TORONTO Q987 — 7)Sailing on / about<br>MAY. 21, 1999 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 510
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 60 UNITS |
| | 73,200 KGS | 606.780 CBM |
| - NUBIRA 5 DR | | 275 UNITS |
| | 332,750 KGS | 2,639.175 CBM |
| - NUBIRA WAGON | | 175 UNITS |
| | 227,500 KGS | 1,799.350 CBM |
| TOTAL 510 UNITS | 633,450 KGS | 5,045.305 CBM |

//////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ______________

DAEWOO
CORPORATION

000115

VTBWJ85018B10

EXHIBIT 1

PAGE 2

**BILL OF LADING**

B/L No. NOSA987KUVNTD001

Reference No.

*norwegian specialized autocarriers*

**nosac**

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

4. Pre-carriage by*

5. Place of receipt by pre-carrier*

6. Vessel
TORONTO V.Q987

7. Port of loading
KUNSAN, KOREAN PORT

8. Port of discharge
HUENEME, U.S.A. PORT

9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : HUENEME, U.S.A<br>C/NO. : 1 - 510<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 510 UNITS OF<br>DAEWOO PASSENGER CARS<br>- NUBIRA 4 DR 60 UNITS<br>- NUBIRA 5 DR 275 UNITS<br>- NUBIRA WAGON 175 UNITS<br>TOTAL 510 UNITS<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : FIVE HUNDRED AND TEN (510) UNITS ONLY. | 633,450KGS | 5,045.305CBM |

SHIPPED ON BOARD
MAY 21.1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................... the limit of Carrier's liability will be raised to ...................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA MAY.21.1999

21. Number of original Bs/L
THREE(3)

22. Signature
~~Ferring Master~~
For NOSAC KOREA CO., LTD. AS AGENT
For Carrier NOSAC ANS OSLO

000116

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

Ref. No. (3)

# COMMERCIAL INVOICE

AV90500099

| 1)Shipper/Exporter | | 8)No. & date of invoice | |
|---|---|---|---|
| DAEWOO CORPORATION<br>SEOUL, KOREA | | VTBWJ85018A18 | MAY. 20, 1999 |
| | | 9)No.& date of L/C<br>VTB-WJ81217 | DEC. 17, 1998 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | | 10)L/C issuing bank | |
| 3)Notify Party<br>-DITTO- | | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>HUENEME, U.S.A | | |
| 6)Carrier<br>TORONTO Q987 | 7)Sailing on / about<br>MAY. 22, 1999 | | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF HUENEME, U.S.A. PORT

| | | | |
|---|---|---|---|
| DAEWOO | DAEWOO PASSENGER CARS | | |
| DEST : HUENEME, U.S.A | - LANOS 3 DR | 273 UNITS | |
| V/NO.: 1 - 741 | - LANOS 4 DR | 248 UNITS | |
| DAEWOO CORP. | - LEGANZA 4 DR | 220 UNITS | |
| MADE IN KOREA | - FOB, KOREA | 741 UNITS | US$5,712,871 |
| | - FREIGHT | | US$ 209,220 |
| | - INSURANCE | | US$ 5,106 |

FOB, INSURANCE + FREIGHT U.S.A US$5,927,197
(70% : US$4,149,037 BY L/C AT SIGHT)
(30% : US$1,778,160 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000117

VTBWJ85018A18



EXHIBIT 1

# PACKING LIST

AV90500099

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO CORPORATION<br>SEOUL, KOREA | VTBWJ85018A18 MAY. 20, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading: INCHON, KOREA / 5)Final destination: HUENEME, U.S.A | |
| 6)Carrier: TORONTO Q987 / 7)Sailing on / about: MAY. 22, 1999 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 741
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| | - LANOS 3 DR | | 273 UNITS |
| | | 275,730 KGS | 2,442.804 CBM |
| | - LANOS 4 DR | | 248 UNITS |
| | | 255,440 KGS | 2,312.104 CBM |
| | - LEGANZA 4 DR | | 220 UNITS |
| | | 290,400 KGS | 2,453.000 CBM |
| TOTAL | 741 UNITS | 821,570 KGS | 7,207.908 CBM |

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________

DAEWOO
CORPORATION

000118

VTBWJ85018A18

EXHIBIT 1

PAGE 2

**BILL OF LADING**

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

B/L No.
NOSA987INCNTD002
Reference No.

2. Consignee
TO SHIPPER'S ORDER

norwegian specialized autocarriers
**nosac**

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

4. Pre-carriage by
5. Place of receipt by pre-carrier

FIRST ORIGINAL

6. Vessel
TORONTO V.Q987
7. Port of loading
INCHON, KOREAN PORT

8. Port of discharge
HUENEME, U.S.A. PORT
9. Place of delivery by on-carrier

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : HUENEME, U.S.A<br>V/NO. : 1 - 741<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 741 UNITS OF<br>DAEWOO PASSENGER CARS<br>===================<br>- LANOS 3 DR 273 UNITS<br>- LANOS 4 DR 248 UNITS<br>- LEGANZA 4 DR 220 UNITS<br>TOTAL 741 UNITS<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY:SEVEN HUNDRED AND FORTY ONE (741) UNITS ONLY. | 821,570KGS | 7,207.908CBM |

SHIPPED ON BOARD :
MAY.22,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to......................per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA MAY.22,1999

21. Number of original Bs/L
THREE(3)

22. Signature
~~For the Master~~
For NOSAC KOREA CO., LTD. AS AGENT
For Carrier NOSAC ANS OSLO

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000119

Ref. U.

# COMMERCIAL INVOICE

AV90500558

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A24 MAY. 31, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>DITTO | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>MORNING QUEEN S9B5<br>7)Sailing on / about<br>JUN. 02, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 245
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | 99 UNITS | |
| - LANOS 4 DR | 140 UNITS | |
| - LEGANZA 4 DR | 6 UNITS | |
| - FOB, KOREA | 245 UNITS | US$1,659,843 |
| - FREIGHT | | US$ 103,926 |
| - INSURANCE | | US$ 1,488 |
| FOB, INSURANCE + FREIGHT U.S.A | | US$1,765,257 |

(70% : US$1,235,680 BY L/C AT SIGHT)
(30% : US$529,577 BY D/A)

/////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000120

VTBWJ85018A24

EXHIBIT 1

01

# PACKING LIST

AV90500558

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL, KOREA

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
DITTO

4)Port of loading
INCHON, KOREA

5)Final destination
NEWARK, U.S.A

6)Carrier
MORNING QUEEN S9B5

7)Sailing on / about
JUN. 02, 1999

8)No. & date of invoice
VTBWJ85018A24 MAY. 31, 1999

9)Remarks

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 245
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 99 UNITS |
| | 99,990 KGS | 885.852 CBM |
| - LANOS 4 DR | | 140 UNITS |
| | 144,200 KGS | 1,305.220 CBM |
| - LEGANZA 4 DR | | 6 UNITS |
| | 7,920 KGS | 66.900 CBM |
| TOTAL 245 UNITS | 252,110 KGS | 2,257.972 CBM |

////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________

DAEWOO
CORPORATION

VTBWJ85018A24

EXHIBIT 1

000121

BILL OF L[illegible]G

B/L No. NOSA9B51NCEWR001

Reference No.

1. Shipper
DAEWOO CORPORATION (\<B DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

norwegian specialized autocarriers

nosac

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

COPY
NON-NEGOTIABLE

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

6. Vessel
MORNING QUEEN V.S9B5

7. Port of loading
INCHON, KOREAN PORT

8. Port of discharge
NEWARK, U.S.A. PORT

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>V/NO.: 1 - 245<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 245 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LANOS 3 DR 99 UNITS<br>- LANOS 4 DR 140 UNITS<br>- LEGANZA 4 DR 6 UNITS<br>TOTAL 245 UNITS<br>"FREIGHT PREPIAD"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : TWO HUNDRED AND FORTY FIVE (245) UNITS ONLY | 252.110KGS | 2,257.972CBM |

SHIPPED ON BOARD :
JUN.02.1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ......................, the limit of Carrier's liability will be raised to.................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA JUN.02.1999

21. Number of original Bs/L
THREE(3)

Signature
AMEND
~~For The Master~~
For NOSAC KOREA CO., LTD. AS AGENT
For Carrier NOSAC ANS OSLO

* Applicable only when document used as a Through Bill of Lading

000122

EXHIBIT 1

# COMMERCIAL INVOICE

Ref. No. 33

AV90600226

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018B14 JUN. 15, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>LONG BEACH, U.S.A | |
| 6)Carrier<br>TERRIER P960<br>7)Sailing on / about<br>JUN. 25, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF LONG BEACH, U.S.A. PORT

DAEWOO

DAEWOO PASSENGER CARS

- NUBIRA 5 UNITS

DEST : LONG BEACH, U.S.A
V/NO.: 1 - 5
DAEWOO CORP.
MADE IN KOREA

- FOB, KOREA US$46,244
- FREIGHT US$ 1,471
- INSURANCE US$ 35

FOB, INSURANCE + FREIGHT U.S.A US$47,750
(70% : US$33,425 BY L/C AT SIGHT)
(30% : US$14,325 BY D/A)

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000123

VTBWJ85018B14

01

EXHIBIT 1

# PACKING LIST

AV90600226

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO CORPORATION<br>SEOUL, KOREA | VTBWJ85018B14 JUN. 15, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: LONG BEACH, U.S.A | |
| 6)Carrier: TERRIER P960<br>7)Sailing on / about: JUN. 25, 1999 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : LONG BEACH, U.S.A
V/NO.: 1 - 5
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - NUBIRA 4 DR | | 2 UNITS |
| | 2,440 KGS | 20.226 CBM |
| - NUBIRA 5 DR | | 2 UNITS |
| | 2,420 KGS | 19.194 CBM |
| - NUBIRA WAGON | | 1 UNIT |
| | 1,300 KGS | 10.282 CBM |
| TOTAL 5 UNITS | 6,160 KGS | 49.702 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____
DAEWOO CORPORATION

000124

VTBWJ85018B14

EXHIBIT 1

PAGE 2

# BILL OF LADING

B/L No.
NOSA960INCLBC002
Reference No.

norwegian specialized autocarriers
nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

FIRST ORIGINAL

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

4. Pre-carriage by*

5. Place of receipt by pre-carrier*

6. Vessel
TERRIER V.P960

7. Port of loading
INCHON, KOREAN PORT

8. Port of discharge
LONG BEACH, U.S.A. PORT

9. Place of delivery by on-carrier*

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : LONG BEACH, U.S.A<br>C/NO. : 1 - 5<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC; 5 UNITS OF<br>DAEWOO PASSENGER CARS<br>- NUBIRA 4 DR 2 UNITS<br>- NUBIRA 5 DR 2 UNITS<br>- NUBIRA WAGON 1 UNIT<br>TOTAL 5 UNITS<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : FIVE (5) UNITS ONLY. | 6,160KGS | 49.702CBM |

SHIPPED ON BOARD :
JUN.25,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of .................... the limit of Carrier's liability will be raised to .................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA JUN.25,1999

21. Number of original Bs/L
THREE(3)

22. Signature
[redacted]

For NOSAC KOREA CO., LTD. AS AGENT
For Carrier NOSAC ANS OSLO

000125

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

# COMMERCIAL INVOICE

AV90600232

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of Invoice<br>VTBWJ85018A26 JUN. 15, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>LONG BEACH, U.S.A<br>6)Carrier<br>TERRIER P960<br>7)Sailing on / about<br>JUN. 25, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|
| | | CIF LONG BEACH, U.S.A. PORT | | |
| DAEWOO | DAEWOO PASSENGER CARS | | | |
| DEST : LONG BEACH, U.S.A | - LANOS 3 DR | 3 UNITS | | |
| V/NO.: 1 - 17 | - LANOS 4 DR | 2 UNITS | | |
| DAEWOO CORP. | - LEGANZA 4 DR | 12 UNITS | | |
| MADE IN KOREA | - FOB, KOREA | 17 UNITS | | US$170,167 |
| | - FREIGHT | | | US$ 5,198 |
| | - INSURANCE | | | US$ 138 |
| | FOB, INSURANCE + FREIGHT U.S.A | | | US$175,503 |
| | (70% : US$122,852 BY L/C AT SIGHT) | | | |
| | (30% : US$52,651 BY D/A) | | | |

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000126

VTBWJ85018A26



EXHIBIT 1

# PACKING LIST

AV90600232

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL, KOREA

8)No. & date of invoice
VTBWJ85018A26 JUN. 15, 1999

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
LONG BEACH, U.S.A

6)Carrier
TERRIER P960

7)Sailing on / about
JUN. 25, 1999

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : LONG BEACH, U.S.A
V/NO.: 1 - 17
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | 3,030 KGS | 3 UNITS<br>26.844 CBM |
| - LANOS 4 DR | 2,060 KGS | 2 UNITS<br>18.646 CBM |
| - LEGANZA 4 DR | 15,840 KGS | 12 UNITS<br>133.800 CBM |
| TOTAL 17 UNITS | 20,930 KGS | 179.290 CBM |

////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________________
DAEWOO
CORPORATION

000127

VTBWJ85018A26

EXHIBIT 1

PAGE 2

# BILL OF LADING

B/L No. NOSA960INCLBC003

Reference No.

norwegian specialized autocarriers

nosac

MANAGEMENT:
WILHELMSEN LINES AS
LYSAKER, NORWAY

**FIRST ORIGINAL**

1. Shipper
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

2. Consignee
TO SHIPPER'S ORDER

3. Notify address
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

4. Pre-carriage by *

5. Place of receipt by pre-carrier *

6. Vessel
TERRIER V.P960

7. Port of loading
INCHON, KOREAN PORT

8. Port of discharge
LONG BEACH, U.S.A. PORT

9. Place of delivery by on-carrier *

PARTICULARS FURNISHED BY SHIPPER

| 10. Marks and Nos. | 11. Number and kind of vehicle(s); and/or package(s) description of goods | 13. Gross weight | 14. Measurement |
|---|---|---|---|
| DAEWOO<br>DEST : LONG BEACH, U.S.A<br>V/NO. : 1 - 17<br>DAEWOO CORP.<br>MADE IN KOREA | *** RO-RO CARGO ***<br>STC: 17 UNITS OF<br>DAEWOO PASSENGER CARS<br>==================<br>- LANOS 3 DR 3 UNITS<br>- LANOS 4 DR 2 UNITS<br>- LEGANZA 4 DR 12 UNITS<br>TOTAL 17 UNITS<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>*SAY : SEVENTEEN (17) UNITS ONLY. | 20,930KGS | 179.290CBM |

SHIPPED ON BOARD :
JUN.25,1999

15. It is expressly agreed and understood that mere reference to any document(s) revealing or referring to the value of the cargo and/or extra equipment and/or extra contents in any vehicle(s) consigned under this Bill of Lading shall not be deemed to be a declaration of the value nor a description of the cargo for the purpose of shipment, including but not limited to freight, charges, loss, damage, claims or whatsoever.

16. CARRIER'S LIMITATION OF LIABILITY.
The parties agree and understand that the Carrier's liability for loss and/or damage to the cargo shall be limited in accordance with Clause 10 on page 1 of this Bill of Lading, or any applicable rules.
If a higher valuation is declared in the Valuation Box, 17 below, and the corresponding higher freight rate is paid, Carrier's maximum liability will be increased as shown in Box 17 below.

| Specification of freight, charges etc. | | |
|---|---|---|
| FREIGHT AS AGREED | | |
| Total | | |

17. VALUATION.
In consideration of an additional freight payment of ...................., the limit of Carrier's liability will be raised to .................... per vehicle/per package/per unit/per freight unit (delete three alternatives) of the cargo.

18. Shipped on board in apparent good order and condition and, as far as ascertained by reasonable means of checking, as specified above unless otherwise stated.
One of the Bs/L must be surrendered duly endorsed in exchange for the cargo or delivery order. In witness whereof two (2) original Bs/L have been signed, if not otherwise stated below, one of which being accomplished the other(s) to be void.

19. Freight payable at
SEOUL, KOREA

20. Place and date of issue
SEOUL, KOREA JUN.25,1999

21. Number of original Bs/L
THREE (3)

22. Signature
[redacted]
For NOSAC KOREA CO., LTD. AS AGENT
For Carrier NOSAC ANS OSLO

* Applicable only when document used as a Through Bill of Lading

EXHIBIT 1

000128

# COMMERCIAL INVOICE

AV90700432

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of Invoice<br>VTBWJ85018A40 JUL. 21, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA / 5)Final destination<br>JACKSONVILLE, U.S.A | |
| 6)Carrier<br>TASCO V.AJ01 / 7)Sailing on / about<br>JUL. 22, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 200
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 200 UNITS

- FOB, KOREA US$2,063,722
- FREIGHT US$ 102,600
- INSURANCE US$ 1,800

FOB, INSURANCE + FREIGHT U.S.A US$2,168,122
(70% : US$1,517,685 BY L/C AT SIGHT)
(30% : US$650,437 BY D/A)

////////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ______________

DAEWOO
CORPORATION

000129

VTBWJ85018A40

01

EXHIBIT 1

# PACKING LIST

AV90700432

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A40 JUL. 21, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>JACKSONVILLE, U.S.A |
| 6)Carrier<br>TASCO V.AJ01 | 7)Sailing on / about<br>JUL. 22, 1999 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 200<br>DAEWOO CORP.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br><br>- LEGANZA 4 DR 200 UNITS<br><br>264,000 KGS 2,230.000 CBM<br><br>////////////////////////////////// | | | | |

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

000130

VTBWJ85018A40

EXHIBIT 1

# W..LLENIUS WILHELMSEN ..IES AS

P.O.Box 33.. 1324 Lysaker, Norway

..L OF LADING (BOXES 1-22)
..R COMBINED TRANSPORT
.. PORT TO PORT SHIPMENT

| | |
|---|---|
| ..PPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)<br>DAEWOO CORPORATION (VTB DEPT.)<br>C.P.O.BOX 2810<br>SEOUL, KOREA<br>..IPPER'S STATUS: | BOOKING NUMBER (11) / BILL OF LADING NUMBER (12): AF7<br>EXPORT REFERENCES (A) |
| ..NSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) ..OT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>TO SHIPPER'S ORDER | FORWARDING AGENT — FMC NUMBER (B)<br>POINT AND COUNTRY OF ORIGIN (C) |
| ..OTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)<br>DAEWOO MOTOR AMERICA INC.<br>1055 W. VICTORIA ST.<br>COMPTON, CA 90220 | ALSO NOTIFY—ROUTING INSTRUCTION (D)<br>FIRST ORIGINAL<br>BOXES A THRU .. FOR .. USE ONLY NOT PART OF .. OF LADING |

| | | | |
|---|---|---|---|
| ..E-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* | ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
| ..ESSEL (7): TASCO V.AJ01 | PORT OF LOADING (8): INCHON, KOREAN PORT | TYPE OF MOVE (G) | ON-CARRIAGE BY (H) |
| ..RT OF DISCHARGE (9): JACKSONVILLE, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* | | |

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) |
|---|---|---|---|---|---|
| DAEWOO<br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 200<br>DAEWOO CORP.<br>MADE IN KOREA | | | *** RO-RO CARGO ***<br>STC; 200 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LEGANZA 4 DR 200 UNITS<br>//////////////////////////////////////////<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>ORIGINAL | 264,000KGS | 2,230.000CBM<br>SHIPPED ON BOARD JUL.22,1999<br>'FREIGHT PREPAID' |

..OTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11 SAY : TWO HUNDRED (200) UNITS ONLY.

If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | - FREIGHT AS ARRANGED - | | | | | |

..LARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ EXTRA CHARGE:

..RAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| MONTH DAY YEAR | B/L No. |
|---|---|
| JUL.22.1999 | |

SEOUL, KOREA

BARWIL HYOP WOON AGENCIES LTD. AS AGENT for the Carrier Wallenius Wilhelmsen Lines AS

| | |
|---|---|
| EXCHANGE RATE (18) | TOTAL |
| TOTAL PREPAID IN LOCAL CURRENCY (19) | PREPAID AT (20): SEOUL, KOREA / PAYABLE AT (21) |
| NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE (3) | NOTICE: BE SURE TO REA.. TERMS CONTINUED ON REVERSE .. (CONTINUED ON REVERSE SIDE) |

000131

EXHIBIT 1..

# COMMERCIAL INVOICE

Pat. No. 35

AV90700847

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A52 JUL. 27, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: HUENEME, U.S.A | |
| 6)Carrier: TONGALA V.AG02<br>7)Sailing on / about: JUL. 29, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF HUENEME, U.S.A. PORT

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 595
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 595 UNITS

| | |
|---|---|
| - FOB, KOREA | US$5,982,004 |
| - FREIGHT | US$ 192,780 |
| - INSURANCE | US$ 5,355 |
| FOB, INSURANCE + FREIGHT U.S.A | US$6,180,139 |

(70% : US$4,326,097 BY L/C AT SIGHT)
(30% : US$1,854,042 BY D/A)

////////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000132

VTBWJ85018A52

01

EXHIBIT 1

# PACKING LIST

AV90700847

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A52 JUL. 27, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA — 5)Final destination<br>HUENEME, U.S.A | |
| 6)Carrier<br>TONGALA V.AG02 — 7)Sailing on / about<br>JUL. 29, 1999 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : HUENEME, U.S.A<br>V/NO.: 1 - 595<br>DAEWOO CORP.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br><br>- LEGANZA 4 DR 595 UNITS<br>785,400 KGS 6,634.250 CBM<br>////////////////////////////////// | | | | |

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ____________
DAEWOO CORPORATION

000133

VTBWJ85018A62

EXHIBIT 1

# W...LENIUS WILHELMSEN ... IES AS

P.O.Box 33... 1324 Lysaker, Norway

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

**SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)**
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

**SHIPPER'S STATUS:**

**BOOKING NUMBER (11)**

**BILL OF LADING NUMBER (12)** AJ5

**EXPORT REFERENCES (A)**

**CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
TO SHIPPER'S ORDER

**FORWARDING AGENT – FMC NUMBER (B)**

**POINT AND COUNTRY OF ORIGIN (C)**
FIRST ORIGINAL

**NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)**
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

**ALSO NOTIFY–ROUTING INSTRUCTION (D)**

**PRE-CARRIAGE BY (5)**

**PLACE OF RECEIPT - COMBINED TRANSPORT (6)***

**VESSEL (7)** TONGALA V.AG02

**PORT OF LOADING (8)** INCHON, KOREAN PORT

**ACCEPTANCE TERMINAL/LOADING PIER (E)**

**TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F)**

**PORT OF DISCHARGE (9)** HUENEME, U.S.A. PORT

**PLACE OF DELIVERY - COMBINED TRANSPORT (10)***

**TYPE OF MOVE (G)**

**ON-CARRIAGE BY (H)**

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER – CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | COM. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST : HUENEME, U.S.A<br>V/NO.: 1 - 595<br>DAEWOO CORP.<br>MADE IN KOREA | | | *** RO-RO CARGO ***<br>STC; 595 UNITS OF<br>DAEWOO PASSENGER CARS<br>====================<br>- LEGANZA 4 DR 595 UNITS<br>///////////////////////////////////<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>SAY : FIVE HUNDRED AND NINETY FIVE | 785,400KGS | 6,634.250CBM<br>SHIPPED ON BOARD<br>JUL.29,1999<br>'FREIGHT PREPAID' | |

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11 (595) UNITS ONLY.

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | - FREIGHT AS ARRANGED - | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE:

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE →

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

MONTH DAY YEAR B/L No.
JUL.29,1999

SEOUL, KOREA
BARWIL HYOP WOON AGENCIES LTD. AS AGENT

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20) SEOUL, KOREA

PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22) THREE (3)

EXHIBIT I

NOTICE: BE SURE TO READ TERMS CONTINUED ON REVERSE

(CONTINUED ON REVERSE SIDE)

000134

Ref. No. (31)

# COMMERCIAL INVOICE

AV90700806

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A50 JUL. 27, 1999<br>9)No.& date of L/C<br>VTB-WJ81217 DEC. 17, 1998 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>HUENEME, U.S.A | |
| 6)Carrier<br>TONGALA V.AG02<br>7)Sailing on / about<br>JUL. 29, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF HUENEME, U.S.A. PORT

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 684
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 684 UNITS

| | |
|---|---|
| - FOB, KOREA | US$6,866,385 |
| - FREIGHT | US$ 221,616 |
| - INSURANCE | US$ 6,156 |

FOB, INSURANCE + FREIGHT U.S.A US$7,094,157
(70% : US$4,965,910 BY L/C AT SIGHT)
(30% : US$2,128,247 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO
CORPORATION

000135



EXHIBIT 1

# PACKING LIST

AV90700806

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A50 JUL. 27, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>HUENEME, U.S.A |
| 6)Carrier<br>TONGALA V.AG02 | 7)Sailing on / about<br>JUL. 29, 1999 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 684
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 684 UNITS

902,880 KGS 7,626.600 CBM

////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by ________

DAEWOO CORPORATION

000136

VTBWJ85018A50

EXHIBIT 1

# WALLENIUS WILHELMSEN LINES AS

P.O.Box 33, N-1324 Lysaker, Norway

BILL OF LADING (BOXES 1–22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

SHIPPER'S STATUS

BOOKING NUMBER (11)

BILL OF LADING NUMBER (12)
AJ3

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
(NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
TO SHIPPER'S ORDER

FORWARDING AGENT – FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C)
FIRST ORIGINAL

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY–ROUTING INSTRUCTION (D)

| PRE-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* | | |
|---|---|---|---|
| VESSEL (7): TONGALA V.AG02 | PORT OF LOADING (8): INCHON, KOREAN PORT | ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 9 (E)) (F) |
| PORT OF DISCHARGE (9): HUENEME, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* | TYPE OF MOVE (G) | ON-CARRIAGE BY (H) |

PARTICULARS FURNISHED BY SHIPPER – CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) |
|---|---|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>V/NO.: 1 - 684<br>DAEWOO CORP.<br>MADE IN KOREA | | | *** RO-RO CARGO ***<br>STC; 684 UNITS OF<br>DAEWOO PASSENGER CARS<br>====================<br>- LEGANZA 4 DR 684 UNITS<br>////////////////////////////////////////<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>SAY : SIX HUNDRED AND EIGHTY FOUR (684) UNITS ONLY. | 902,880KGS | 7,626.600CBM<br>SHIPPED ON BOARD<br>JUL. 29, 1999<br>'FREIGHT PREPAID' |

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | - FREIGHT AS ARRANGED - | | | | | |

16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE:

17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE → ☐

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|
| JUL. | 29 | 1999 | |

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20): SEOUL, KOREA

PAYABLE

000137

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22)

EXHIBIT 1

NOTICE: BE SURE TO READ BILL OF LADING

Ref. No. 35

# COMMERCIAL INVOICE

AV91000346

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of Invoice<br>VTBWJ85018B38 OCT. 19, 1999<br>9)No.& date of L/C<br>XGA-MJ91009 OCT. 09, 1999 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>KUNSAN, KOREA<br>5)Final destination<br>JACKSONVILLE, U.S.A | |
| 6)Carrier<br>TASCO V.AJ06<br>7)Sailing on / about<br>OCT. 20, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DAEWOO PASSENGER CARS

- NUBIRA 4 DR 47 UNITS
- NUBIRA WAGON 57 UNITS

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 104
DAEWOO CORP.
MADE IN KOREA

| | | |
|---|---|---|
| - FOB, KOREA | 104 UNITS | US$850,780 |
| - FREIGHT | | US$ 49,024 |
| - INSURANCE | | US$ 728 |
| FOB, INSURANCE + FREIGHT U.S.A | | US$900,532 |

(70% : US$630,372 BY L/C AT SIGHT)
(30% : US$270,160 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO
CORPORATION

000138

VTBWJ85018B38

01

EXHIBIT 11

# PACKING LIST

AV91000346

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL, KOREA

8)No. & date of invoice
VTBWJ85018B38 OCT. 19, 1999

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
KUNSAN, KOREA

5)Final destination
JACKSONVILLE, U.S.A

6)Carrier
TASCO V.AJ06

7)Sailing on / about
OCT. 20, 1999

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO | DAEWOO PASSENGER CARS | | | | |
| DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 104<br>DAEWOO CORP.<br>MADE IN KOREA | - NUBIRA 4 DR<br>57,622 KGS 477.285 CBM | 47 UNITS | | | |
| | - NUBIRA WAGON<br>74,442 KGS 588.525 CBM | 57 UNITS | | | |
| | TOTAL 104 UNITS 132,064 KGS 1,065.810 CBM | | | | |

////////////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by [signature]
DAEWOO CORPORATION

000139

VTBWJ85018B38

EXHIBIT 1

# WALLENIUS WILHELMSEN LINES AS

P.O.Box 33, N-1324 Lysaker, Norway

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11)

BILL OF LADING NUMBER (12)
3LF

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
(NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TO SHIPPER'S ORDER

FORWARDING AGENT — FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C)

BOXES A thru K1 MERCHANT'S USE ONLY
NOT PART OF BILL OF LADING

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D)

| | |
|---|---|
| PRE-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* |
| VESSEL (7): TASCO V.AJ06 | PORT OF LOADING (8): KUNSAN, KOREAN PORT |
| PORT OF DISCHARGE (9): JACKSONVILLE, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* |
| ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
| TYPE OF MOVE (G) | ON-CARRIAGE BY (H) |

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 104<br>DAEWOO CORP.<br>MADE IN KOREA | | | DAEWOO PASSENGER CARS<br>- NUBIRA 4DR 47 UNITS<br>- NUBIRA WAGON 57 UNITS<br>TOTAL 104 UNITS<br>////////////////////////////////////////<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>COPY NOT NEGOTIABLE | 132,064KGS<br>SHIPPED ON BOARD OCT. 20, 1999 | 1,065.810CBM | |

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11 SAY : ONE HUNDRED FOUR (104) UNITS ONLY.-

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | FREIGHT AS ARRANGED | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ EXTRA CHARGE:

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE ☐

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

MONTH DAY YEAR B/L No.
OCT. 20, 1999 SEOUL, KOREA

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20): SEOUL, KOREA

PAYABLE AT

000140

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE (3)

NOTICE: BE SURE TO READ BILL OF LADING TERMS CONTINUED ON REVERSE SIDE.

WALLENIUS WILHELMSEN

EXHIBIT 1

(CONTINUED ON REVERSE SIDE)

Ref. No. 39

# COMMERCIAL INVOICE

AV91000354

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A86 OCT. 19, 1999<br>9)No.& date of L/C<br>XGA-MJ91009 OCT. 09, 1999 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA — 5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: TASCO V.AJ06 — 7)Sailing on / about: OCT. 22, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE,
U.S.A
V/NO.: 1 - 670
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | 213 UNITS | |
| - LANOS 4 DR | 77 UNITS | |
| - LEGANZA 4 DR | 380 UNITS | |
| - FOB, KOREA | 670 UNITS | US$5,252,005 |
| - FREIGHT | | US$ 315,729 |
| - INSURANCE | | US$ 5,160 |

FOB, INSURANCE + FREIGHT U.S.A US$5,572,894
(70% : US$3,901,026 BY L/C AT SIGHT)
(30% : US$1,671,868 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by ______

DAEWOO
CORPORATION

000141

VTBWJ85018A86



EXHIBIT 1

# PACKING LIST

AV91000354

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A86 OCT. 19, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>JACKSONVILLE, U.S.A |
| 6)Carrier<br>TASCO V.AJ06 | 7)Sailing on / about<br>OCT. 22, 1999 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 670
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 213 UNITS |
| | 215,130 KGS | 1,905.924 CBM |
| - LANOS 4 DR | | 77 UNITS |
| | 79,310 KGS | 717.871 CBM |
| - LEGANZA 4 DR | | 380 UNITS |
| | 501,600 KGS | 4,237.000 CBM |
| TOTAL 670 UNITS | 796,040 KGS | 6,860.795 CBM |

//////////////////////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

VTBWJ85018A86

EXHIBIT 1

000142

# WALLENIUS WILHELMSEN LINES AS

P.O. Box 33, N-1324 Lysaker, Norway

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

BOOKING NUMBER (11)

BILL OF LADING NUMBER (12): 6LF

EXPORT REFERENCES (A)

SHIPPER'S STATUS:

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TO SHIPPER'S ORDER

FORWARDING AGENT – FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C)

BOXES A thru K MERCHANT'S USE ONLY NOT PART OF BILL OF LADING

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY–ROUTING INSTRUCTION (D)

PRE-CARRIAGE BY (5)

PLACE OF RECEIPT - COMBINED TRANSPORT (6)*

VESSEL (7): TASCO V.AJ06

PORT OF LOADING (8): INCHON, KOREAN PORT

ACCEPTANCE TERMINAL/LOADING PIER (E)

TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F)

PORT OF DISCHARGE (9): JACKSONVILLE, U.S.A. PORT

PLACE OF DELIVERY - COMBINED TRANSPORT (10)*

TYPE OF MOVE (G)

ON-CARRIAGE BY (H)

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 670<br>DAEWOO CORP.<br>MADE IN KOREA | | | DAEWOO PASSENGER CARS<br>- LANOS 3 DR 213 UNITS<br>- LANOS 4 DR 77 UNITS<br>- LEGANZA 4 DR 380 UNITS<br>TOTAL 670 UNITS<br>///////////////////////////////////////////<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>COPY NOT NEGOTIABLE | 796,040KGS<br>SHIPPED ON BOARD OCT. 22, 1999 | 6,860.795CBM | |

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11 SAY : SIX HUNDRED SEVENTY (670) UNITS ONLY.-

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | FREIGHT AS ARRANGED | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE:

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY–CHECK HERE → ☐

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

MONTH DAY YEAR B/L No.
OCT. 22, 1999 SEOUL, KOREA

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20): SEOUL, KOREA

PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE (3)

NOTICE: BE SURE TO READ TERMS CONTINUED ON REVERSE

EXHIBIT 1

000143

(CONTINUED ON REVERSE SIDE)

Ref. No. (10)

# COMMERCIAL INVOICE

AV91000733

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A98 OCT. 29, 1999<br>9)No.& date of L/C<br>XGA-MJ91009 OCT. 09, 1999 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA. 5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>MADAME BUTTERFLY V.AJ07 7)Sailing on / about<br>OCT. 31, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 237
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 237 UNITS

| | |
|---|---|
| - FOB, KOREA | US$2,115,370 |
| - FREIGHT | US$ 121,581 |
| - INSURANCE | US$ 2,133 |
| FOB, INSURANCE + FREIGHT U.S.A | US$2,239,084 |

(70% : US$1,567,359 BY L/C AT SIGHT)
(30% : US$671,725 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by [signature]

DAEWOO CORPORATION

000144

VTBWJ85018A98



EXHIBIT 1

# PACKING LIST

AV91000733

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A98 OCT. 29, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>NEWARK, U.S.A |
| 6)Carrier<br>MADAME BUTTERFLY<br>V.AJ07 | 7)Sailing on / about<br>OCT. 31, 1999 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : NEWARK, U.S.A<br>V/NO.: 1 - 237<br>DAEWOO CORP.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br>- LEGANZA 4 DR | 237 UNITS | | 312,840 KGS | 2,642.550 CBM |

//////////////////////////////////

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO CORPORATION

VTBWJ85018A98

000145

EXHIBIT 1

NUMBER OF ORIGINAL B(S)/L OF LADING ISSUED (22) THREE(3)

NOTICE: BE SURE TO READ BILL OF LADING TERMS CONTINUED ON REVERSE SIDE

# WALLENIUS WILHELMSEN LINES AS

P.O.Box 33, N-1324 Lysaker, Norway

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11)

BILL OF LADING NUMBER (12)
BLJ

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
(NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TO SHIPPER'S ORDER

FORWARDING AGENT — FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C)

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D)

| | |
|---|---|
| PRE-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* |
| VESSEL (7) MADAME BUTTERFLY V. AJ07 | PORT OF LOADING (8) INCHON, KOREAN PORT |
| PORT OF DISCHARGE (9) NEWARK, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* |

ACCEPTANCE TERMINAL/LOADING PIER (E)

TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F)

TYPE OF MOVE (G)

ON-CARRIAGE BY (H)

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT.

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | COO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST : NEWARK., U.S.A.<br>V/NO.: 1 - 237<br>DAEWOO CORP.<br>MADE IN KOREA | | | **RO-RO CARGO ***<br>STC : 237 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LEGANZA 4DR 237 UNITS<br>////////////////////////////////////////////////<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>COPY NOT NEGOTIABLE<br>SAY : TWO HUNDRED THIRTY SEVEN (237) UNITS ONLY. | 312,840KGS<br>SHIPPED ON BOARD<br>OCT. 31, 1999<br>FREIGHT PREPAID | 2,642.550CBM | |

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | - FREIGHT AS ARRANGED - | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ EXTRA CHARGE:

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE ☐

EXCHANGE RATE (18) TOTAL

000146

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

MONTH DAY YEAR B/L No.
NOV. 1, 1999 SEOUL, KOREA

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20)

PAYABLE AT (21)
SEOUL, KOREA

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22) THREE(3)

NOTICE: BE SURE TO READ BILL OF LADING TERMS CONTINUED ON REVERSE SIDE

EXHIBIT 1

(CONTINUED ON REVERSE SIDE)

Re-No. ①

# COMMERCIAL INVOICE

AV91000731

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO CORPORATION<br>SEOUL, KOREA | 8)No. & date of invoice<br>VTBWJ85018A96 OCT. 29, 1999<br>9)No.& date of L/C<br>XGA-MJ91009 OCT. 09, 1999 |
| 2)For Account _Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA / 5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>MADAME BUTTERFLY V.AJ07 / 7)Sailing on / about<br>OCT..31, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 333
DAEWOO CORP.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 333 UNITS

| | |
|---|---|
| - FOB, KOREA | US$2,720,277 |
| - FREIGHT | US$ 170,829 |
| - INSURANCE | US$ 2,997 |
| FOB, INSURANCE + FREIGHT U.S.A | US$2,894,103 |

(70% : US$2,025,872 BY L/C AT SIGHT)
(30% : US$868,231 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

18) Signed by

DAEWOO CORPORATION

000147

VTBWJ85018A96



EXHIBIT 1

# PACKING LIST

AV91000731

1)Shipper/Exporter
DAEWOO CORPORATION
SEOUL, KOREA

8)No. & date of invoice
VTBWJ85018A96 OCT. 29, 1999

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
NEWARK, U.S.A

6)Carrier
MADAME BUTTERFLY
V.AJ07

7)Sailing on / about
OCT. 31, 1999

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A<br>V/NO.: 1 - 333<br>DAEWOO CORP.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br>- LEGANZA 4 DR 333 UNITS<br>439,560 KGS 3,712.950 CBM<br>////////////////////////////////// | | | | |

16) C.P.O. 2810 SEOUL, KOREA
CABLE: DAEWOO SEOUL
TELEX: DAEWOO K23341/4,K24295
TELEPHONE: 759-2114

17) Signed by

DAEWOO
CORPORATION

VTBWJ85018A96

000148

EXHIBIT 1

# WALLENIUS WILHELMSEN LINES AS

P.O.Box 33, N-1324 Lysaker, Norway

BILL OF LADING (BOXES 1-22) FOR COMBINED TRANSPORT OR PORT TO PORT SHIPMENT

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO CORPORATION (VTB DEPT.)
C.P.O. BOX 2810
SEOUL, KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11)

BILL OF LADING NUMBER (12)
7LJ

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
TO SHIPPER'S ORDER

FORWARDING AGENT – FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C)

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY–ROUTING INSTRUCTION (D)

BOXES A THRU K ... FOR ... USE ONLY NOT PART OF BILL OF LADING

PRE-CARRIAGE BY (5)

PLACE OF RECEIPT - COMBINED TRANSPORT (6)*

VESSEL (7)
MADAME BUTTERFLY V. AJ07

PORT OF LOADING (8)
INCHON, KOREAN PORT

ACCEPTANCE TERMINAL/LOADING PIER (E)

TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F)

PORT OF DISCHARGE (9)
NEWARK, U.S.A. PORT

PLACE OF DELIVERY - COMBINED TRANSPORT (10)*

TYPE OF MOVE (G)

ON-CARRIAGE BY (H)

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER – CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST : NEWARK., U.S.A.<br>V/NO.: 1 - 333<br>DAEWOO CORP.<br>MADE IN KOREA | | | **RO-RO CARGO ***<br>STC : 333 UNITS OF<br>DAEWOO PASSENGER CARS<br>- LEGANZA 4DR 333 UNITS<br>TOTAL 333 UNITS<br>////////////////////////////////////////////<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS" | 439,560KGS<br>SHIPPED ON BOARD OCT. 31, 1999<br>FREIGHT PREPAID | 3,712.950CBM | |

COPY NOT NEGOTIABLE

~~SAY : THREE HUNDRED THIRTY THREE (333) UNITS ONLY.~~

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | - FREIGHT AS ARRANGED - | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE:

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY–CHECK HERE

EXCHANGE RATE (18)

TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

MONTH DAY YEAR B/L No.

NOV. 1, 1999 SEOUL, KOREA

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20)

PAYABLE AT (21)
SEOUL, KOREA

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22)
THREE(3)

NOTICE: BE SURE TO READ TERMS CONTINUED ON REVERSE SIDE

(CONTINUED ON REVERSE SIDE)

WALLENIUS WILHELMSEN

EXHIBIT 1

000149

Ref. No. (12)

# COMMERCIAL INVOICE

AV91100560

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO. LTD. | 8)No. & date of invoice<br>XGAUS95001A14 NOV. 28, 1999<br>9)No.& date of L/C<br>XGA-MJ91126.01 NOV. 28, 1999 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>LOSANGELES, U.S.A. | |
| 6)Carrier<br>HYUNDAI 108 V.AZ17<br>7)Sailing on / about<br>NOV. 30, 1999 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A, U.S.A. PORT

DAEWOO

DEST : L.A., U.S.A
V/NO.: 1 - 828
DAEWOO MOTOR CO. LTD
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 828 UNITS

| | |
|---|---|
| - FOB, KOREA | US$7,796,419 |
| - FREIGHT | US$ 268,272 |
| - INSURANCE | US$ 7,452 |
| FOB, INSURANCE + FREIGHT U.S.A | US$8,072,143 |

(70% : US$5,650,500 BY L/C AT SIGHT)
(30% : US$2,421,643 BY D/A)

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by [signature]

DAEWOO MOTOR
CO., LTD.

XGAUS95001A14

000150



EXHIBIT 1

# PACKING LIST

AV91100560

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO. LTD. | 8)No. & date of invoice<br>XGAUS95001A14 NOV. 28, 1999 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>LOSANGELES, U.S.A. |
| 6)Carrier<br>HYUNDAI 108 V.AZ17 | 7)Sailing on / about<br>NOV. 30, 1999 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A., U.S.A
V/NO.: 1 - 828
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 828 UNITS

1,092,960 KGS 9,232.200 CBM

////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR
CO., LTD.

XGAUS95001A14

EXHIBIT 1

# WALLENIUS WILHELMSEN LINES AS

P.O.Box 33, N-1324 Lysaker, Norway

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR CO. LTD.
C.P.O. BOX 2810
SEOUL, KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11)

BILL OF LADING NUMBER (12): 4LV

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
(NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TO SHIPPER'S ORDER

FORWARDING AGENT — FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C)

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D)

| PRE-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* | | |
|---|---|---|---|
| VESSEL (7): HYUNDAI 108 V.AZ17 | PORT OF LOADING (8): INCHON, KOREAN PORT | ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
| PORT OF DISCHARGE (9): LOS ANGELES, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* | TYPE OF MOVE (G) | ON-CARRIAGE BY (H) |

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST : L.A., U.S.A<br>V/NO.: 1 - 828<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | | | DAEWOO PASSENGER CARS<br>- LEGANZA 4DR 828 UNITS<br>/////////////////////////////////////////////////////<br>"FREIGHT PREPAID"<br>"CONDITION AS PER SURVEY REPORT ISSUED BY SGS"<br>COPY NOT NEGOTIABLE | 1,092,960KGS<br>SHIPPED ON BOARD NOV. 30, 1999 | 9,232.200CBM | |

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 1: SAY : EIGHT HUNDRED TWENTY EIGHT (828) UNITS ONLY.-

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | FREIGHT AS ARRANGED | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ EXTRA CHARGE:

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE

EXCHANGE RATE (18)

TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

MONTH DAY YEAR B/L No.
NOV. 30, 1999 SEOUL, KOREA

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20): SEOUL, KOREA

PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE (3)

NOTICE: BE SURE TO READ BILL TERMS CONTINUED ON REVERSE SIDE

(CONTINUED ON REVERSE SIDE)

WALLENIUS WILHELMSEN

EXHIBIT 1

000151

# COMMERCIAL INVOICE

Ref. No. 113

AV00300806

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO. LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS95001A78 MAR. 27, 2000<br>9)No.& date of L/C<br>XGA-MJ91206.03 MAR. 06, 2000 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: ISOLDE AJ013<br>7)Sailing on / about: MAR. 29, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 466
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - LANOS | 3 DR | 173 UNITS | |
| - LANOS | 4 DR | 36 UNITS | |
| - LEGANZA | 4 DR | 257 UNITS | |
| - FOB, KOREA | | 466 UNITS | US$3,665,482 |
| - FREIGHT | | | US$ 218,561 |
| - INSURANCE | | | US$ 3,567 |

FOB, INSURANCE + FREIGHT U.S.A US$3,887,610
(70% : US$2,721,327 BY L/C AT SIGHT)
(30% : US$1,166,283 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by [signature]

DAEWOO MOTOR CO., LTD.

000152

XGAUS95001A78

EXHIBIT 11

# PACKING LIST

AV00300806

1)Shipper/Exporter
DAEWOO MOTOR CO. LTD.
INCHON, KOREA

8)No. & date of invoice
XGAUS95001A78 MAR. 27, 2000

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party

-DITTO-

| 4)Port of loading | 5)Final destination |
|---|---|
| INCHON, KOREA | NEWARK, U.S.A |
| 6)Carrier ISOLDE AJ013 | 7)Sailing on / about MAR. 29, 2000 |

10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 466
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 173 UNITS |
| | 174,730 KGS | 1,548.004 CBM |
| - LANOS 4 DR | | 36 UNITS |
| | 37,080 KGS | 335.628 CBM |
| - LEGANZA 4 DR | | 257 UNITS |
| | 339,240 KGS | 2,865.550 CBM |
| TOTAL 466 UNITS | 551,050 KGS | 4,749.182 CBM |

////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR
CO., LTD.

000153

XGAUS95001A78

EXHIBIT 1

W&W

WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

**BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT**

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11): KRSEL15976
BILL OF LADING NUMBER (12): KR4226
EXPORT REFERENCES (A):

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
TO SHIPPER'S ORDER

FORWARDING AGENT – FMC NUMBER (B):

POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D):

| | | | |
|---|---|---|---|
| PRE-CARRIAGE BY (5): | PLACE OF RECEIPT - COMBINED TRANSPORT (6)*: | | |
| VESSEL (7): ISOLDE AJ013 | PORT OF LOADING (8): INCHON, KOREAN PORT | ACCEPTANCE TERMINAL/LOADING PIER (E): | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F): |
| PORT OF DISCHARGE (9): NEWARK, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)*: | TYPE OF MOVE (G): AUTO | ON-CARRIAGE BY (H): |

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | COO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST: NEWARK, U.S.A<br>V/NO.:1-466<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 466 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- LANOS 3 DR 173 UNITS<br>- LANOS 4 DR 36 UNITS<br>- LEGANZA 4 DR 257 UNITS<br>------------------------------<br>TOTAL 466 UNITS<br>//////////////////////// | 551050 KGS | 4,749.182 CBM | |

ON BOARD 29/03/2000. FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11: Four Hundred Sixty-six Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE ☐

EXCHANGE RATE (18): TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 03 | 29 | 2000 | KR4226 |

TOTAL PREPAID IN LOCAL CURRENCY (19): PREPAID AT (20): PAYABLE

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (21): THREE

NOTICE: BE SURE TO READ BILL TERMS CONTINUED ON REVERSE SIDE

000154

EXHIBIT 1

# COMMERCIAL INVOICE

AV00300810

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO. LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS95001A80 MAR. 27, 2000<br>9)No.& date of L/C<br>XGA-MJ91206.03 MAR. 06, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: ISOLDE AJ013<br>7)Sailing on / about: MAR. 29, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE,
U.S.A
V/NO.: 1 - 580
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | 115 UNITS | |
| - LANOS 4 DR | 79 UNITS | |
| - LEGANZA 4 DR | 386 UNITS | |
| - FOB, KOREA | 580 UNITS | US$4,893,519 |
| - FREIGHT | | US$ 279,289 |
| - INSURANCE | | US$ 4,638 |

FOB, INSURANCE + FREIGHT U.S.A US$5,177,446
(70% : US$3,624,212 BY L/C AT SIGHT)
(30% : US$1,553,234 BY D/A)

//////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by

DAEWOO MOTOR
CO., LTD.

000155

XGAUS95001A80



EXHIBIT 1

# PACKING LIST

AV00300810

1)Shipper/Exporter
DAEWOO MOTOR CO. LTD.
INCHON, KOREA

8)No. & date of invoice
XGAUS95001A80 MAR. 27, 2000

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
JACKSONVILLE, U.S.A

6)Carrier
ISOLDE AJ013

7)Sailing on / about
MAR. 29, 2000

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 580
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 115 UNITS |
| | 116,150 KGS | 1,029.020 CBM |
| - LANOS 4 DR | | 79 UNITS |
| | 81,370 KGS | 736.517 CBM |
| - LEGANZA 4 DR | | 386 UNITS |
| | 509,520 KGS | 4,303.900 CBM |
| TOTAL 580 UNITS | 707,040 KGS | 6,069.437 CBM |

////////////////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR
CO., LTD.

000156

XGAUS95001A80

EXHIBIT 1

W&W **WALLENIUS WILHELMSEN LINES AS**
www.2wglobal.com

**BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT**

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

BOOKING NUMBER (11): KRSEL15976
BILL OF LADING NUMBER (12): KR4227
EXPORT REFERENCES (A):

SHIPPER'S STATUS:

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
TO SHIPPER'S ORDER

FORWARDING AGENT – FMC NUMBER (B):

POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY–ROUTING INSTRUCTION (D):

| PRE-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* | | |
|---|---|---|---|
| VESSEL (7): ISOLDE AJ013 | PORT OF LOADING (8): INCHON, KOREAN PORT | ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
| PORT OF DISCHARGE (9): JACKSONVILLE, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* | TYPE OF MOVE (G): AUTO | ON-CARRIAGE BY (H) |

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST: JACKSONVILLE, U.S.A<br>V/NO.:1-580<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 580 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- LANOS 3 DR 115 UNITS<br>- LANOS 4 DR 79 UNITS<br>- LEGANZA 4 DR 386 UNITS<br>-----------------------------<br>TOTAL 580 UNITS<br>////////////////////////// | 707040 KGS | 6,069.437 CBM | |

ON BOARD 29/03/2000. FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11
Five Hundred Eighty Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ NONE EXTRA CHARGE:

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE ☐

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 03 | 29 | 2000 | KR4227 |

TOTAL PREPAID IN LOCAL CURRENCY (19) | PREPAID AT (20) | PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ BILL OF L[ADING] TERMS CONTINUED ON REVERSE SIDE

EXHIBIT 1

000157

Ref. No. 15

# COMMERCIAL INVOICE

AV00400856

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS95001A92 APR. 27, 2000<br>9)No.& date of L/C<br>XGA-MJ91206.03 MAR. 06, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>HYUNDAI NO. 107 67<br>7)Sailing on / about<br>APR. 28, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 41
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - LANOS | 3 DR | 27 UNITS | |
| - LANOS | 4 DR | 14 UNITS | |
| - FOB, KOREA | | 41 UNITS | US$257,675 |
| - FREIGHT | | | US$ 17,130 |
| - INSURANCE | | | US$ 246 |

FOB, INSURANCE + FREIGHT U.S.A US$275,051
(70% : US$192,536 BY L/C AT SIGHT)
(30% : US$82,515 BY D/A)

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by

DAEWOO MOTOR
CO., LTD.



EXHIBIT 1

000158

# PACKING LIST

AV00400856

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS95001A92 APR. 27, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA / 5)Final destination<br>NEWARK, U.S.A | |
| 6)Carrier<br>HYUNDAI NO. 107 67 / 7)Sailing on / about<br>APR. 28, 2000 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO | DAEWOO PASSENGER CARS | | | | |
| DEST : NEWARK, U.S.A<br>V/NO.: 1 - 41<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | - LANOS 3 DR<br>27,270 KGS | 27 UNITS<br>241.596 CBM | | | |
| | - LANOS 4 DR<br>14,420 KGS | 14 UNITS<br>130.522 CBM | | | |
| TOTAL 41 UNITS | 41,690 KGS | 372.118 CBM | | | |

////////////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by

DAEWOO MOTOR
CO., LTD.

000159

XGAUS95001A92

EXHIBIT 1

(Forwarding Agents)

**Shipper**
DAEWOO MOTOR CO. LTD.
426-1 CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

**B/L No.** KKLU810113691

"K" LINE
KAWASAKI KISEN KAISHA, LTD.

# BILL OF LADING

**Consignee**
TO SHIPPER'S ORDER

**SHIPPED ON BOARD,** the goods or packages said to contain goods hereinafter mentioned in apparent good order and condition unless otherwise indicated in this Bill of Lading to be transported subject to all the terms of this Bill of Lading and to ship's engagements not hereby disclosed with liberty to proceed via any port or ports within the voyage herein contracted for (see Clause 4), to the port of discharge or so near thereunto as the ship can always safely get and leave, always afloat at all stages and conditions of water and weather, and there to be delivered or transshipped on payment of the charges thereon in like apparent good order and condition from ship's tackle or deck and, in case of bulk liquids, from ship's pipe line connections on the ship where Carrier's responsibility shall cease.

It is agreed that the custody and carriage of the goods are subject to the following terms which shall govern the relations, whatsoever they may be between the shipper, consignee, and the Carrier, master and ship in every contingency, wheresoever and whensoever occurring, and also in the event of deviation, or of unseaworthiness of the ship at the time of loading or inception of the voyage or subsequently, and none of the terms of this Bill of Lading shall be deemed to have been waived by the Carrier unless by express waiver in writing signed by a duly authorized agent of the Carrier:

**Notify party** (Without Liability to Carrier - See Clause 14)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

**Local vessel** | **from**

**Ocean vessel:** HYUNDAI NO.107 | **Voy. No.** 67 | **Port of loading:** INCHON, KOREAN PORT

SEE TERMS OF CARRIAGE AND OTHER TERMS ON REVERSE

**Port of discharge:** NEWARK, U.S.A. PORT | **For Transhipment to** (See Clause 19) | **Final destination** (for the Shipper's reference only)

| Marks and Numbers | No. of P'kgs or Units | Kind of Packages or Units; description of goods | Gross weight KGS | Measurement CBM |
|---|---|---|---|---|
| DAEWOO<br>DEST : NEWARK, U.S.A.<br>V/NO.: 1 - 41<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | | 41 UNITS<br>DAEWOO PASSENGER CARS<br>- LANOS 3 DR..............27 UNITS<br>- LANOS 4 DR..............14 UNITS<br>TOTAL 41 UNITS<br>*FREIGHT PREPAID | 41,690.00 | 372.118 |
| | | 41 UNITS | 41,690.00 | 372.118 |

PARTICULARS FURNISHED BY SHIPPER

COPY
NON-NEGOTIABLE

LADEN ON BOARD
2000. 4. 28

**Total No. of Packages or Units (in words):** SAY : FORTY-ONE (41) UNITS ONLY.

| Freight and Charges | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| 'FREIGHT PREPAID AS ARRANGED' | | | | | |

**Ex. Rate** | **Prepaid at:** SEOUL | **Payable at** | **Place and date of issue:** SEOUL 2000. 4. 28
**Total prepaid in local currency** | **No. of original B(s)/L:** THREE(3)

~~FOR AND ON BEHALF OF THE MASTER~~
DONGWOO MARINE CO., LTD.
AS AGENT FOR THE CARRIER
KAWASAKI KISEN KAISHA LTD.

In accepting this Bill of Lading, the shipper, owner and consignee of the goods, and the holder of the Bill of Lading agree to be bound by all its stipulations, exceptions and conditions, whether written, stamped or printed, as fully as if they were all signed by such shipper, owner, consignee or holder, notwithstanding any local customs or privileges to the contrary and agree that this Bill of Lading supersedes all other agreements for the shipment of these goods.

IN WITNESS WHEREOF, the master or agent of the said ship has signed the number of Bill(s) of Lading stated above, all of this tenor and date, one of which being accomplished, the others to stand void.

ICS B/L

EXHIBIT 1

000160

Ref. No. 46

# COMMERCIAL INVOICE

AV00400858

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS95001A94 APR. 27, 2000<br>9)No.& date of L/C<br>XGA-MJ91206.03 MAR. 06, 2000 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: HYUNDAI NO. 107 67<br>7)Sailing on / about: APR. 28, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 308
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | 70 UNITS | |
| - LANOS 4 DR | 10 UNITS | |
| - LEGANZA 4 DR | 228 UNITS | |
| - FOB, KOREA | 308 UNITS | US$2,736,475 |
| - FREIGHT | | US$ 150,094 |
| - INSURANCE | | US$ 2,532 |
| FOB, INSURANCE + FREIGHT U.S.A | | US$2,889,101 |

(70% : US$2,022,371 BY L/C AT SIGHT)
(30% : US$866,730 BY D/A)

////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by
DAEWOO MOTOR CO., LTD.

XGAUS95001A94 01 EXHIBIT 1 000161

# PACKING LIST

AV00400858

1)Shipper/Exporter
DAEWOO MOTOR CO., LTD.
INCHON, KOREA

8)No. & date of invoice
XGAUS95001A94 APR. 27, 2000

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
JACKSONVILLE, U.S.A

6)Carrier
HYUNDAI NO. 107 67

7)Sailing on / about
APR. 28, 2000

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 308
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | 70,700 KGS | 70 UNITS<br>626.360 CBM |
| - LANOS 4 DR | 10,300 KGS | 10 UNITS<br>93.230 CBM |
| - LEGANZA 4 DR | 300,960 KGS | 228 UNITS<br>2,542.200 CBM |
| TOTAL 308 UNITS | 381,960 KGS | 3,261.790 CBM |

//////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR
CO., LTD.

XGAUS95001A94

000162

EXHIBIT 1

(Forwarding Agents)

Shipper
DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

B/L No.
KKLU810113692

"K" LINE
KAWASAKI KISEN KAISHA, LTD.

# BILL OF LADING

Consignee
TO SHIPPER'S ORDER

**SHIPPED ON BOARD,** the goods or packages said to contain goods hereinafter mentioned in apparent good order and condition unless otherwise indicated in this Bill of Lading to be transported subject to all the terms of this Bill of Lading and to ship's engagements not hereby disclosed with liberty to proceed via any port or ports within the voyage herein contracted for (see Clause 4), to the port of discharge or so near thereunto as the ship can always safely get and leave, always afloat at all stages and conditions of water and weather, and there to be delivered or transshipped on payment of the charges thereon in like apparent good order and condition from ship's tackle or deck and, in case of bulk liquids, from ship's pipe line connections on the ship where Carrier's responsibility shall cease.

It is agreed that the custody and carriage of the goods are subject to the following terms which shall govern the relations, whatsoever they may be between the shipper, consignee, and the Carrier, master and ship in every contingency, wheresoever and whensoever occurring, and also in the event of deviation, or of unseaworthiness of the ship at the time of loading or inception of the voyage or subsequently, and none of the terms of this Bill of Lading shall be deemed to have been waived by the Carrier unless by express waiver in writing signed by a duly authorized agent of the Carrier.

Notify party (Without liability to Carrier - See Clause 14)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

Local vessel | From

Ocean vessel: HYUNDAI NO.107 | Voy. No.: 67 | Port of loading: INCHON, KOREAN PORT

SEE TERMS OF CARRIAGE AND OTHER TERMS ON REVERSE

Port of discharge: JACKSONVILLE, U.S.A. PORT | For Transhipment to (See Clause 19) | Final destination (for the Shipper's reference only)

PARTICULARS FURNISHED BY SHIPPER

| Marks and Numbers | No. of P'kgs or Units | Kind of Packages or Units; description of goods | Gross weight KGS | Measurement CBM |
|---|---|---|---|---|
| DAEWOO<br>DEST : JACKSONVILLE, U.S.A.<br>V/NO.: 1 - 308<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | | 308 UNITS<br>DAEWOO PASSENGER CARS<br>==================<br>- LANOS 3 DR..............70 UNITS<br>- LANOS 4 DR..............10 UNITS<br>- LEGANZA 4DR............228 UNITS<br>-------------------------------<br>TOTAL 308 UNITS<br>*FREIGHT PREPAID | 381,960.00 | 3,261.790 |
| | | 308 UNITS | 381,960.00 | 3,261.790 |

LADEN ON BOARD
2000. 4. 28

COPY
NON-NEGOTIABLE

Total No. of Packages or Units (in words): SAY : THREE HUNDRED & EIGHT (308) UNITS ONLY.

| Freight and Charges | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| 'FREIGHT PREPAID AS ARRANGED' | | | | | |

| Ex. Rate | Prepaid at: SEOUL | Payable at: | Place and date of issue: SEOUL 2000. 4. 28 |
|---|---|---|---|
| | Total prepaid in local currency | No. of original B(s)/L: THREE (3) | |

~~SIGNED ON BEHALF OF THE MASTER~~
DONGWOO MARINE CO.,LTD.
AS AGENT FOR THE CARRIER
KAWASAKI KISEN KAISHA LTD.

By

In accepting this Bill of Lading, the shipper, owner and consignee of the goods, and the holder of the Bill of Lading agree to be bound by all its stipulations, exceptions and conditions, whether written, stamped or printed, as fully as if they were all signed by such shipper, owner, consignee or holder, notwithstanding any local customs or privileges to the contrary and agree that this Bill of Lading supersedes all other agreements for the shipment of these goods.

IN WITNESS WHEREOF, the master or agent of the said ship has signed the number of Bill(s) of Lading stated above, all of this tenor and date, one of which being accomplished, the others to stand void.

ICS B/L

EXHIBIT 1

000163

Ref. No. (117)

# COMMERCIAL INVOICE

AV00400852

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS95001B72 APR. 27, 2000<br>9)No.& date of L/C<br>XGA-MJ91206.03 MAR. 06, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: KUNSAN, KOREA<br>5)Final destination: LOSANGELES, U.S.A. | |
| 6)Carrier: GOLDEN RAY AZ026<br>7)Sailing on / about: APR. 28, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|
| | | CIF L.A., U.S.A. PORT | | |
| DAEWOO | DAEWOO PASSENGER CARS | | | |
| | - NUBIRA 4 DR | 530 UNITS | | |
| DEST : L.A., U.S.A | - NUBIRA WAGON | 377 UNITS | | |
| V/NO.: 1 - 907 | | | | |
| DAEWOO MOTOR CO. LTD. | - FOB, KOREA | 907 UNITS | | US$7,739,465 |
| MADE IN KOREA | - FREIGHT | | | US$ 269,450 |
| | - INSURANCE | | | US$ 6,349 |
| | FOB, INSURANCE + FREIGHT U.S.A | | | US$8,015,264 |
| | (70% : US$5,610,685 BY L/C AT SIGHT) | | | |
| | (30% : US$2,404,579 BY D/A) | | | |

//////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by ____________

DAEWOO MOTOR CO., LTD.

000164



EXHIBIT 1

# PACKING LIST

AV00400852

1)Shipper/Exporter
DAEWOO MOTOR CO., LTD.
INCHON, KOREA

8)No. & date of invoice
XGAUS95001B72 APR. 27, 2000

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
KUNSAN, KOREA

5)Final destination
LOSANGELES, U.S.A.

6)Carrier
GOLDEN RAY AZ026

7)Sailing on / about
APR. 28, 2000

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A., U.S.A
V/NO.: 1 - 907
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

- NUBIRA 4 DR — 530 UNITS — 649,780 KGS — 5,382.150 CBM
- NUBIRA WAGON — 377 UNITS — 492,362 KGS — 3,892.525 CBM

TOTAL 907 UNITS 1,142,142 KGS 9,274.675 CBM

////////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by

DAEWOO MOTOR
CO., LTD.

XGAUS95001B72

EXHIBIT 1

W&W WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

BILL OF LADING (BOXES 1–22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11): KRSEL18005 KRSEL18152

BILL OF LADING NUMBER (12): KR5400

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TO SHIPPER'S ORDER

FORWARDING AGENT — FMC NUMBER (8)

POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D)

PRE-CARRIAGE BY (5):

PLACE OF RECEIPT - COMBINED TRANSPORT (6)*:

VESSEL (7): GOLDEN RAY AZ026

PORT OF LOADING (8): KUNSAN, KOREAN PORT

ACCEPTANCE TERMINAL/LOADING PIER (E):

TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F):

PORT OF DISCHARGE (9): LOS ANGELES, U.S.A. PORT

PLACE OF DELIVERY - COMBINED TRANSPORT (10)*:

TYPE OF MOVE (G): AUTO

ON-CARRIAGE BY (H):

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | COO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST: L.A., U.S.A<br>V/NO.: 1 - 907<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 907 | | CAR<br>DAEWOO PASSENGER CARS<br>---------------------<br>- NUBIRA 4 DR 530 UNITS<br>- NUBIRA WAGON 377 UNITS<br>---------------------<br>TOTAL 907 UNITS<br>//////////////////////// | 1142142 KGS | 9,274.675 CBM | |

ON BOARD 28/04/2000. FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

COPY NOT NEGOTIABLE

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11

Nine Hundred Seven Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE →

EXCHANGE RATE (18)

TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 04 | 28 | 2000 | KR5400 |

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20)

PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ ... TERMS CONTINUED ON REVERSE

000165

EXHIBIT 1

(CONTINUED ON REVERSE SIDE)

# COMMERCIAL INVOICE

Ref. No (48)

AV00400854

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | XGAUS95001A90 APR. 27, 2000 |
| | 9)No.& date of L/C<br>XGA-MJ91206.03 MAR. 06, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA — 5)Final destination: LOSANGELES, U.S.A | |
| 6)Carrier: GOLDEN RAY AZ026 — 7)Sailing on / about: APR. 30, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A., U.S.A. PORT

DAEWOO

DEST : L.A., U.S.A
V/NO.: 1 - 439
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LANOS 3 DR 258 UNITS
- LANOS 4 DR 65 UNITS
- LEGANZA 4 DR 116 UNITS

- FOB, KOREA 439 UNITS US$2,951,116
- FREIGHT US$ 122,214
- INSURANCE US$ 2,982

FOB, INSURANCE + FREIGHT U.S.A US$3,076,312
(70% : US$2,153,418 BY L/C AT SIGHT)
(30% : US$922,894 BY D/A)

////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by

DAEWOO MOTOR
CO., LTD.

000166

XGAUS95001A90

01

EXHIBIT 1

# PACKING LIST

AV00400854

1)Shipper/Exporter
DAEWOO MOTOR CO., LTD.
INCHON, KOREA

8)No. & date of invoice
XGAUS95001A90 APR. 27, 2000

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
LOSANGELES, U.S.A

6)Carrier
GOLDEN RAY AZ026

7)Sailing on / about
APR. 30, 2000

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br>DEST : L.A., U.S.A<br>V/NO.: 1 - 439<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | DAEWOO PASSENGER CARS | | | | |
| | - LANOS 3 DR<br>260,580 KGS | 258 UNITS<br>2,308.584 CBM | | | |
| | - LANOS 4 DR<br>66,950 KGS | 65 UNITS<br>605.995 CBM | | | |
| | - LEGANZA 4 DR<br>153,120 KGS | 116 UNITS<br>1,293.400 CBM | | | |
| TOTAL 439 UNITS | 480,650 KGS | 4,207.979 CBM | | | |

////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by

DAEWOO MOTOR
CO., LTD.

XGAUS95001A90

EXHIBIT 1

000167

**BILL OF LADING (BOXES 1-22)**
**FOR COMBINED TRANSPORT**
**OR PORT TO PORT SHIPMENT**

W&W

WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

| | |
|---|---|
| SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)<br>DAEWOO MOTOR CO. LTD.<br>426-1, CHONGCHON 2-DONG<br>PUPYONG-GU, INCHON 403-032<br>KOREA<br><br>SHIPPER'S STATUS: | BOOKING NUMBER (11): KRSEL18006<br>BILL OF LADING NUMBER (12): KR5401<br>EXPORT REFERENCES (A) |
| CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>TO SHIPPER'S ORDER | FORWARDING AGENT – FMC NUMBER (B)<br><br>POINT AND COUNTRY OF ORIGIN (C)<br>REPUBLIC OF KOREA |
| NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)<br>DAEWOO MOTOR AMERICA, INC.<br>1055 W. VICTORIA ST.<br>COMPTON, CA 90220 | ALSO NOTIFY–ROUTING INSTRUCTION (D) |

| | | | |
|---|---|---|---|
| PRE-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* | | |
| VESSEL (7): GOLDEN RAY AZ026 | PORT OF LOADING (8): INCHON, KOREAN PORT | ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
| PORT OF DISCHARGE (9): LOS ANGELES, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* | TYPE OF MOVE (G): AUTO | ON-CARRIAGE BY (H) |

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br><br>DEST: L.A., U.S.A<br>V/NO.: 1 - 439<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 439 | | CAR<br>DAEWOO PASSENGER CARS<br>--------------------<br>- LANOS 3 DR 258 UNITS<br>- LANOS 4 DR 65 UNITS<br>- LEGANZA 4 DR 116 UNITS<br>--------------------<br>TOTAL 439 UNITS<br>////////////////////////// | 480650 KGS | 4,207.979 CBM | |

ON BOARD 30/04/2000 FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11
Four Hundred Thirty-nine Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE → ☐

EXCHANGE RATE (18) — TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 04 | 30 | 2000 | KR5401 |

TOTAL PREPAID IN LOCAL CURRENCY (19) | PREPAID AT (20) | PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ B... TERMS CONTINUED ON REVERSE S...

EXHIBIT

000168

(CONTINUED ON REVERSE SIDE)

# COMMERCIAL INVOICE

Ref. No. 49

AV00700318

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05003A30 JUL. 11, 2000<br>9)No.& date of L/C<br>XGA-SW00518.01 JUL. 07, 2000 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA / 5)Final destination<br>JACKSONVILLE, U.S.A. | |
| 6)Carrier<br>TALISMAN AJ024 / 7)Sailing on / about<br>JUL. 11, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE,
U.S.A
V/NO.: 1 - 1
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CAR

- LANOS 3 DR 1 UNIT

- FOB, KOREA US$6,056
- FREIGHT US$ 412
- INSURANCE US$ 6

FOB, INSURANCE + FREIGHT U.S.A US$6,474
(70% : US$4,532 BY L/C AT SIGHT)
(30% : US$1,942 BY D/A)

//////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by ____

DAEWOO MOTOR
CO., LTD.

000169

XGAUS05003A30

01

EXHIBIT 1

# PACKING LIST

AV00700318

| 1)Shipper/Exporter | | 8)No. & date of invoice |
|---|---|---|
| DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | | XGAUS05003A30 JUL. 11, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | | 9)Remarks |
| 3)Notify party<br>-DITTO- | | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>JACKSONVILLE, U.S.A. | |
| 6)Carrier<br>TALISMAN AJ024 | 7)Sailing on / about<br>JUL. 11, 2000 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 1<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | DAEWOO PASSENGER CAR<br><br>- LANOS 3 DR 1 UNIT<br>1,010 KGS 8.948 CBM<br>/////////////////////////////// | | | | |

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR
CO., LTD.

XGAUS05003A30

EXHIBIT 1

000170

WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

**BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT**

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11): KRSEL23105

BILL OF LADING NUMBER (12): KR8260

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TO SHIPPER'S ORDER

FORWARDING AGENT – FMC NUMBER (8)

POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY–ROUTING INSTRUCTION (D)

| PRE-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* | ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
|---|---|---|---|
| VESSEL (7): TALISMAN AJ024 | PORT OF LOADING (8): INCHON, KOREAN PORT | | |
| PORT OF DISCHARGE (9): JACKSONVILLE, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* | TYPE OF MOVE (G): AUTO | ON-CARRIAGE BY (H) |

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER – CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST: JACKSONVILLE, U.S.A<br>V/NO.:1 - 1<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 1 | | CAR<br>DAEWOO PASSENGER CAR<br>===================<br>- LANOS 3 DR 1 UNIT<br>/////////////////////////// | 1010 KGS | 8.948 CBM | |

ON BOARD 11/07/2000 FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11: One Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE → [ ]

EXCHANGE RATE (18) — TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 07 | 11 | 2000 | KR8260 |

TOTAL PREPAID IN LOCAL CURRENCY (19) | PREPAID AT (20) | PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ BILL TERMS CONTINUED ON REVERSE SIDE

EXHIBIT 1

000171

(CONTINUED ON REVERSE SIDE)

Ref. No. 5

# COMMERCIAL INVOICE

AV00700228

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05003A28 JUL. 11, 2000<br>9)No.& date of L/C<br>XGA-SW00518.01 JUL. 07, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A.<br><br>** VIA YOKOHAMA, JAPAN |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>LOSANGELES, U.S.A. ** | |
| 6)Carrier<br>TALISMAN AJ024,<br>TAMPA AH014<br>7)Sailing on / about<br>JUL. 11, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A., U.S.A. PORT

DAEWOO

DEST : L.A., U.S.A
V/NO.: 1 - 6
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - LANOS | 3 DR | 3 UNITS | |
| - LANOS | 4 DR | 3 UNITS | |
| - FOB, KOREA | | 6 UNITS | US$37,779 |
| - FREIGHT | | | US$ 1,590 |
| - INSURANCE | | | US$ 36 |
| FOB, INSURANCE + FREIGHT U.S.A | | | US$39,405 |

(70% : US$27,584 BY L/C AT SIGHT)
(30% : US$11,821 BY D/A)

//////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by [signature]
DAEWOO MOTOR
CO., LTD.

XGAUS05003A28

01

EXHIBIT 1

000172

# PACKING LIST

AV00700228

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05003A28 JUL. 11, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks<br>** VIA YOKOHAMA, JAPAN |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>LOSANGELES, U.S.A. ** |
| 6)Carrier<br>TALISMAN AJ024, TAMPA AH014 | 7)Sailing on / about<br>JUL. 11, 2000 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : L.A., U.S.A
V/NO.: 1 - 6
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 3 UNITS |
| | 3,030 KGS | 26.844 CBM |
| - LANOS 4 DR | | 3 UNITS |
| | 3,090 KGS | 27.969 CBM |
| TOTAL 6 UNITS | 6,120 KGS | 54.813 CBM |

////////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by

DAEWOO MOTOR
CO., LTD.

XGAUS05003A28

EXHIBIT 1

000173

W&W

WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

**BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT**

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11): KRSEL23109
BILL OF LADING NUMBER (12): JP8220

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
(NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
TO SHIPPER'S ORDER

FORWARDING AGENT – FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C): JAPAN

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D)

| | |
|---|---|
| PRE-CARRIAGE BY (5): TALISMAN AJ024 | PLACE OF RECEIPT-COMBINED TRANSPORT (6)* |
| VESSEL (7): TAMPA AH014 | PORT OF LOADING (8): INCHON, KOREAN PORT |
| PORT OF DISCHARGE (9): LOS ANGELES, U.S.A. PORT** | PLACE OF DELIVERY-COMBINED TRANSPORT (10)* |

| | |
|---|---|
| ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
| TYPE OF MOVE (G): AUTO | ON-CARRIAGE BY (H) |

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST:L.A., U.S.A.<br>V/NO.:1 - 6<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 6 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- LANOS 3 DR 3 UNITS<br>- LANOS 4 DR 3 UNITS<br>------------------------<br>TOTAL 6 UNITS<br>//////////////////////////<br>**VIA YOKOHAMA, JAPAN | 6120 KGS | 54.813 CBM | |

ON BOARD 11/07/2000. FREIGHT PREPAID.

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11: Six Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

SEOUL MONTH 07 DAY 11 YEAR 2000 B/L No. JP8220

EXCHANGE RATE (18) | TOTAL

TOTAL PREPAID IN LOCAL CURRENCY (19) | PREPAID AT (20) | PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ BILL ... TERMS CONTINUED ON REVERSE SIDE

EXHIBIT 1

000174

(CONTINUED ON REVERSE SIDE)

# COMMERCIAL INVOICE

Ref. No. 7

AV00700231

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05003B20 JUL. 11, 2000<br>9)No.& date of L/C<br>XGA-SW00518.01 JUL. 07, 2000 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A.<br><br>** VIA YOKOHAMA, JAPAN |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: LOSANGELES, U.S.A. ** | |
| 6)Carrier: TALISMAN AJ024, TAMPA AH014<br>7)Sailing on / about: JUL. 11, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF L.A., U.S.A. PORT

DAEWOO

DEST : L.A., U.S.A
V/NO.: 1 - 7
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

- NUBIRA 4 DR 7 UNITS

- FOB, KOREA US$57,088
- FREIGHT US$ 2,065
- INSURANCE US$ 49

FOB, INSURANCE + FREIGHT U.S.A US$59,202
(70% : US$41,441 BY L/C AT SIGHT)
(30% : US$17,761 BY D/A)

//////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by ____________

DAEWOO MOTOR CO., LTD.

XGAUS05003B20

01 EXHIBIT 1

000175

# PACKING LIST

AV00700231

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05003B20 JUL. 11, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks<br>** VIA YOKOHAMA, JAPAN |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>LOSANGELES, U.S.A. ** |
| 6)Carrier<br>TALISMAN AJ024, TAMPA AH014 | 7)Sailing on / about<br>JUL. 11, 2000 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br>DEST : L.A., U.S.A<br>V/NO.: 1 - 7<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br>- NUBIRA 4 DR | 7 UNITS | 8,582 KGS | | 71.085 CBM |

////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by [signature]

DAEWOO MOTOR CO., LTD.

XGAUS05003B20

000176

EXHIBIT 1

W&W WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

**BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT**

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11): KRSEL23109

BILL OF LADING NUMBER (12): JP8221

EXPORT REFERENCES (A):

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
TO SHIPPER'S ORDER

FORWARDING AGENT — FMC NUMBER (B):

POINT AND COUNTRY OF ORIGIN (C): JAPAN

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D):

| | |
|---|---|
| PRE-CARRIAGE BY (5): TALISMAN AJ024 | PLACE OF RECEIPT - COMBINED TRANSPORT (6)*: |
| VESSEL (7): TAMPA AH014 | PORT OF LOADING (8): INCHON, KOREAN PORT |
| PORT OF DISCHARGE (9): LOS ANGELES, U.S.A. PORT** | PLACE OF DELIVERY - COMBINED TRANSPORT (10)*: |
| ACCEPTANCE TERMINAL/LOADING PIER (E): | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F): |
| TYPE OF MOVE (G): AUTO | ON-CARRIAGE BY (H): |

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST:L.A., U.S.A.<br>V/NO.:1 - 7<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 7 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- NUBIRA 4 DR 7 UNITS<br>//////////////////////////<br>**VIA YOKOHAMA, JAPAN | 8582 KGS | 71.085 CBM | |

ON BOARD 11/07/2000. FREIGHT PREPAID.

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11: Seven Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE ☐

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 07 | 11 | 2000 | JP8221 |

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20)

PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ BILL OF LADING TERMS CONTINUED ON REVERSE SIDE

EXHIBIT 1

000177

as Carrier Wallenius Wilhelmsen Lines AS

(CONTINUED ON REVERSE SIDE)

# COMMERCIAL INVOICE

Ref. No. 52

AV00700235

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | XGAUS05005A04 JUL. 11, 2000<br>9)No.& date of L/C<br>XGA-SW000710 JUL. 10, 2000 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: JACKSONVILLE, U.S.A. | |
| 6)Carrier: TALISMAN AJ024<br>7)Sailing on / about: JUL. 11, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|
| | | CIF JACKSONVILLE, U.S.A. PORT | | |
| DAEWOO | DAEWOO PASSENGER CARS | | | |
| DEST : JACKSONVILLE, U.S.A | - LANOS 3 DR | 76 UNITS | | |
| V/NO.: 1 - 443 | - LANOS 4 DR | 96 UNITS | | |
| DAEWOO MOTOR CO. LTD. | - LEGANZA 4 DR | 271 UNITS | | |
| MADE IN KOREA | - FOB, KOREA | 443 UNITS | | US$3,845,676 |
| | - FREIGHT | | | US$ 211,519 |
| | - INSURANCE | | | US$ 3,471 |
| | FOB, INSURANCE + FREIGHT U.S.A | | | US$4,060,666 |
| | (70% : US$2,842,466 BY L/C AT SIGHT) | | | |
| | (30% : US$1,218,200 BY D/A) | | | |

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by [signature]

DAEWOO MOTOR
CO., LTD.

XGAUS05005A04

01 EXHIBIT 1

000178

# PACKING LIST

AV00700235

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | XGAUS05005A04 JUL. 11, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading: INCHON, KOREA / 5)Final destination: JACKSONVILLE, U.S.A. | |
| 6)Carrier: TALISMAN AJ024 / 7)Sailing on / about: JUL. 11, 2000 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 443
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 76 UNITS |
| | 76,760 KGS | 680.048 CBM |
| - LANOS 4 DR | | 96 UNITS |
| | 98,880 KGS | 895.008 CBM |
| - LEGANZA 4 DR | | 271 UNITS |
| | 357,720 KGS | 3,021.650 CBM |
| TOTAL 443 UNITS | 533,360 KGS | 4,596.706 CBM |

////////////////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR
CO., LTD.

XGAUS05005A04

000179

EXHIBIT 1

W&W WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

**BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT**

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11): KRSEL23105

BILL OF LADING NUMBER (12): KR8217

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TO SHIPPER'S ORDER

FORWARDING AGENT — FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D)

PRE-CARRIAGE BY (5):

PLACE OF RECEIPT - COMBINED TRANSPORT (6)*:

VESSEL (7): TALISMAN AJ024

PORT OF LOADING (8): INCHON, KOREAN PORT

ACCEPTANCE TERMINAL/LOADING PIER (E):

TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F):

PORT OF DISCHARGE (9): JACKSONVILLE, U.S.A. PORT

PLACE OF DELIVERY - COMBINED TRANSPORT (10)*:

TYPE OF MOVE (G): AUTO

ON-CARRIAGE BY (H):

| ITEM NO. | CARRIER'S RECEIPT: CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT: MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST:<br>JACKSONVILLE,<br>U.S.A<br>V/NO.:1 - 443<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 443 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- LANOS 3 DR 76 UNITS<br>- LANOS 4 DR 96 UNITS<br>- LEGANZA 4 DR 271 UNITS<br>-----------------------------<br>TOTAL 443 UNITS<br>////////////////////////// | 533360 KGS | 4,596.706 CBM | |

ON BOARD 11/07/2000 FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11

Four Hundred Forty-three Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ NONE EXTRA CHARGE:

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 07 | 11 | 2000 | KR8217 |

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20)

PAYABLE

000180

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ BILL OF LADING TERMS CONTINUED ON REVERSE SIDE

EXHIBIT 14

(CONTINUED ON REVERSE SIDE)

Ref. No. 53

# COMMERCIAL INVOICE

AV00700233

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005A02 JUL. 11, 2000<br>9)No.& date of L/C<br>XGA-SW000710 JUL. 10, 2000 |
| 2)For Account ,Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TALISMAN AJ024<br>7)Sailing on / about: JUL. 11, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 627
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - LANOS | 3 DR | 103 UNITS | |
| - LANOS | 4 DR | 73 UNITS | |
| - LEGANZA | 4 DR | 451 UNITS | |
| - FOB, KOREA | | 627 UNITS | US$5,699,123 |
| - FREIGHT | | | US$ 305,116 |
| - INSURANCE | | | US$ 5,115 |

FOB, INSURANCE + FREIGHT U.S.A US$6,009,354
(70% : US$4,206,548 BY L/C AT SIGHT)
(30% : US$1,802,806 BY D/A)

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by

DAEWOO MOTOR
CO., LTD.

# PACKING LIST

AV00700233

| 1)Shipper/Exporter | 8)No. & date of invoice |
|---|---|
| DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | XGAUS05005A02 JUL. 11, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading: INCHON, KOREA<br>5)Final destination: NEWARK, U.S.A | |
| 6)Carrier: TALISMAN AJ024<br>7)Sailing on / about: JUL. 11, 2000 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 627
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | 104,030 KGS | 103 UNITS<br>921.644 CBM |
| - LANOS 4 DR | 75,190 KGS | 73 UNITS<br>680.579 CBM |
| - LEGANZA 4 DR | 595,320 KGS | 451 UNITS<br>5,028.650 CBM |

TOTAL 627 UNITS 774,540 KGS 6,630.873 CBM

////////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR
CO., LTD.

000182

XGAUS05005A02

EXHIBIT 1

**BILL OF LADING (BOXES 1-22)**
**FOR COMBINED TRANSPORT**
**OR PORT TO PORT SHIPMENT**

W&W — WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

BOOKING NUMBER (11): KRSEL23106
BILL OF LADING NUMBER (12): KR8218

EXPORT REFERENCES (A)

SHIPPER'S STATUS:

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
TO SHIPPER'S ORDER

FORWARDING AGENT – FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY–ROUTING INSTRUCTION (D)

PRE-CARRIAGE BY (5):
PLACE OF RECEIPT - COMBINED TRANSPORT (6)*:
VESSEL (7): TALISMAN AJ024
PORT OF LOADING (8): INCHON, KOREAN PORT
ACCEPTANCE TERMINAL/LOADING PIER (E):
TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F):
PORT OF DISCHARGE (9): NEWARK, U.S.A. PORT
PLACE OF DELIVERY - COMBINED TRANSPORT (10)*:
TYPE OF MOVE (G): AUTO
ON-CARRIAGE BY (H):

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | COO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST:NEWARK, U.S.A<br>V/NO.:1 - 627<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 627 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- LANOS 3 DR 103 UNITS<br>- LANOS 4 DR 73 UNITS<br>- LEGANZA 4 DR 451 UNITS<br>------------------------------<br>TOTAL 627 UNITS<br>//////////////////////////// | 774540 KGS | 6,630.873 CBM | |

ON BOARD 11/07/2000. FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11
Six Hundred Twenty-seven Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE: NONE
(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE →
EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

SEOUL MONTH 07 DAY 11 YEAR 2000 B/L No. KR8218

TOTAL PREPAID IN LOCAL CURRENCY (19)
PREPAID AT (20)
PAYABLE AT (21)
NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO RE[AD] TERMS CONTINUED ON REVE[RSE]

000183

(CONTINUED ON REVERSE SIDE)

EXHIBIT 1

# COMMERCIAL INVOICE

Ref. No. 54

AV00700840

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005B06 JUL. 30, 2000<br>9)No.& date of L/C<br>XGA-SW000710 JUL. 10, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>KUNSAN, KOREA<br>5)Final destination<br>JACKSONVILLE, U.S.A. | |
| 6)Carrier<br>SEA PRIDE AI002<br>7)Sailing on / about<br>JUL. 30, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 777
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

- NUBIRA 4 DR 777 UNITS

- FOB, KOREA US$6,309,689
- FREIGHT US$ 362,859
- INSURANCE US$ 5,439

FOB, INSURANCE + FREIGHT U.S.A US$6,677,987
(70% : US$4,674,591 BY L/C AT SIGHT)
(30% : US$2,003,396 BY D/A)

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by ____

DAEWOO MOTOR CO., LTD.

000184



EXHIBIT 1

# PACKING LIST

AV00700840

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005B06 JUL. 30, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>KUNSAN, KOREA<br>5)Final destination<br>JACKSONVILLE, U.S.A. | |
| 6)Carrier<br>SEA PRIDE AI002<br>7)Sailing on / about<br>JUL. 30, 2000 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 777<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br><br>- NUBIRA 4 DR 777 UNITS<br>952,602 KGS 7,890.435 CBM<br>////////////////////////////////// | | | | |

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR CO., LTD.



EXHIBIT 1

W&W

WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

| | |
|---|---|
| SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)<br>DAEWOO MOTOR CO. LTD.<br>426-1, CHONGCHON 2-DONG<br>PUPYONG-GU, INCHON 403-032<br>KOREA<br>SHIPPER'S STATUS: | BOOKING NUMBER (11): KRSEL24249<br>BILL OF LADING NUMBER (12): KR8852<br>EXPORT REFERENCES (A) |
| CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>TO SHIPPER'S ORDER | FORWARDING AGENT — FMC NUMBER (B)<br>POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA |
| NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)<br>DAEWOO MOTOR AMERICA, INC.<br>1055 W. VICTORIA ST.<br>COMPTON, CA 90220 | ALSO NOTIFY—ROUTING INSTRUCTION (D) |

| | | | |
|---|---|---|---|
| PRE-CARRIAGE BY (5) | PLACE OF RECEIPT - COMBINED TRANSPORT (6)* | | |
| VESSEL (7): SEA PRIDE AI002 | PORT OF LOADING (8): KUNSAN, KOREAN PORT | ACCEPTANCE TERMINAL/LOADING PIER (E) | TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
| PORT OF DISCHARGE (9): JACKSONVILLE, U.S.A. PORT | PLACE OF DELIVERY - COMBINED TRANSPORT (10)* | TYPE OF MOVE (G): AUTO | ON-CARRIAGE BY (H) |

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST:<br>JACKSONVILLE,<br>U.S.A<br>V/NO.:1 - 777<br>DAEWOO MOTOR CO.<br>LTD.<br>MADE IN KOREA | 777 | | CAR<br>DAEWOO PASSENGER CARS<br>=====================<br>NUBIRA 4DR 777 UNITS<br>////////////////////////////// | 952,602 KGS | 7,890.435 CBM | |

ON BOARD 30/07/2000. FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11 Seven Hundred Seventy-seven Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 07 | 30 | 2000 | KR8852 |

TOTAL PREPAID IN LOCAL CURRENCY (19) PREPAID AT (20) PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ B... TERMS CONTINUED ON REVERSE

EXHIBIT 1

000186

as Carrier Wallenius Wilhelmsen Lines AS

(CONTINUED ON REVERSE SIDE)

# COMMERCIAL INVOICE

AV00700842

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005A10 JUL. 31, 2000<br>9)No.& date of L/C<br>XGA-SW000710 JUL. 10, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>INCHON, KOREA<br>5)Final destination<br>JACKSONVILLE, U.S.A. | |
| 6)Carrier<br>SEA PRIDE AI002<br>7)Sailing on / about<br>JUL. 31, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE,
U.S.A
V/NO.: 1 - 238
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LEGANZA 4 DR 238 UNITS

- FOB, KOREA US$2,507,940
- FREIGHT US$ 122,094
- INSURANCE US$ 2,142

FOB, INSURANCE + FREIGHT U.S.A US$2,632,176
(70% : US$1,842,523 BY L/C AT SIGHT)
(30% : US$789,653 BY D/A)

//////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by

DAEWOO MOTOR
CO., LTD.

# PACKING LIST

AV00700842

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005A10 JUL. 31, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>INCHON, KOREA | 5)Final destination<br>JACKSONVILLE, U.S.A. |
| 6)Carrier<br>SEA PRIDE AI002 | 7)Sailing on / about<br>JUL. 31, 2000 |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 238
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS
===================

- LEGANZA 4 DR 238 UNITS
314,160 KGS 2,653.700 CBM
//////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____________

DAEWOO MOTOR
CO., LTD.

000188

XGAUS05005A10

EXHIBIT 1

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11): KRSEL24250

BILL OF LADING NUMBER (12): KR8853

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
(NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
TO SHIPPER'S ORDER

FORWARDING AGENT — FMC NUMBER (8)

POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D)

PRE-CARRIAGE BY (5)

PLACE OF RECEIPT - COMBINED TRANSPORT (6)*

VESSEL (7): SEA PRIDE AI002

PORT OF LOADING (8): INCHON, KOREAN PORT

ACCEPTANCE TERMINAL/LOADING PIER (E)

TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F)

PORT OF DISCHARGE (9): JACKSONVILLE, U.S.A. PORT

PLACE OF DELIVERY - COMBINED TRANSPORT (10)*

TYPE OF MOVE (G): AUTO

ON-CARRIAGE BY (H)

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| | DAEWOO<br>DEST: JACKSONVILLE, U.S.A<br>V/NO.:1 - 238<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 238 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- LEGANZA 4 DR 238 UNITS<br>/////////////////////////// | 314,160 KGS | 2,653.700 CBM | |

ON BOARD 31/07/2000 FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11: Two Hundred Thirty-eight Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE → ☐

EXCHANGE RATE (18)

TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 07 | 31 | 2000 | KR8853 |

TOTAL PREPAID IN LOCAL CURRENCY (19)

PREPAID AT (20)

PAYABLE AT

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ BILL ( TERMS CONTINUED ON REVERSE SIDE

000189

EXHIBIT 1

(CONTINUED ON REVERSE SIDE)

# COMMERCIAL INVOICE

AV00700844

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005B08 JUL. 31, 2000<br>9)No.& date of L/C<br>XGA-SW000710 JUL. 10, 2000 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading<br>KUNSAN, KOREA<br>5)Final destination<br>NEWARK, U.S.A. | |
| 6)Carrier<br>TRINIDAD AJ026<br>7)Sailing on / about<br>JUL. 31, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DAEWOO PASSENGER CARS

DEST : NEWARK, U.S.A
V/NO.: 1 - 1,054
DAEWOO MOTOR CO. LTD
MADE IN KOREA

- NUBIRA 4 DR 1,054 UNITS

| | |
|---|---|
| - FOB, KOREA | US$8,541,588 |
| - FREIGHT | US$ 492,218 |
| - INSURANCE | US$ 7,378 |
| FOB, INSURANCE + FREIGHT U.S.A | US$9,041,184 |

(70% : US$6,328,829 BY L/C AT SIGHT)
(30% : US$2,712,355 BY D/A)

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by

DAEWOO MOTOR
CO., LTD.

000190

XGAUS05005B08



EXHIBIT 1

# DESCRIPTION OF GOODS AND PRICE

(CIF NEWARK, U.S.A)

(UNIT : US$)

| MODEL | | | COC | OPTION | Q'TY | U/PRICE | AMOUNT | INSURANCE | FREIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NUBIRA 4DR NB | CDX 2.0 DOHC 4 A/T | E4CQ45D | | 107 | 9,334 | 998,738 | 749 | 49,969 |
| 2 | NUBIRA 4DR NB | CDX 2.0 DOHC 4 A/T | E4CQ45D | CF6 | 67 | 9,738 | 652,446 | 469 | 31,289 |
| 3 | NUBIRA 4DR NB | CDX 2.0 DOHC 4 A/T | E4CQ45D | CF6, W6R | 75 | 10,122 | 759,150 | 525 | 35,025 |
| 4 | NUBIRA 4DR NB | CDX 2.0 DOHC 4 A/T | E4CQ45D | W6R | 6 | 9,718 | 58,308 | 42 | 2,802 |
| 5 | NUBIRA 4DR NB | CDX 2.0 DOHC 5 M/T | E4CQ55D | | 7 | 8,526 | 59,682 | 49 | 3,269 |
| 6 | NUBIRA 4DR NB | CDX 2.0 DOHC 5 M/T | E4CQ55D | CF6 | 2 | 8,930 | 17,860 | 14 | 934 |
| 7 | NUBIRA 4DR NB | CDX 2.0 DOHC 5 M/T | E4CQ55D | CF6, W6R | 2 | 9,314 | 18,628 | 14 | 934 |
| 8 | NUBIRA 4DR NB | CDX 2.0 DOHC 5 M/T | E4CQ55D | W6R | 1 | 8,910 | 8,910 | 7 | 467 |
| 9 | NUBIRA 4DR NB | SE 2.0 DOHC 4 A/T | E4MQ45A | | 28 | 8,004 | 224,112 | 196 | 13,076 |
| 10 | NUBIRA 4DR NB | SE 2.0 DOHC 4 A/T | E4MQ45A | PKG | 647 | 8,383 | 5,423,801 | 4,529 | 302,149 |
| 11 | NUBIRA 4DR NB | SE 2.0 DOHC 5 M/T | E4MQ53A | | 3 | 7,054 | 21,162 | 21 | 1,401 |
| 12 | NUBIRA 4DR NB | SE 2.0 DOHC 5 M/T | E4MQ55A | | 72 | 7,196 | 518,112 | 504 | 33,624 |
| 13 | NUBIRA 4DR NB | SE 2.0 DOHC 5 M/T | E4MQ55A | PKG | 37 | 7,575 | 280,275 | 259 | 17,279 |
| GRAND TOTAL | | | | | 1,054 | | 9,041,184 | 7,378 | 492,218 |

# PACKING LIST

AV00700844

1)Shipper/Exporter
DAEWOO MOTOR CO., LTD.
INCHON, KOREA

8)No. & date of invoice
XGAUS05005B08 JUL. 31, 2000

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
KUNSAN, KOREA

5)Final destination
NEWARK, U.S.A.

6)Carrier
TRINIDAD AJ026

7)Sailing on / about
JUL. 31, 2000

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO<br><br>DEST : NEWARK, U.S.A<br>V/NO.: 1 - 1,054<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | DAEWOO PASSENGER CARS<br><br>- NUBIRA 4 DR 1,054 UNITS<br>1,292,204 KGS 10,703.370 CBM<br>//////////////////////////////////// | | | | |

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by

DAEWOO MOTOR
CO., LTD.

XGAUS05005B08

EXHIBIT 1

Ref. No. 57

# COMMERCIAL INVOICE

AV00700848

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005A14 AUG. 01, 2000 |
| | 9)No.& date of L/C<br>XGA-SW000710 JUL. 10, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA — 5)Final destination: JACKSONVILLE, U.S.A | |
| 6)Carrier: TRINIDAD AJ026 — 7)Sailing on / about: AUG. 01, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF JACKSONVILLE, U.S.A. PORT

DAEWOO

DEST : JACKSONVILLE, U.S.A
V/NO.: 1 - 115
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

- LANOS 3 DR 58 UNITS
- LANOS 4 DR 57 UNITS

- FOB, KOREA 115 UNITS US$760,279
- FREIGHT US$ 48,349
- INSURANCE US$ 690

FOB, INSURANCE + FREIGHT U.S.A US$809,318
(70% : US$566,523 BY L/C AT SIGHT)
(30% : US$242,795 BY D/A)

////////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by

DAEWOO MOTOR
CO., LTD.



EXHIBIT 1

000193

# PACKING LIST

AV00700848

1)Shipper/Exporter
DAEWOO MOTOR CO., LTD.
INCHON, KOREA

8)No. & date of invoice
XGAUS05005A14 AUG. 01, 2000

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
JACKSONVILLE, U.S.A

6)Carrier
TRINIDAD AJ026

7)Sailing on / about
AUG. 01, 2000

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|
| DAEWOO | DAEWOO PASSENGER CARS | | | | |
| DEST : JACKSONVILLE, U.S.A<br>V/NO.: 1 - 115<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | - LANOS 3 DR<br>58,580 KGS | 58 UNITS<br>518.984 CBM | | | |
| | - LANOS 4 DR<br>58,710 KGS | 57 UNITS<br>531.411 CBM | | | |
| | TOTAL 115 UNITS 117,290 KGS | 1,050.395 CBM | | | |

////////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by

DAEWOO MOTOR
CO., LTD.

000194

XGAUS05005A14

EXHIBIT 1

W&W WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

| | |
|---|---|
| SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)<br>DAEWOO MOTOR CO. LTD.<br>426-1, CHONGCHON 2-DONG<br>PUPYONG-GU, INCHON 403-032<br>KOREA<br>SHIPPER'S STATUS: | BOOKING NUMBER (11) KRSEL24248<br>BILL OF LADING NUMBER (12) KR8851<br>EXPORT REFERENCES (A) |
| CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>TO SHIPPER'S ORDER | FORWARDING AGENT — FMC NUMBER (8)<br>POINT AND COUNTRY OF ORIGIN (C)<br>REPUBLIC OF KOREA |
| NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)<br>DAEWOO MOTOR AMERICA, INC.<br>1055 W. VICTORIA ST.<br>COMPTON, CA 90220 | ALSO NOTIFY—ROUTING INSTRUCTION (D) |
| PRE-CARRIAGE BY (5) / PLACE OF RECEIPT - COMBINED TRANSPORT (6)* | |
| VESSEL (7) TRINIDAD AJ026 / PORT OF LOADING (8) INCHON, KOREAN PORT | ACCEPTANCE TERMINAL/LOADING PIER (E) / TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F) |
| PORT OF DISCHARGE (9) JACKSONVILLE, U.S.A. PORT / PLACE OF DELIVERY - COMBINED TRANSPORT (10)* | TYPE OF MOVE (G) AUTO / ON-CARRIAGE BY (H) |

CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14) OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| 1 | DAEWOO<br>DEST:JACKSONVILLE , U.S.A<br>V/NO.:1 - 115<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 115 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- LANOS 3 DR 58 UNITS<br>- LANOS 4 DR 57 UNITS<br>---------------------------------<br>TOTAL 115 UNITS<br>////////////////////////////// | 117290.000 KGS | 1,050.395 CBM | |

ON BOARD 01/08/2000. FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11 One Hundred Fifteen Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) – US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE ☐

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

SEOUL MONTH 08 DAY 01 YEAR 2000 B/L No. KR8851

TOTAL PREPAID IN LOCAL CURRENCY (19) PREPAID AT (20) PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22) THREE

NOTICE: BE SURE TO READ ... TERMS CONTINUED ON REVERSE

EXHIBIT 1

000195

(CONTINUED ON REVERSE SIDE)

as Carrier Wallenius Wilhelmsen Lines AS

# COMMERCIAL INVOICE

Ref. No. 583

AV00700846

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO., LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005A12 AUG. 01, 2000<br>9)No.& date of L/C<br>XGA-SW000710 JUL. 10, 2000 |
| 2)For Account .Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: INCHON, KOREA / 5)Final destination: NEWARK, U.S.A. | |
| 6)Carrier: TRINIDAD AJ026 / 7)Sailing on / about: AUG. 01, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF NEWARK, U.S.A. PORT

DAEWOO

DEST : NEWARK, U.S.A
V/NO.: 1 - 583
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | | |
|---|---|---|---|
| - LANOS | 3 DR | 48 UNITS | |
| - LANOS | 4 DR | 57 UNITS | |
| - LEGANZA | 4 DR | 478 UNITS | |
| - FOB, KOREA | | 583 UNITS | US$5,474,876 |
| - FREIGHT | | | US$ 289,443 |
| - INSURANCE | | | US$ 4,932 |
| FOB, INSURANCE + FREIGHT U.S.A | | | US$5,769,251 |

(70% : US$4,038,476 BY L/C AT SIGHT)
(30% : US$1,730,775 BY D/A)

/////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by ______

DAEWOO MOTOR
CO., LTD.

000196

XGAUS05005A12

01

EXHIBIT 1

# PACKING LIST

AV00700846

1)Shipper/Exporter
DAEWOO MOTOR CO., LTD.
INCHON, KOREA

8)No. & date of invoice
XGAUS05005A12 AUG. 01, 2000

9)Remarks

2)For Account & of Messrs.
DAEWOO MOTOR AMERICA INC.
1055W. VICTORIA ST.
COMPTON, C.A. 90220
U.S.A

3)Notify party
-DITTO-

4)Port of loading
INCHON, KOREA

5)Final destination
NEWARK, U.S.A.

6)Carrier
TRINIDAD AJ026

7)Sailing on / about
AUG. 01, 2000

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : NEWARK, U.S.A
V/NO : 1 - 583
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

| | | |
|---|---|---|
| - LANOS 3 DR | | 48 UNITS |
| | 48,480 KGS | 429.504 CBM |
| - LANOS 4 DR | | 57 UNITS |
| | 58,710 KGS | 531.411 CBM |
| - LEGANZA 4 DR | | 478 UNITS |
| | 630,960 KGS | 5,329.700 CBM |
| TOTAL 583 UNITS | 738,150 KGS | 6,290.615 CBM |

////////////////////////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by

DAEWOO MOTOR
CO., LTD.

000197

XGAUS05005A12

EXHIBIT 1

WALLENIUS WILHELMSEN LINES AS
www.2wglobal.com

BILL OF LADING (BOXES 1-22)
FOR COMBINED TRANSPORT
OR PORT TO PORT SHIPMENT

SHIPPER/EXPORTER (2) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR CO. LTD.
426-1, CHONGCHON 2-DONG
PUPYONG-GU, INCHON 403-032
KOREA

SHIPPER'S STATUS:

BOOKING NUMBER (11): KRSEL24248

BILL OF LADING NUMBER (12): KR8850

EXPORT REFERENCES (A)

CONSIGNEE (3) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)
(NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

TO SHIPPER'S ORDER

FORWARDING AGENT — FMC NUMBER (B)

POINT AND COUNTRY OF ORIGIN (C): REPUBLIC OF KOREA

NOTIFY (4) (COMPLETE NAME, ADDRESS AND PHONE NUMBER)

DAEWOO MOTOR AMERICA, INC.
1055 W. VICTORIA ST.
COMPTON, CA 90220

ALSO NOTIFY—ROUTING INSTRUCTION (D)

PRE-CARRIAGE BY (5)

PLACE OF RECEIPT - COMBINED TRANSPORT (6)*

VESSEL (7): TRINIDAD AJ026

PORT OF LOADING (8): INCHON, KOREAN PORT

ACCEPTANCE TERMINAL/LOADING PIER (E)

TRANS-SHIPMENT (SEE CLAUSE 8 (E)) (F)

PORT OF DISCHARGE (9): NEWARK, U.S.A. PORT

PLACE OF DELIVERY - COMBINED TRANSPORT (10)*

TYPE OF MOVE (G): AUTO

ON-CARRIAGE BY (H)

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER — CARRIER HAS NOT CHECKED CONTENTS OR WEIGHT

| ITEM NO. | CONT. NO. AND SEAL (13) OR MARKS (IF BREAK BULK) | NO. PKGS (14), OR UNITS | DG | MARKS (IF CONTAINERIZED) & DESCRIPTION OF GOODS (I) | GROSS WEIGHT (J) | MEASUREMENT (K) | CGO. CLS. |
|---|---|---|---|---|---|---|---|
| 1 | DAEWOO<br>DEST:NEWARK, U.S.A<br>V/NO.:1 - 583<br>DAEWOO MOTOR CO. LTD.<br>MADE IN KOREA | 583 | | CAR<br>DAEWOO PASSENGER CARS<br>====================<br>- LANOS 3 DR 48 UNITS<br>- LANOS 4 DR 57 UNITS<br>- LEGANZA 4 DR 478 UNITS<br>-----------------------------<br>TOTAL 583 UNITS<br>//////////////////////////////// | 738150.000 KGS | 6,290.615 CBM | |

ON BOARD 01/08/2000. FREIGHT PREPAID. CONDITION AS PER SURVEY REPORT ISSUED BY SGS

TOTAL NUMBER OF PACKAGES OR UNITS IN WORDS (TOTAL COLUMN 14) IMPORTANT: SEE CLAUSE 11
Five Hundred Eighty three Unit(s)

* If the Boxes 6 and/or 10 are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are received to the place designated for their delivery and assumes full liability for such transport as per Clause 8. Carrier shall have the right to carry containers and yachts on deck. See Clause 1 (b).

FREIGHT CHARGES (15) (SEE CLAUSE 11 AND 25)

| ITEM NO. | CHARGES | CODE | REVENUE TONS | RATE | CURR. | Per | PREPAID | COLLECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

(16) DECLARED VALUE (SEE CLAUSE 11 RE $500 LIMIT) — US$ EXTRA CHARGE: NONE

(17) FOR STRAIGHT BILL OF LADING (SEE CLAUSE 26) SIMPLIFIED DELIVERY—CHECK HERE →

EXCHANGE RATE (18) TOTAL

If this Bill of Lading is to order (Box 3), then Three (3) Bills of Lading all of like tenor, have been issued, ONE of which being accomplished, the others shall stand void.

| | MONTH | DAY | YEAR | B/L No. |
|---|---|---|---|---|
| SEOUL | 08 | 01 | 2000 | KR8850 |

TOTAL PREPAID IN LOCAL CURRENCY (19) | PREPAID AT (20) | PAYABLE AT (21)

NUMBER OF ORIGINAL BILLS OF LADING ISSUED (22): THREE

NOTICE: BE SURE TO READ BILL OF LADING TERMS CONTINUED ON REVERSE SIDE

as Carrier Wallenius Wilhelmsen Lines AS

EXHIBIT 1

(CONTINUED ON REVERSE SIDE)

000198

Ref. No. 59

# COMMERCIAL INVOICE

AV00800024

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO. LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005B10 AUG. 05, 2000<br>9)No.& date of L/C<br>XGA-SW000710.01 JUL. 25, 2000 |
| 2)For Account Risk Messrs<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 10)L/C issuing bank |
| 3)Notify Party<br>-DITTO- | 11)Remarks:<br>* 70 PERCENT OF THE INVOICE VALUE IS COVERED BY THE LETTER OF CREDIT AT SIGHT AND THE REST 30 PERCENT OF THE INVOICE VALUE IS PAID BY THE D/A. |
| 4)Port of loading: KUNSAN, KOREA<br>5)Final destination: HUENEME, U.S.A | |
| 6)Carrier: OPAL RAY V-4/2000<br>7)Sailing on / about: AUG. 07, 2000 | |

| 12)Marks and numbers of PKGS | 13)Description of goods | 14)Quantity/Unit | 15)Unit-price | 16)Amount |
|---|---|---|---|---|

CIF HUENEME, U.S.A. PORT

DAEWOO

DAEWOO PASSENGER CARS

DEST : HUENEME, U.S.A
V/NO.: 1 - 582
DAEWOO MOTOR CO. LTD
MADE IN KOREA

- NUBIRA 4 DR 582 UNITS

- FOB, KOREA US$4,868,889
- FREIGHT US$ 171,690
- INSURANCE US$ 4,074

FOB, INSURANCE + FREIGHT U.S.A US$5,044,653
(70% : US$3,531,257 BY L/C AT SIGHT)
(30% : US$1,513,396 BY D/A)

///////////////////////////////////////////////

* DETAILS ARE AS PER THE ATTACHED.

17) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

18) Signed by ______

DAEWOO MOTOR
CO., LTD.

000199

XGAUS05005B10



EXHIBIT 1

# PACKING LIST

AV00800024

| | |
|---|---|
| 1)Shipper/Exporter<br>DAEWOO MOTOR CO. LTD.<br>INCHON, KOREA | 8)No. & date of invoice<br>XGAUS05005B10 AUG. 05, 2000 |
| 2)For Account & of Messrs.<br>DAEWOO MOTOR AMERICA INC.<br>1055W. VICTORIA ST.<br>COMPTON, C.A. 90220<br>U.S.A | 9)Remarks |
| 3)Notify party<br>-DITTO- | |
| 4)Port of loading<br>KUNSAN, KOREA<br>5)Final destination<br>HUENEME, U.S.A | |
| 6)Carrier<br>OPAL RAY V-4/2000<br>7)Sailing on / about<br>AUG. 07, 2000 | |

| 10)Marks and numbers of PKGS | 11)Description of goods | 12)Quantity | 13)Net-weight | 14)Gross-weight | 15)Measurement |
|---|---|---|---|---|---|

DAEWOO

DEST : HUENEME, U.S.A
V/NO.: 1 - 582
DAEWOO MOTOR CO. LTD.
MADE IN KOREA

DAEWOO PASSENGER CARS

- NUBIRA 4 DR 582 UNITS

713,532 KGS 5,910.210 CBM

//////////////////////////////////

16) 199 CHONGCHON-DONG
PUPYONG-KU,INCHON,KOREA
TEL:(032)520-2277
TELEX: DWMOTOR K28400

17) Signed by ____

DAEWOO MOTOR
CO., LTD.

000200

XGAUS05005B10

EXHIBIT 1